# EXHIBIT B

Case 2:26-cv-01521    Document 1-4    Filed 07/17/26    Page 19 of 48

Case 2:26-cv-01521    Document 1-4    Filed 07/17/26    Page 46 of 48