# EXHIBIT C

Case 2:26-cv-01521   Document 1-5   Filed 07/17/26   Page 4 of 9