# INDEX OF EXHIBITS

## INDEX OF EXHIBITS

Schedule A:                          List of Defendants

Exhibit A:                           Plaintiff's Patent-in-Suit

Exhibit B:                           Defendants' Internet Storefronts

Exhibit C:                           Infringing Evidence Product Comparison

Exhibit D:                           Alibaba, Amazon, and Counterfeiting in the

                                     Age of the Internet, by Daniel C.K. Chow

Exhibit E:                           Combating Trafficking in Counterfeit and

                                     Pirated Goods, by United States Department

                                     of Homeland Security