**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN
TECHNOLOGY CO., LTD.

|  |  |
|---|---|
| _____ ) | 2:26-cv-01521 |
| _____ ) | Civil Action No. _____ |
| _____ ) | |
| vs. ) | or |
| SCHEDULE A DEFENDANTS ) | |
| _____ ) | Criminal Action No. |
| _____ ) | |
| | _____ |

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for _____FOSHAN HUAYUN TECHNOLOGY CO., LTD._____, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

| 07/17/2026 | /s/ Zheng "Andy" Liu |
|---|---|
| _____ | _____ |
| Date | Signature of Attorney or Litigant |

Revision Date: November 1, 2016