# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FOSHAN HUAYUN TECHNOLOGY
CO., LTD.,

               Plaintiff,

      v.

SCHEDULE A DEFENDANTS,


               Defendants.

Civil Case No.: 2:26-cv-01521

## [PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE* OF ZHENG "ANDY" LIU

For good cause, it is hereby ORDERED that the Motion for *Pro Hac* Vice appearance of Zheng "Andy" Liu is GRANTED.


Dated: _____

 

                                  _____
                                  UNITED STATES DISTRICT JUDGE

1