## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FOSHAN HUAYUN TECHNOLOGY
CO., LTD.,

    Plaintiff,

    v.

SCHEDULE A DEFENDANTS,


    Defendants.

Civil Case No.: 2:26-cv-01521

**[PROPOSED] ORDER FOR AUTHORIZATION TO PERFORM ELECTRONIC SERVICE OF PROCESS UNDER FED. R. CIV. P. 4(f)(3)**

Having considered Plaintiff Foshan Huayun Technology Co., Ltd.'s ("Plaintiff") Motion for Authorization to Perform Electronic Service of Process Under Fed. R. Civ. P. 4(f)(3), it is hereby ORDERED that said Motion is GRANTED.

It is further ORDERED that Plaintiff is authorized to make alternative service of the summonses, the Complaint, discovery, and all other future filings by Plaintiff in this matter upon each Defendant in this action by electronic means as follows:

1. Via email, with the relevant documents as described above attached thereto, to each Defendant through the contact email address(es) identified by the third-party online commerce platforms' discovery, which are associated with each Defendant in conjunction with their

1

respective Seller Alias; or

2. Via website publication by providing access to copies of the publicly available documents filed, and discovery served, in this action on a designated website, and providing the link thereto to Defendants via email to each Defendant through the contact email address(es) identified by the third-party online commerce platforms' discovery, which are associated with each Defendant in conjunction with their respective Seller Alias.

SO ORDERED.

SIGNED this _____ day of _____, 2026

Pittsburgh, Pennsylvania.

_____
UNITED STATES DISTRICT JUDGE

2