IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

        Plaintiff,

    v.

SCHEDULE A DEFENDANTS,

        Defendant.

2:26-CV-01521-CCW

## **NOTICE**

The instant civil action has been designated for placement into the United States District Court for the Western District of Pennsylvania's Alternative Dispute Resolution (ADR) program.

The parties are directed to fully complete the required Rule 26(f) report, which includes the stipulation selecting an ADR process.

For further information, parties should refer to Local Rule 16.2 and the Court's ADR Policies and Procedures, which can be accessed at the Court's website at www.pawd.uscourts.gov.

Counsel for the plaintiff (or in the case of a removal action, counsel for the removing defendant) shall serve this notice on all parties.

The attorneys of record and all unrepresented parties that appear in this case are reminded that they are jointly responsible for submitting to the Court the following documents prior to the Initial Case Management Conference, in addition to any additional requirements of the assigned Judge:

(a)    a written report required by Fed.R.Civ.P. 26(f), in the format set forth in Appendix to the Local Civil Rule 16.1.1A

(b)    a stipulation selecting an ADR process (pursuant to Revised Local Rule 16.2).

DATED this 22nd day of July, 2026.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record