**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

        Plaintiff,

      v.

SCHEDULE A DEFENDANTS,

        Defendants.

Civil Action No. **2:26-cv-01521**

Judge Christy Criswell Wiegand

**DECLARATION OF MR. JUNHAI XU IN SUPPORT OF ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI'S MOTION TO INTERVENE FOR A LIMITED PURPOSE AND TO HOLD PLAINTIFF'S EX PARTE MOTION (ECF NO. 16) IN ABEYANCE**

I, Junhai Xu, declare as follows:

1. I am over the age of eighteen and competent to make this declaration. The facts stated herein are within my personal knowledge, except where stated on information and belief, and as to those matters I believe them to be true. If called as a witness I could and would testify competently to them.

2. I am the manager of ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI ("Jianhong"), a limited company organized under the laws of the People's Republic of China with its principal place of business in Zhenjiang, Jiangsu Province, China. I am authorized to make this declaration on Jianhong's behalf.

3. The business address displayed on Jianhong's Amazon.com storefront page (https://www.amazon.com/sp?ie=UTF8&seller=A10PKJTUSSO0U1) is a valid and current address used by Jianhong in its ordinary course of business.

1

4. Jianhong sells shower systems and bathroom faucets to customers in the United States through its Amazon.com storefront operating under the store name "COCKTAP" and the brand name "Aolemi." Jianhong's Amazon Seller ID is A10PKJTUSSO0U1.

5. I submit this declaration in support of Jianhong's motion to intervene for the limited purpose of determining whether it is identified on the sealed Schedule A as a named defendant in this action, and if confirmed, to hold Plaintiff's pending *ex parte* motion (ECF No. 16) in abeyance as to Jianhong.

6. Shortly before July 22, 2026, I learned of this lawsuit from a website (https://maijiazhichi.com/archives/72971) that publishes case-monitoring reports on newly filed Schedule A cases. The report of the present lawsuit showed the plaintiff entity name and the asserted design patent but did not identify the defendants. However, I noticed that Plaintiff's design patent depicts products in the same product category as Jianhong's.

7. I understand that Schedule A to the Complaint in this action has been filed under seal and I have been unable to determine from the public record whether Jianhong is among the defendants listed on Schedule A.

8. On Wednesday, July 22, 2026, I contacted Mr. Kaihua Wang via WeChat, a Chinese social media and instant messaging application. Mr. Wang is an existing contact of mine on WeChat, and pursuant to Aiqicha—a widely used commercial database that aggregates company registration information filed with Chinese government authorities—he holds 60% ownership interest in Plaintiff and is Plaintiff's actual controlling person.

9. I sent him the present case number, the name of Plaintiff, the state in which the case was filed, the patent number that appeared to be at issue, and the date the Complaint was filed, and I asked whether the case had been initiated by his company or any of its affiliates.

2

10. Later the same day, Mr. Wang replied and confirmed that a case had been filed. He stated that he was not the one handling it, and that the matter had been entrusted to a lawyer in Pennsylvania so he himself was not certain whether Jianhong was one of the named defendants.

11. However, Mr. Wang asked for my telephone number so he could have the lawyer contact me directly. I thereafter provided my phone number.

12. Less than three hours later, a person identifying himself/herself as "Lc" sent me a WeChat friend request. WeChat indicated that he/she had found me by searching my phone number.

13. On July 27, 2026, "Lc" sent me a series of messages in which he greeted me by my surname, asked me to provide the sales data for "this product" over the past two years, and stated that he would use that data to calculate a license fee.

14. Based on the sequence and content of these communications, I understand "Lc" to be, or to be acting at the direction of, counsel for Plaintiff in this action. My understanding rests on the following: (a) Mr. Wang confirmed that a case had been filed and that it had been entrusted to a lawyer in Pennsylvania; (b) Mr. Wang stated that he would have that lawyer contact me and asked for my telephone number; (c) shortly afterward, a person identified as "Lc" request to add me as a contact on WeChat by searching for my telephone number, and we exchanged messages; (d) "Lc" addressed me by my surname and referred to "this product" without me making any self-introduction or identifying any product to him; and (e) "Lc" requested two years of my sales data in order to "calculate a license fee."

15. Neither Mr. Wang nor "Lc" has told me that Jianhong is not a defendant in this action. To date, no one acting for Plaintiff has represented to me or to Jianhong that Jianhong is excluded from Schedule A.

16. On the basis of the foregoing, I am informed and believe that Jianhong is likely identified as a defendant on the sealed Schedule A in this action.

17. Jianhong's Amazon.com storefront is its only channel of sales to United States customers, and the funds held in its Amazon.com account are used to pay suppliers, shipping and warehousing charges, and operating expenses. Any asset restraint entered without giving Jianhong any opportunity to be heard would disrupt Jianhong's ability to meet those obligations. Moreover, under Amazon's sales-driven ranking algorithm, the suspension of any product listing would harm both the product's sales ranking and the storefront's ranking, neither of which can readily be restored or remediated.

18. If Jianhong is confirmed to be a defendant in this action, Jianhong intends to appear promptly through counsel and to respond to Plaintiff's application for a temporary restraining order.

19. As of the date of this declaration, Jianhong has not been served with the Summons, the Complaint, Schedule A, Plaintiff's *ex parte* motion, or any order of this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2026.

签署人：

*Junhai Xu*
390BD553E7C1488...
Junhai Xu