**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

      Plaintiff,

    v.

SCHEDULE A DEFENDANTS,

      Defendants.

Civil Action No. **2:26-cv-01521**

Judge Christy Criswell Wiegand

**DECLARATION OF MS. ZHENG GONG IN SUPPORT OF ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI'S MOTION TO INTERVENE FOR A LIMITED PURPOSE AND TO HOLD PLAINTIFF'S EX PARTE MOTION FOR TRO (ECF NO. 16) IN ABEYANCE**

I, Zheng Gong, declare as follows:

1.    I am counsel for movant ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI ("Jianhong" or "Movant"). I am admitted to practice in the State of Illinois and the District of Columbia. If Jianhong is confirmed to be among the defendants identified on Schedule A, I will seek admission *pro hac vice* in this action.

2.    I am over the age of eighteen, have personal knowledge of the matters stated herein, and if called as a witness could and would testify competently thereto. I submit this declaration in support of Jianhong's motion to intervene (the "Motion").

3.    Based on my review of the public docket in this action, Plaintiff filed a Complaint on July 17, 2026 against defendants identified only on a sealed "Schedule A," together with a motion to seal. On July 31, 2026, Plaintiff filed an *ex parte* Motion for a Temporary Restraining Order (Dkt. 16). The sealed Complaint, Schedule A, and the *ex parte* Motion for a Temporary Restraining Order, together with the papers supporting it, are not publicly

1

available. Neither Jianhong nor I have been served with any pleading in this action or provided a copy of Schedule A or Dkt. 16.

4.    Because relevant materials are under seal, Jianhong cannot determine from the public record whether it is among the defendants named in this action, whether the relief requested in Dkt. 16 is directed at its storefront, or whether any asset restraint sought by Plaintiff would reach its Amazon account and the funds held in it.

5.    The public docket identifies Mr. Zheng Liu of Aptum Law as counsel of record for Plaintiff.

6.    On August 3, 2026, I emailed Mr. Liu at Andy.Liu@aptumlaw.us, the address listed for him on the docket, asking him to confirm whether Jianhong is a named defendant in this action. I also telephoned him and left a voicemail message.

7.    Shortly afterward, I received an email reply from bjliuzheng@gmail.com, copying Mr. Liu at Andy.Liu@aptumlaw.us, stating in its entirety: "all pleadings are under seal. noting [sic] to confirm."

8.    Plaintiff's counsel did not confirm or deny whether Jianhong is a named defendant, did not provide any sealed material, and did not propose any alternative means of resolving the request.

9.    As of the filing of the Motion, I have received no further communication from Plaintiff or its counsel.

10.    A true and correct copy of the August 3, 2026 email correspondence between Mr. Liu and me is attached hereto as **Exhibit 1**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 4, 2026                                   Respectfully submitted,

2

3

_/s/ Zheng Gong_
Zheng Gong
Primary Bar No: IL 6323959
SHINYRISE PLLC
1 East Erie St., Suite 525-5203
Chicago, IL 60611
Tel: (312) 612-0288
zheng.gong@shinyrise.com

_Counsel for Movant_

3