# Exhibit 1

 Gmail

Grace Gong <zheng.gong@shinyrise.com>

# RE: 2:26cv1521 (W.D.Pa), Foshan Huayun Technology Co., Ltd. V. Schedule A Defendants - Request to Confer

3 messages

**Liu, Zheng** <bjliuzheng@gmail.com>                    Mon, Aug 3, 2026 at 4:50 PM
To: Grace Gong <zheng.gong@shinyrise.com>
Cc: Andy.Liu@aptumlaw.us, ShinyRise Team <team@shinyrise.com>

all pleadings are under seal. noting to confirm.

[Quoted text hidden]

**Grace Gong** <zheng.gong@shinyrise.com>              Mon, Aug 3, 2026 at 4:45
                                                                      PM

To: Andy.Liu@aptumlaw.us
Cc: ShinyRise Team <team@shinyrise.com>

Dear Mr. Liu,

I tried to reach you at the phone number listed on the docket, 650-475-6289, but was
unable to connect and left a voicemail.
Please feel free to call me back or respond to my email below.

Thank you.

Grace Gong
ShinyRise
*Legal Services for Cross-Border Businesses*

1 East Erie St., Suite 525-5203
Chicago, IL 60611

+001 (312) 612-0288
zheng.gong@shinyrise.com

**CONFIDENTIALITY NOTICE:** *The information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. Any attachments to this transmission are for the sole purpose of conveying the direct written and commonly visible communication contained therein. No transmission of underlying code or metadata is intended. Use of any attachment for any purpose other than the receipt of the direct written communication contained therein is strictly prohibited. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify and return the original message to the sender. Thank you.*

[Quoted text hidden]

**Grace Gong** <zheng.gong@shinyrise.com>                Mon, Aug 3, 2026 at 4:36 PM
To: Andy.Liu@aptumlaw.us

Dear Mr. Liu,

My firm represents ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI, d/b/a "COCKTAP"
on Amazon.com (Amazon Seller ID: A10PKJTUSSO0U1). Please promptly confirm
whether COCKTAP is a named defendant in the above-captioned proceeding.
Since Plaintiff already filed an ex parte motion for TRO, we request that Plaintiff respond by
9pm ET today (8/3).

Thank you.

Grace Gong
ShinyRise
*Legal Services for Cross-Border Businesses*

1 East Erie St., Suite 525-5203
Chicago, IL 60611

+001 (312) 612-0288
zheng.gong@shinyrise.com

**CONFIDENTIALITY NOTICE:** *The information contained in this transmission is attorney privileged and confidential. It is intended for the use of the individual or entity named above. Any attachments to this transmission are for the sole purpose of conveying the direct written and commonly visible communication contained therein. No transmission of underlying code or metadata is intended. Use of any attachment for any purpose other than the receipt of the direct written communication contained therein is strictly prohibited. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please immediately notify and return the original message to the sender. Thank you.*