**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD., | |
| Plaintiff, | Civil Action No. **2:26-cv-01521-CCW** |
| v. | Judge Christy Criswell Wiegand |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING**
**ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI'S MOTION TO INTERVENE**
**FOR A LIMITED PURPOSE AND TO HOLD PLAINTIFF'S EX PARTE MOTION FOR**
**TRO (ECF NO. 16) IN ABEYANCE**

Upon consideration of the Motion of ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI (d/b/a "cocktap" on Amazon.com, Amazon Seller ID A10PKJTUSSO0U1) ("Movant") to intervene for the limited purpose of determining whether it is identified on the sealed Schedule A to the Complaint in this action and to hold Plaintiff's pending *ex parte* motion, ECF No. 16, in abeyance, and any response thereto, and the Court being fully advised, IT IS HEREBY ORDERED that the Motion is GRANTED as follows:

1. Movant is granted leave to intervene in this action, pursuant to Federal Rule of Civil Procedure 24, for the limited purpose of determining whether it is identified as a defendant on the sealed Schedule A to the Complaint (ECF No. 1) or in any schedule, exhibit, or declaration accompanying ECF No. 16. Such intervention is for that limited purpose only and does not constitute a general appearance by Movant, a waiver of service of process, or

1

a waiver of any defense, including any defense of lack of personal jurisdiction, insufficient process, insufficient service of process, or improper venue.

2. Within twenty-four (24) hours of entry of this ORDER, Plaintiff shall state in writing to Movant's counsel whether Movant, its Amazon.com storefront "cocktap," its "Aolemi" brand, and/or its Amazon Seller ID A10PKJTUSSO0U1 is identified on the sealed Schedule A or in any schedule, exhibit, or declaration accompanying ECF No. 16. Plaintiff's response shall be served on Movant's counsel by electronic mail. Plaintiff shall file a notice on the docket confirming that it has done so.

3. If Plaintiff's response in Paragraph 2 is in the affirmative, Plaintiff shall, within twenty-four (24) hours of entry of this ORDER, serve Movant's counsel with copies of all sealed documents filed in this action, including without limitation ECF Nos. 1, 15, 16, and 17 and all attachments thereto. Movant's counsel shall treat such materials as confidential, shall use them solely for purposes of this action, and shall not disclose the identity of any other defendant identified therein absent further order of the Court.

4. Plaintiff's pending *ex parte* Motion, ECF No. 16, is HELD IN ABEYANCE as to Movant only. Movant may file a written response to ECF No. 16 within twenty-one (21) days after Plaintiff serves the documents required by Paragraph 3 of this ORDER. Plaintiff may file a reply within fourteen (14) days after service of Movant's response. During the abeyance period, no temporary restraining order, preliminary injunction, asset restraint, or other relief sought in ECF No. 16 shall issue or take effect as to Movant, its Amazon.com storefront "cocktap," its "Aolemi" brand, or its Amazon Seller ID A10PKJTUSSO0U1. Nothing in this Order affects ECF No. 16 as to any other defendant.

5.    If Plaintiff's response in Paragraph 2 is in the negative, Movant's intervention shall terminate without further order of the Court and Paragraphs 3 and 4 of this Order shall be of no effect.

6.    Nothing in this Order constitutes a ruling on the merits of any claim or defense, or an adjudication of whether Movant is properly named as a defendant in this action.

SO ORDERED this _____ day of _____, 2026.


_____
CHRISTY CRISWELL WIEGAND
United States District Judge

3