**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 2:26-cv-01521-CCW<br><br>Judge Christy Criswell Wiegand |

**MOTION FOR ADMISSION *PRO HAC VICE* OF MS. ZHENG GONG**

Zheng Gong, undersigned counsel for Defendant No. 1, i.e., the Amazon.com storefront "cocktap" ("COCKTAP"), hereby moves that Ms. Zheng Gong be admitted to appear and practice in this Court as counsel *pro hac vice* for Defendant COCKTAP in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Ms. Zheng Gong filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

Dated: August 17, 2026

*/s/ Zheng Gong*

Zheng Gong
Bar No: IL 6323959
**ShinyRise PLLC**
1 East Erie St., Suite 525-5203
Chicago, IL 60611
Email: zheng.gong@shinyrise.com
Phone: 312-612-0288

*Counsel for Defendant COCKTAP*