**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 2:26-cv-01521-CCW<br><br>Judge Christy Criswell Wiegand |

**AFFIDAVIT OF MS. ZHENG GONG IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Zheng Gong, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant No. 1, i.e., the Amazon.com storefront "cocktap," pursuant to LCvR 83.2 and LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Zheng Gong, being duly sworn, do hereby depose and say as follows:

1. I am a lawyer of the law firm ShinyRise PLLC.
2. My business address is 1 East Erie St. SUITE 525-5203, Chicago, IL 60611.
3. I am a member in good standing of the bars of the Supreme Court of the State of Illinois since 2016 and the District of Columbia Court of Appeals since 2020.
4. My bar identification numbers are IL 6323959 and DC 1708010.
5. I am also a member in good standing of the U.S. District Court for the Northern District of Illinois and the U.S. Court of Appeals for the Seventh Circuit.
6. I primarily practice in the State of Illinois and in the United States District Court

for the Northern District of Illinois. A current certificate of good standing from the Supreme Court of the State of Illinois, issued within the past twelve (12) months, is attached to this Affidavit as Exhibit A.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Respectfully submitted,

Dated: August 17, 2026

*/s/ Zheng Gong*

Zheng Gong
Bar No: IL 6323959
**ShinyRise PLLC**
1 East Erie St., Suite 525-5203
Chicago, IL 60611
Email: zheng.gong@shinyrise.com
Phone: 312-612-0288

*Counsel for Defendant Cocktap*