**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 2:26-cv-01521-CCW<br><br>Judge Christy Criswell Wiegand |

## [PROPOSED] ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LCvR 83.2 for admission *pro hac vice* have been satisfied, the application of Ms. Zheng Gong to appear *pro hac vice* in the United States District Court for the Western District of Pennsylvania in the subject case is **GRANTED**.

This __________day of__________, 2026.

______________________________
UNITED STATES DISTRICT JUDGE