**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 2:26-cv-01521-CCW<br><br>Judge Christy Criswell Wiegand |

**JOINT STATUS REPORT**

Pursuant to the Court's Order of August 12, 2026 (Dkt. 21), Plaintiff Foshan Huayun Technology Co., Ltd. ("Plaintiff") and Defendant No. 1 ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI, which operates the Amazon.com storefront "COCKTAP" ("COCKTAP"), respectfully submit this joint status report.

1. On August 12, 2026, the Court granted COCKTAP's Motion to Intervene (Dkt. 18), confirmed that COCKTAP is identified on the sealed Schedule A as a defendant, ordered Plaintiff to provide COCKTAP's counsel with all sealed materials filed in this action on or before August 14, 2026, and ordered the parties to submit a joint status update by August 17, 2026.

2. COCKTAP confirms that it has received the sealed materials from Plaintiff.

3. The parties are engaged in good-faith discussions regarding a possible negotiated resolution.

4. Therefore, the parties jointly propose the following schedule for briefing Plaintiff's *ex parte* TRO motion (Dkt. 16, "TRO Motion") as to COCKTAP:

   a. COCKTAP shall file its response in opposition to Plaintiff's TRO Motion on or before September 15, 2026 (four weeks from August 18, 2026), as requested in

COCKTAP's Motion to Intervene (Dkt. 18) and granted in the Court's August 12, 2026 Order (Dkt. 21); and

b. Plaintiff shall file any reply as to COCKTAP, on or before September 29, 2026 (two weeks after COCKTAP's response deadline).

5. The parties further request that Plaintiff's TRO Motion be held in abeyance as to COCKTAP pending completion of the briefing set forth above, so that COCKTAP may be heard before any injunction or asset restraint issues against it.

6. The parties' proposed briefing is not sought for purposes of delay and nothing in this report is intended to affect the Court's consideration of Plaintiff's TRO Motion as to any other defendant.

Respectfully submitted,

Dated: August 17, 2026

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA 279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Counsel for Plaintiff*
FOSHAN HUAYUN TECHNOLOGY CO., LTD.

*/s/ Zheng Gong*
Zheng Gong
(*pro hac vice* application pending)
Primary Bar No: IL 6323959
ShinyRise PLLC
1 East Erie St., Suite 525-5203
Chicago, IL 60611
Email: zheng.gong@shinyrise.com
Phone: 312-612-0288

*Counsel for Defendant COCKTAP*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing paper was filed electronically with the Clerk of the Court using the CM/ECF system on the date below, which will send notification of such filing to all counsel of record.

Dated: August 17, 2026 */s/ Zheng Gong*