**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD. | ) | Civil Action No. 2:26-cv-01521-CCW |
| | ) | |
| | ) | or |
| vs. | ) | |
| SCHEDULE A DEFENDANTS | ) | Criminal Action No. ______ |
| | ) | |
| | ) | |

**DISCLOSURE STATEMENT**

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for ______________________________,in the above captioned action, certifies that the following are parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public:

or

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendant No. 1 ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI (“COCKTAP”), in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

08/21/2026
Date

s/Zheng Gong
Signature of Attorney or Litigant