**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 26-cv-1521-CCW

**NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANTS NO. 10**

Under Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby dismisses, without prejudice, against the following defendants from this action:

| No. | Defendant | ASIN | Platform |
|---|---|---|---|
| 10 | Tomfaucet | B0D8KTQZT3<br>B0D8KY1Z2X<br>B0DSKDXSG3 | Amazon |

Date: July 27, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*Attorneys for Plaintiff*