**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD. )
)
vs. ) Civil Action No. 2:26-cv-1521
)

Schedule A Defendants
)
)

**ORDER GRANTING MOTION OF PRO HAC VICE ADMISSION**

The motion of *Pro Hac Vice* filed by Jianyin Liu, for admission to practice *Pro Hac Vice* in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of Florida and Washington; and his contact information is as follow:

Applicant's Name: Jianyin Liu
Firm Name: The Law Offices of James Liu PLLC
Address: 9000 SW 157TH ST,
City/State/ Zip: Palmetto Bay, FL 33157 Telephone/
Fax: (305) 209 6188
Email: Jamesliulaw@gmail.com

Applicant having requested admission Pro Has Vice to appear for all purpose as counsel for the defendant Woindo.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above captioned case in the United States District Court of the Western District of

Pennsylvania. All attorneys appearing before this Court are subjected to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _______________

_____________________________________

United States District/Magistrate judge