**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01521-CCW |

**[PROPOSED ORDER] FOR CONTINUANCE OF HEARING AND TO EXTEND THE TEMPORARY RESTRAINING ORDER**

AND NOW, this ___ day of _____________, 2026, IT IS HEREBY ORDERED that the Motion for Continuance of Hearing and to Extend the Temporary Restraining Order (ECF No. 32) is GRANTED. The injunction hearing is continued from **September 3, 2026, at 1:30 p.m. (EST)** to ____________ **at ________.m. (EST)** in courtroom 9B before Honorable Judge Christy Criswell Wiegand.

IT IS FURTHER ORDERED that counsel for Plaintiff shall serve a copy of this scheduling order upon Defendants and file proof of the same with the Court.

_________________________________
Honorable Christy Criswell Wiegand
UNITED STATES DISTRICT JUDGE