EUIPO
EUROPEAN UNION
INTELLECTUAL PROPERTY OFFICE

*Protect your intellectual property in the European Union*

# Registered EUD file information

# 006263299-0043

## Timeline

Registered EUD

21/02/2019
Registered EUD application received

07/03/2019
Registered and fully published (A.1.)

02/01/2025
Design expired

## Graphic representation



**1** / 2



## Design information

Please note that the "Date of entry into the Register" field will only contain data for designs entered into the Register on or after 01/05/2025 in accordance with Article 48(1) EUDR.

| | | | |
|---|---|---|---|
| Design number | **006263299-0043** | Filing language | **ENGLISH** |
| Name | | Second language | **SPANISH** |
| Means of representation | **Static** | Reference | **DMC-1829** |

| | |
|---|---|
| Filing date | **21/02/2019** |
| Date of entry in the Register | |
| Registration date | **21/02/2019** |
| Expiry date | **21/02/2024** |
| Design status | **Design lapsed** |

Vienna Classification

Verbal element

## Indication of the product, (DesignClass)

| | |
|---|---|
| Locarno | **23.01** |
| Values | **Taps.** |

English

## Owners

## Main Plan (Ningbo) Bathroom Collections LTD

| | | | |
|---|---|---|---|
| ID | **414442** | Country | **CN - China** |
| Organisation | **Main Plan (Ningbo) Bathroom Collections LTD** | State/county | **n/a** |
| Legal status | **Legal entity** | Town | **Ningbo** |
| | | Post code | **n/a** |
| | | Address | **n/a** |

**Correspondence address**

n/a

Hidden. You can set your contact details to be publicly available via the User Area.

Hidden. You can set your contact details to be publicly available via the User Area.

Hidden. You can set your contact details to be publicly available via the User Area.

## Representatives

## ELZABURU, S.L.P.

| | | | |
|---|---|---|---|
| ID | **11849** | Country | **ES - Spain** |
| Organisation | **n/a** | State/county | **n/a** |
| Legal status | **Legal person** | Town | **Madrid** |
| Type | **Association** | Post code | **28046** |
| | | Address | **Edificio Torre de Cristal Pº de la Castellana 259C, planta 28** |

**Correspondence address**

ELZABURU, S.L.P.
Edificio Torre de Cristal Pº de la Castellana 259C, planta 28
28046 Madrid
ESPAÑA

Hidden. You can set your contact details to be publicly available via the User Area.

Hidden. You can set your contact details to be publicly available via the User Area.

Hidden. You can set your contact details to be publicly available via the User Area.

## Designers

| Name |
|---|
| HAIQING SHI |

Showing 1 to 1 of 1 entries

## Exhibition Priority Claim

No data

## Priority Claim

No data

## Publications

| Bulletin number | Date | Section | Description |
|---|---|---|---|
| 2019/046 | 07/03/2019 | A.1 | Applications published under Articles 48 and 50 EUDR |
| 2022/023 | 03/02/2022 | B.9.1 | Change of name(s) and professional address(es) of the representative(s) |
| 2025/002 | 07/01/2025 | C.2 | Expired registrations |

Showing 1 to 3 of 3 entries

## Invalidities

No data

## Recordals

| Bulletin number | Date | Section | Filing number | Title |
|---|---|---|---|---|
| 2022/023 | 03/02/2022 | B.9.1 | 013046013 | Change of representative name(s) and address(es) |

Showing 1 to 1 of 1 entries

## Appeals

No data

## Decisions

No data

## Renewals

No data

## Correspondence

Correspondence is only displayed for designs filed on or after 01/04/2003.

| | From | Procedure | Filing number | Subject | Date | Actions |
|---|---|---|---|---|---|---|
| | | Registered EUD Recordal | 013046013 | T039R - Change in the name and/or business address of a representative - notification of entry in the EUIPO's database | 01/02/2022 | |
| | | Registered EUD Recordal | 013046013 | Application form and attachment | 27/01/2022 | |
| | | Registered EUD | 006263299-0043 | Certificate | 07/03/2019 | |

Showing 1 to 3 of 3 entries