**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

______________________________________________/

Civil Action No. 2:26-cv-01521-CCW
Judge Christy Criswell Wiegand

**[PROPOSED] ORDER GRANTING LEAVE TO APPEAR REMOTELY**

AND NOW, this 1st day of September, 2026, upon consideration of Defendant Woindo's Motion for Leave to Appear Remotely at the September 3, 2026 Evidentiary Hearing, and any response thereto, it is hereby ORDERED that the Motion is GRANTED as follows:

1. Undersigned counsel for Defendant Woindo and any client representative the Court requires to attend, may appear by videoconference at the evidentiary hearing set for September 3, 2026 at 1:30 p.m. in Courtroom 9B.

2. The courtroom deputy shall circulate a Zoom (or equivalent) link to counsel of record in advance of the hearing.

3. Counsel appearing remotely shall keep the camera on, shall be prepared to display exhibits electronically, and shall comply with any exhibit or decorum instructions issued by the Court.

4. This Order does not decide personal jurisdiction, validity of U.S. Design Patent No. D1,057,101 S, or the merits of injunctive relief.

5. This Order applies only to Defendant Woindo and does not excuse any other party from an in-person appearance unless that party obtains separate leave.

BY THE COURT:

____________________________________

Hon. Christy Criswell Wiegand
United States District Judge