**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

_________________________________________/

Civil Action No. 2:26-cv-01521-CCW
Judge Christy Criswell Wiegand

**DEFENDANT WOINDO'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO CONTINUE THE PRELIMINARY-INJUNCTION HEARING AND TO EXTEND THE TRO**

Defendant Woindo (Amazon ID: A335ANKMI74N2P) opposes Plaintiff's motion to continue the September 3, 2026 evidentiary hearing and to extend the Temporary Restraining Order. ECF Nos. 25, 30, 32.

**I. Woindo does not consent to an extension of the TRO**

Federal Rule of Civil Procedure 65(b)(2) limits an ex parte TRO to 14 days unless the Court finds good cause for a like extension or the adverse party consents. Woindo does not consent. The TRO issued August 21, 2026. ECF No. 25. The show-cause hearing is already set for September 3, 2026 at 1:30 p.m. ECF No. 30. Plaintiff now asks to push the hearing and keep the freeze in place. That is an extension of an ex parte restraint without the consent Rule 65 requires.

**II. Counsel is unavailable on September 18, 2026**

If the Court continues the hearing at all, it should not set September 18, 2026. Undersigned counsel has a full-day evidentiary hearing that date in the Southern District of Florida:

Style: FS GiiKER Technology Co. Ltd. v. Schedule A Defendants

Case No.: 1:25-cv-25129 (S.D. Fla.)

Date: September 18, 2026

Nature: all-day evidentiary hearing

Counsel cannot appear in Pittsburgh and Miami on the same day, even if the Court grants his motion for remote appearance. Sept. 17 (full day) and Sept. 16 (from 12:00pm on) will work for undersigned.

**III. There is no good cause to extend the TRO as to Woindo**

Plaintiff has not shown good cause to keep Woindo under a freeze past the Rule 65 period. Woindo incorporates, as if fully set forth here, Defendant Woindo's Opposition to Plaintiff's Motion for Preliminary Injunction and Response to the Order to Show Cause, filed this date, including:

- Plaintiff has not established personal jurisdiction over Woindo. *Toys "R" Us, Inc. v. Step Two, S.A.*, 318 F.3d 446, 454 (3d Cir. 2003); *IMO Indus., Inc. v. Kiekert AG*, 155 F.3d 254, 259 (3d Cir. 1998).

- Woindo has raised a substantial question of invalidity and non-infringement of U.S. Design Patent No. D1,057,101 S. *Amazon.com, Inc. v. Barnesandnoble.com, Inc.*, 239 F.3d 1343, 1350–51 (Fed. Cir. 2001).

- This Court already denied email service without a Hague diligence showing. ECF No. 13.

Those points are why a PI should not issue. They are also why the TRO should not be extended as to Woindo while Plaintiff seeks more time. A continuance that leaves the freeze in place is a PI in everything but name, entered without the showing *Reilly v. City of Harrisburg*, 858 F.3d 173, 176 (3d Cir. 2017), requires.

**IV. Requested relief**

Woindo respectfully requests that the Court:

1. Deny an extension of the TRO as to Woindo;

2. Hold the September 3, 2026 1:30 p.m. hearing as scheduled, or, if the Court continues it, set a date other than September 18, 2026 and the adjacent travel days;

3. If the hearing is continued, dissolve or modify the TRO and asset/storefront restraint as to Woindo pending the new date, because Woindo has not consented to an extension under Rule 65(b)(2); and

4. Grant such other relief as is just.

Dated: September 1, 2026

Respectfully submitted,

s/ Jianyin Liu
Jianyin Liu
Florida Bar No. 1007675
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com

Counsel for Defendant Woindo
(Pro Hac Vice)

**CERTIFICATE OF SERVICE**

I certify that this document has been served on all parties of record via CM/ECF on September 1, 2026.

s/ Jianyin Liu

---

Fill in the exact SDFL caption for 25-cv-25129 if you want it on the face of the paper. Attach the SDFL hearing notice or calendar order as Exhibit A so the conflict is not just counsel's say-so. A two-paragraph proposed order: deny TRO extension as to Woindo; hearing remains 9/3 or reset to a date other than 9/18.