# *EXHIBIT A*

# Order Summary

Order placed August 15, 2026 Order # 114-2327569-6658643

**Ship to**
Jet Messenger Dongquan Jin
400 BUTLER ST # 124
ETNA, PA 15223-2107
United States

**Payment method**
Prime Visa ending in 3732
Earns 5% back and extra 1% on items using Amazon Day delivery
View related transactions

**Order Summary**

| | |
|---|---|
| Item(s) Subtotal: | $738.35 |
| Shipping & Handling: | $0.00 |
| Promotion applied:: | -$7.50 |
| Total before tax: | $730.85 |
| Estimated tax to be collected: | $43.86 |
| **Grand Total:** | **$774.71** |

## Delivered August 18

Your package was left near the front door or porch.



Shower Faucet Set, 12" Ceiling Mount Rainfall Shower System with 12" Top Head+6" Side Head and Multi-function Handheld Head Push Button Diverter Shower Faucet Trim Kit (12", Matte Black)
Sold by: Woindo
Return or replace items: Eligible through September 17, 2026
$189.99

## Delivered August 18

Your package was left near the front door or porch.

[redacted]

Return or replace items: Eligible through September 17, 2026
$102.59

## Delivered August 18

Your package was left near the front door or porch.

[redacted]

## Delivery on hold

[redacted]

## Delivered August 18

Your package was left near the front door or porch.

[redacted]

Back to top

Conditions of Use Privacy Notice Consumer Health Data Privacy Disclosure Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates