IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-0521-CCW |

**DECLARATION OF DONGQUAN JIN**

I, Dongquan Jin, hereby declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.

2. On August 15, 2026, I bought a product identified by Plaintiff's Schedule A as an accused product from Defendant No. 2, "Woindo," through its online storefront at https://www.amazon.com/dp/B0D5XXTP27?ref_=ppx_printOD_title_dt_b_fed_asi

n_title_0_0.

3. Defendant Woindo accepted the order and payment, charged me sales tax imposed by the Commonwealth of Pennsylvania, and assigned order number 114-2327569-6658643.

4. On August 18, 2026, Defendant Woindo delivered my order to Etna, Pennsylvania.

5. Attached hereto as **Exhibit A** is a true and correct copy of the invoice for my purchase, showing Defendant No. 2, Woindo's sale and August 18, 2026 delivery of the accused products into the Commonwealth of Pennsylvania.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 14, 2026.

Dongquan Jin

Dongquan Jin