IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01521-CCW

**SUPPLEMENTAL DECLARATION OF YUNSHI DENG**

**SUPPLEMENTAL DECLARATION OF YUNSHI DENG**

I, Yunshi Deng, hereby declare, and state as follows:

1. I am the inventor and owner of the '101 Patent and '101 Patent-derived products, which makes and sells a range of Shower Valve products under the '101 Patent. Attached to the Complaint as Exhibit A is a true and correct copy of '101 Patent registration. As one of the inventors and owners, I have personal knowledge regarding the '101 Patent intellectual property and sales. I make this declaration from my personal knowledge unless otherwise stated.

**A. I Am Familiar With The Art.**

2. I have been working as a product designer at Foshan Huayun

Technology Co., Ltd., for three years; and I have at least eight years of experience designing shower products.

3. Through my work as a product designer, I have reviewed hundreds of designs for shower products and am thus familiar with different designs of shower products and their corresponding design philosophies.

**B. The Philosophies Behind My Patented Design.**

4. In my opinion, to be esthetically pleasing, the shape of the front plate should match that of the handle, and the shape of the buttons on the front plate should contrast that of the front plate (and the handled).

5. In my opinion, to be esthetically pleasing, elements installed on the front plates should have contrasting shapes, rather than a uniform shape.

6. These matching and contrasting designs would product an overall more esthetically pleasing design, based on my familiarity with different designs of shower products.

**C. My Patented Design Is Not Substantially Similar To Those Cited By Woindo.**

7. Before Defendant Woindo filed its first opposition to my motion for a preliminary injunction, I was not aware of (1) China '638 Patent, (2) China '841 Patent, (2) China '838 Patent, and (4) EU '0043 Registration.

8. Based on my familiarity with different designs of shower products, I do

not find my patented design substantially similar to those shown in (1) China '638 Patent, (2) China '841 Patent, (3) China '838 Patent, and (4) EU '0043 Registration.

9. Based on my familiarity with different designs of shower products, I believe (1) China '638 Patent, (2) China '841 Patent, (3) China '838 Patent have a different look and feel from my patented design.

10. For example, the designs shown in (1) China '638 Patent, (2) China '841 Patent, (3) China '838 Patent obviously embodied a different design strategy. The designers of those products appeared to believe that all elements installed on the front plate should have the same shape to provide a more consistent look.

**D. My Patented Design Was Not Limited By Functionalities.**

11. With respect to the back piece, for example, the position of water inlets and outlets can be relocated and their shapes changed, without interrupting water regulation.

12. The same is true for the buttons on the front plate and for the long arm handle. The shapes of the front plate and the handle can be changed, without interrupting water regulation.

**E. Woindo Sold Different Products In 2024.**

13. It is incorrect for Woindo to state that it was selling the accused product in 2024. Based on my recollection, Woindo was selling a different product in 2024 but then changed to the accused products later.

14. The user review is listed under Woindo's accused product because Amazon allows a seller to list, at different times, different products under the same product number (called ASIN).

15. The user review cited by Woindo in fact referred to a prior product with a different design, because the product shown in the photo user review is different from the accused products.

| Product Shown In **Woindo's** Photo User Review | **Woindo's Accused Product** |
|---|---|
|  |  |

|  |  |
| --- | --- |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Date: September 14, 2026

Yunshi Deng

Yunshi Deng