**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01521-CCW |

**MOTION FOR PRELIMINARY INJUNCTION**

In accordance with the Temporary Restraining Order ("TRO") issued on August 21, 2026 [Dkt. 25], Plaintiff moves this Court for a preliminary injunction against Defendants. The basis for this motion is similar to the memorandum in support of the Motion for TRO. [Dkt.16] Additional factual and legal bases are provided in the Memorandum in Reply to Defendant's Opposition to Motion to Continue, Motion for Temporary Restraining Order and Motion for Preliminary Injunction [Dkt. 36] A proposed Order is concurrently filed with this motion.

///

///

///

///

///

Date: September 15, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*