Docusign Envelope ID: D8061D23-C1AE-81C5-8009-2A6064F07DA4


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Action No. 2:26-cv-01521-CCW

Judge Christy Criswell Wiegand

**DECLARATION OF MR. JUNHAI XU IN SUPPORT OF DEFENDANT NO. 1'S OPPOSITION TO PLAINTIFF'S EX PARTE MOTION IN DKT. 16**

I, Junhai XU, declare as follows:

1. I am over the age of eighteen and competent to make this declaration. The facts stated herein are within my personal knowledge. If called as a witness, I could and would testify competently to them.
2. I am the manager of ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI ("Company"), a limited company organized under the laws of the People's Republic of China with its principal place of business in Zhenjiang, Jiangsu Province, China. I am authorized to make this declaration on the Company's behalf.
3. The Company sells bath and shower fixture products to consumers in the United States through its Amazon.com storefront under the seller account name "Cocktap" (Amazon Seller ID A10PKJTUSSO0U1) and the brand name "Aolemi."
4. The Cocktap store has been continuously operating for over seven (7) years since July 2019 and is the Company's only channel of sales to the United States market.
5. I have been responsible for the day-to-day operations of the Cocktap store since its opening in July 2019. Based on my experience operating the Cocktap store, I am familiar with the

bath and shower fixture product market and the Company's product lines listed in the Cocktap store.

6. Amazon.com requires third-party sellers to display business identity information on a publicly accessible Seller Profile page. The Company has at all relevant times complied with that requirement.

7. The Company's Amazon.com Seller Profile page, available to any member of the public at https://www.amazon.com/sp?ie=UTF8&seller=A10PKJTUSSO0U1, displays its legal entity name "zhenjiangjianhongmaoyiyouxiangongsi," its detailed business address in Zhenjiang, Jiangsu Province, China, and its business email address (cocktap@163.com).

8. The "Product" section near the bottom of that page also includes a hyperlink for any visitor to "See all products currently offered by the seller." By clicking on that link, a visitor can see all ASINs currently listed and sold by the Cocktap store.

9. As shown on the Company's Amazon.com Seller Profile page, as of September 14, 2026, the Cocktap store has a lifetime customer rating of 4.7 out of 5 and a 99% positive rating over the trailing twelve months.

**A. PLAINTIFF'S ASSERTED PATENT IS INVALID.**

10. I have reviewed United States Design Patent No. D1,057,101 S asserted by Plaintiff in this action. Attached as **Exhibit A** is a true and correct copy of the digital high-resolution version of the asserted patent (downloaded directly from the USPTO database).

11. Based on my familiarity with the bath and shower fixture product market, the design Plaintiff claims in the asserted patent is not novel and was already disclosed in the marketplace before Plaintiff filed its patent application on October 21, 2024.

12. For example, I understand that Plaintiff alleges that co-defendant Woindo's ASINs B0D5XXTP27, B0D5XWNJGS, B0D5XXDY2H and B0D5XPR2PC are among the infringing products. I have reviewed those product listings and their customer reviews.

13. The customer reviews for B0D5XXTP27 (Color: Matte Black, Style: 12"-Ceiling-01) are available at https://www.amazon.com/portal/customer-reviews/B0D5XXTP27/ref=cm_cr_arp_d_viewopt_mdrvw?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews&sortBy=recent&mediaType=media_reviews_only. Among these reviews, I counted two (2) that pre-date October 21, 2024, with the earliest one dated August 26, 2024. Below is a true and correct screenshot of the August 26, 2024 review.


dontaj47

**a luxurious shower experience**

Reviewed in the United States on August 26, 2024

Color: Matte Black | Style: 12"-Ceiling-01 | Amazon Vine Customer Review of Free Product ( What's this? )

