**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 2:26-cv-01521-CCW<br><br>Judge Christy Criswell Wiegand |

**[PROPOSED] ORDER GRANTING DEFENDANT NO. 1'S MOTION FOR LEAVE TO FILE EXCESS PAGES**

Having considered the parties' submissions and for the reasons set forth in Defendant No. 1's motion (Dkt. 49), this Court finds that good cause exists to permit Defendant No. 1 to file its opposition brief (Dkt. 49) as requested. Accordingly, Defendant No. 1's motion is hereby GRANTED, and Defendant No. 1's opposition brief (Dkt. 49) is accepted as filed.

This __________ day of __________, 2026.

BY THE COURT:

______________________________
CHRISTY CRISWELL WIEGAND
UNITED STATES DISTRICT JUDGE