The matte black finish of this shower faucet set is both modern and sleek, adding a touch of sophistication to any bathroom. The minimalist design of the 12" ceiling mount rainfall shower head, coupled with the dual rain shower heads and multi-function handheld head, creates a cohesive and stylish look. The black finish complements various bathroom decors and provides a dramatic contrast to lighter-colored tiles and fixtures.
The 12" ceiling mount rainfall shower head offers a wide, even flow of water that mimics the sensation of standing in a gentle rain. The large size ensures full coverage, providing a relaxing and immersive shower experience. The secondary rain shower heads add versatility, allowing you to customize the water flow and coverage according to your preferences.
The multi-function handheld shower head is a valuable addition. It features a push-button diverter that allows you to switch easily between the ceiling mount and handheld functions. The handheld head provides flexibility for targeted rinsing, cleaning, and washing, making it ideal for families and individuals alike.
The push-button diverter is user-friendly and allows for smooth transitions between the different shower heads. It is straightforward to operate, minimizing the hassle of adjusting water flow and temperature
The shower system is designed for ceiling mount installation, which can be a bit more complex compared to wall-mounted setups. Professional installation is recommended to ensure that the system is correctly aligned and securely mounted. The build quality is solid, with durable materials that resist corrosion and wear over time. The matte black finish is designed to be easy to clean and maintain, though it may show water spots or fingerprints that require occasional wiping
The 12" rainfall shower head offers a soothing and enveloping experience, perfect for relaxing showers. The additional rain shower heads provide extra coverage and options for different showering preferences. The handheld shower head enhances convenience, especially for tasks like rinsing off shampoo or cleaning the shower area. The push-button diverter is intuitive and allows for seamless switching between different water sources

14. The customer reviews for B0D5XWNJGS (Color: Brushed Nickel, Style: 12"-Ceiling-01) are available at https://www.amazon.com/portal/customer-reviews/B0D5XWNJGS/ref=cm_cr_arp_d_viewopt_srt?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews&sortBy=recent. Among these reviews, I counted five (5) that pre-date October 21, 2024, with the earliest one dated July 24, 2024. Below is a true and correct screenshot of the July 24, 2024 review.

Taterlayne

★★★★☆ **A Stylish Upgrade with a Few Hiccups**

Reviewed in the United States on July 24, 2024

Color: Brushed Nickel | Style: 12"-Ceiling-01 | **Amazon Vine Customer Review of Free Product** ( What's this? )

The Woindo Shower Faucet Set is a beautiful addition to any bathroom, with its sleek design and modern finish. The rainfall showerhead provides a luxurious showering experience, and the handheld showerhead adds convenience and flexibility. The installation process was relatively straightforward, although I encountered a minor issue with the instructions. They were vague, and I had to do some additional research online to figure out a few steps. However, once I got everything sorted out, the installation went smoothly. One thing to note is that the product description mentions a brushed nickel finish, but the set I received was actually black. While I don't mind the black finish, it's important to be aware of this discrepancy in case you have a specific color preference. Overall, I'm happy with this ensemble. It looks great in my bathroom and functions well. The rainfall showerhead is a real treat, and the handheld showerhead is perfect for rinsing off or cleaning the shower. Despite the minor issues with the instructions and the color discrepancy, I still recommend this shower faucet set to anyone looking for a stylish and functional upgrade to their bathroom.

15. The customer reviews for B0D5XXDY2H (Color: Chrome Polished, Style: 12"-Ceiling-01) are available at https://www.amazon.com/portal/customer-reviews/B0D5XXDY2H/ref=cm_cr_arp_d_viewopt_srt?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews&sortBy=recent. Among these reviews, I counted five (5) that pre-date October 21, 2024, with the earliest one dated July 30, 2024. Below is a true and correct screenshot of the July 30, 2024 review.

Omie

★★★★☆ **ULTRA PREMIUM SET MADE MOSTLY WITH METAL COMPONENTS**

Reviewed in the United States on July 30, 2024

Color: Chrome Polished | Style: 12"-Ceiling-01 | **Amazon Vine Customer Review of Free Product** ( What's this? )

This set arrived very quickly and nicely packaged. in a cardboard box. The chrome components each were packaged in their own little fabric bag to protect them in transit. There are instructions included, and it was fairly easy to install since we have experience with installations. We really appreciated that we were able to find a smallish (6" square) rain shower head as well as a large overhead rain shower head with a wand in the same set.

The components are metal with a highly polished chrome finish lending a modern feel. The water flow leaves a bit to be desired, but it does reduce water consumption. The spray pattern really does feel like you are out in the rain. The smaller shower head pivots easily in most directions, so you can adjust it to your desired position. We used a straight wall mounted shower arm for a straight down water spray.

The wand is the reason for a lost star. Its plastic clunky design simply does not seem to go with the rest of the sleek set. It does have a nice spray pattern through the white plastic front, though.

Overall quality product at a good price. A nice alternative to all the plastic name brands found in big box stores.

16. The customer reviews for B0D5XPR2PC (Color: Oil Rubbed Bronze, Style: 12"-Ceiling-01) are available at https://www.amazon.com/portal/customer-reviews/B0D5XPR2PC/ref=cm_cr_arp_d_viewopt_srt?_encoding=UTF8&ie=UTF8&reviewerType=all_reviews&sortBy=recent. Among these reviews, I counted nine (9) that pre-date October 21, 2024, with the earliest one dated July 22, 2024. Below is a true and correct screenshot of the July 22, 2024 review.

Denise
★★★★★ **Great water pressure**
Reviewed in the United States on July 22, 2024
Color: Oil Rubbed Bronze | Style: 12"-Ceiling-01 | **Amazon Vine Customer Review of Free Product** ( What's this? )
This was just a showerhead. There's no hose with it easy to assemble hook up to your shower hose. It has a button on the back that makes squatter squirt out the top of it seems more like a power washer

17. These customer reviews show that each of the above Woindo products was received and used by consumers before October 21, 2024. Based on those reviews, it is my understanding that each of those products was on sale before Plaintiff filed its patent application.

18. Moreover, since July 15, 2023, the Cocktap store has been selling a shower system (ASIN B0CBWX28LV, Color: Matte Black) that includes a valve and control panel assembly. That assembly uses a square cover plate, round push buttons, a square handle, and a semi-transparent plastic valve box which are the same design features that later appear in Plaintiff's claimed design.

19. The product listing for B0CBWX28LV is available at https://www.amazon.com/dp/B0CBWX28LV. The two figures below are true and correct screenshots of the promotional pictures used in the listing. The B0CBWX28LV valve assembly as sold has only three (3) water ports. Its semi-transparent plastic valve box, however, was designed with redundancy to accommodate one (1) extra port on the left side and one (1) extra port on the right side.




20. Also in 2023, another Amazon seller, SR SUN RISE Store, started selling a shower system (ASIN B09H39B47D, Color: Matte Black, Set name: 10" Wall Mounted) that includes a valve and control panel assembly using the same combination of a square cover plate, round push buttons, a square handle, and a semi-transparent plastic valve box.

21. The product listing for B09H39B47D is available at https://www.amazon.com/dp/B09H39B47D?ref=clp_hp_h_pc&th=1. The two figures below are true and correct screenshots of the promotional pictures used in the listing.





22. The customer reviews for B09H39B47D (Color: Matte Black, Set name: 10" Wall Mounted) are available at https://www.amazon.com/portal/customer-reviews/B09H39B47D/ref=cm_cr_arp_d_viewopt_rvwer?_encoding=UTF8&ie=UTF8&

reviewerType=avp_only_reviews&sortBy=recent. A substantial portion of these reviews pre-date October 21, 2024, with many dating back to early 2023. Below is a true and correct screenshot of two reviews from February 2023.

David
★★★★★ **Very pleased.**
Reviewed in the United States on February 27, 2023
Color: Matte Black | Set name: 10"Wall Mounted | Verified Purchase
When I first read the reviews on this the complaints were the on off handle indicated the got and cold from the bottom rather than the top where it pointed to the red and blue mark. Easy fix was to reverse your hot and cold lines. Problem solved and they fixed the issue of both shower heads not being able to be turned on at the same time, at least mine do. I am very happy with this product. I'm glad I made this choice.
4 people found this helpful
Helpful | Report

A. An
★★★★★ **Had small leak, got great support**
Reviewed in the United States on February 22, 2023
Color: Matte Black | Set name: 10"Wall Mounted | Verified Purchase
Ever after shower installed I experienced non stop leak after shower been turned off and also weak water pressure, I contacted the sr sun support and they tried their best to help me fix the problems and in the end they refunded me full. Great support! They do care! The one I got is the new version with 2 big buttons on top, so dont that one, get the older version.

23. Thus, by 2023 at the latest, shower valve assemblies using a combination of a *square* cover plate, *round* push buttons, and a *square* handle were already on the market. Such a design concept or contrasting combination is not something new invented by Plaintiff.

24. Moreover, by 2023, the handle depicted in Plaintiff's claimed design was also well known in the marketplace as evidenced by the handles used in B0CBWX28LV and B09H39B47D. In fact, the prior art reference EU 006263299-0043 (Dkt. 41-4 submitted by another defendant Woindo) disclosed the same handle (screenshots below) even earlier in 2019.



25. Further, in 2021, another prior art reference CN 306922838 S (Dkt. 41-2 submitted by Woindo) disclosed a valve and control panel assembly which includes five (5) water ports: two (2) on the left side, two (2) on the right side, and one (1) on top.



26. Also in 2021, another prior art reference CN 306922841 S (Dkt. 41-3 submitted by Woindo) disclosed a valve and control panel assembly with a similar five-port configuration: two (2) on the left side, two (2) on the right side, and one (1) on top. Notably, CN 306922841 S also disclosed *three (3) round push buttons in a triangle formation*.



27. Based on my experience in this field, it is my understanding that, by the end of 2023, a person familiar with shower valve design would recognize that the large round knob in CN

306922838 S and CN 306922841 S can be readily replaced by the square handle disclosed in EU 006263299-0043 without affecting water regulation.

28. It is also my understanding that, by the end of 2023, a person familiar with shower valve design understood that the number of round push buttons depends on the functional needs of the system. Two (2) buttons are used where the system has two separately controlled shower heads or sprinklers, as in B0CBWX28LV and B09H39B47D. Three (3) buttons are used where the system has three.

29. It is also my understanding that, by the end of 2023, a person familiar with shower valve design understood that the choice between a three-port and a five-port valve configuration is likewise dictated by the functional needs of the system, namely, the number of shower heads/sprinklers that need to be separately controlled.

30. It is also my understanding that, by the end of 2023, a person familiar with shower valve design treated the placement of the three (3) round push buttons in a straight line or in a triangle formation as a simple design choice rather than a novel design.

31. In short, it is my opinion that Plaintiff's claimed design is at least obvious to a person familiar with shower valve design at the end of 2023.

**B. COCKTAP'S ACCUSED PRODUCTS DO NOT INFRINGE.**

32. I understand that Plaintiff alleges infringement by the valve and control panel assembly in nine ASINs sold by the Cocktap storefront: B0DM1RS3P6, B0DM1SPHNL, B0DM1RFNMC, B0DXQ98TJH, B0DXQ6G7SB, B0F1CLQBJ9, B0F1CN7YN5, B0DXQ86C2Z, and B0FWK48RSM (the "Accused Listings").

| ASIN | Product Listing Page | Initial Listing Date by Cocktap |
|---|---|---|
| B0DM1RS3P6 | https://www.amazon.com/dp/B0DM1RS3P6?th=1 | 2024.11.05 |
| B0DM1SPHNL | https://www.amazon.com/dp/B0DM1SPHNL?th=1 | 2024.11.05 |

| | | |
|---|---|---|
| B0DM1RFNMC | https://www.amazon.com/dp/B0DM1RFNMC?th=1 | 2024.11.05 |
| B0DXQ98TJH | https://www.amazon.com/dp/B0DXQ98TJH?th=1 | 2025.02.19 |
| B0DXQ6G7SB | https://www.amazon.com/dp/B0DXQ6G7SB?th=1 | 2025.02.19 |
| B0F1CLQBJ9 | https://www.amazon.com/dp/B0F1CLQBJ9?th=1 | 2025.03.13 |
| B0F1CN7YN5 | https://www.amazon.com/dp/B0F1CN7YN5?th=1 | 2025.03.13 |
| B0DXQ86C2Z | https://www.amazon.com/dp/B0DXQ86C2Z?th=1 | 2025.02.19 |
| B0FWK48RSM | https://www.amazon.com/dp/B0FWK48RSM?th=1 | 2025.10.16 |

33. Each of the above product listing pages includes a "Sold by cocktap" link. Any member of the public can reach the Company's Amazon.com Seller Profile page from any of those listings in two clicks: first "Sold by cocktap," then "Learn more about the seller."

34. Each of the Accused Listings is a "Shower Faucet Set *System*" and the *valve and control panel assembly* accused by Plaintiff of infringement is merely one subpart of the multi-component system.

35. The valve and control panel assemblies across the Accused Listings share substantially the same structural design, and differ from each other only in the surface finish and color of the cover plate, buttons, and handle. Thus, I use the valve and control panel assembly within B0DM1RS3P6 as a representative sample.

36. Below is a side-by-side comparison between the valve and control panel assembly in B0DM1RS3P6 and Plaintiff's claimed design.

| **D1,057,101** | **B0DM1RS3P6 (representative)** |
|---|---|

| | |
|---|---|
|  |  H<br>C |
|  |  |




OTHER FUNCTION
Hot Water




HAND SHOWER
Cold Water

| | |
|---|---|
|  |  |
|  |  |

37. When considered together with the extensive disclosures already available in the products and patent applications that pre-date October 21, 2024, the above side-by-side comparison demonstrates that the valve and control panel assembly used in the Accused Listings is plainly dissimilar to Plaintiff's claimed design and therefore does not infringe.

**C. AN INJUNCTION AND ASSET RESTRAINT WOULD CAUSE SUBSTANTIAL HARM TO COCKTAP.**

38. The Company did not receive any pre-suit notice of any alleged infringement from Plaintiff. Plaintiff filed its complaint, its motion for a temporary restraining order, and the supporting

declarations under seal, and the Company had no access to them. To obtain those materials, the Company moved to intervene in this action on August 4, 2026. The Court granted that motion and ordered Plaintiff to produce the sealed materials. The Company's counsel received them on August 12, 2026. That was the first time the Company learned of Plaintiff's specific infringement allegations under the asserted patent.

39. The Accused Listings are not the only products the Company sells through the Cocktap store. As of September 14, 2026, the Cocktap store offers approximately 280 active listings in total, of which the nine Accused Listings are a small subset.

40. Between August 12, 2026 and September 14, 2026, the Accused Listings generated approximately $59,560 in gross sales through Amazon.com, which accounts for approximately 8.05% of the total gross sales of the Cocktap store during the same period.

41. Between August 12, 2026 and September 14, 2026, Cocktap spent approximately $5,500 on advertising for the Accused Listings on Amazon.com.

42. In the trailing three months, the advertising costs of the entire Cocktap store on Amazon.com were approximately $88,100 (June 14-July 13), $85,500 (July 14-Aug. 13), and $68,700 (Aug. 14-September 14).

43. The Company fully intends to maintain the business operations of its Cocktap store as usual during and after this litigation.

44. Any restraint on the funds held in the Cocktap store's Amazon seller account would operate at the account level, not the listing level, because Amazon holds a single disbursable balance for the entire storefront. A restraint on the entire balance would withhold sales proceeds from every product the store sells, including all listings that are not accused in this action.

45. The funds held in Cocktap's Amazon seller account are used to pay employees, suppliers, advertising and promotional costs, shipping and warehousing charges, and operating expenses. A restraint on those funds would damage the Company's ability to meet its ongoing payment obligations to third parties. It would also disrupt the Company's preparation for the upcoming holiday sales season.

46. Moreover, a suspension of the Accused Listings would cause the Company harm beyond lost sales during the period of the restraint.

47. I understand that Amazon ranks stores and products in consumers' keyword search results based on two factors: the sales volume of the store and of the product, and the amount invested in advertising. That advertising investment is made primarily through Amazon's Pay-Per-Click ("PPC") advertising services.

48. Based on my experience operating the Cocktap store, such a suspension would cause the store to lose both the product's sales ranking and the store's ranking, neither of which can readily be restored or remediated without substantial advertising investment and an extended recovery period. The store would also incur increased long-term storage fees and eventually Amazon disposal costs on its sequestered FBA inventory of the Accused Listings.

49. Based on my experience operating the Cocktap store, it is essential to consistently and continuously invest in advertising, marketing, and promotions on Amazon to maintain steady sales of any product, particularly through the use of Amazon's PPC services.

50. To increase the sales of a product or restore it to its previous level after a decline, significantly greater promotion and marketing investment would be required, particularly in increased spending on Amazon's PPC advertising services.

51. It is my understanding that if the Accused Listings were to be suspended or delisted, Amazon would prohibit any advertising and marketing for those listings, including any PPC investment.

52. In my experience, reducing spending on Amazon's PPC services for any product consistently leads to a decline in sales, especially over a prolonged period. Recovering from such a decline is challenging, as it requires significantly more investment with no guaranteed return.

53. Therefore, any suspension or delisting of the Accused Listings or any restraint on the funds in the Cocktap seller account would cause substantial harm to the Company.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 15, 2026.

签署人：

Junhai Xu

390BD5525C1488...

Junhai XU
Manager
Zhenjiangjianhongmaoyiyouxiangongsi
d/b/a Cocktap