AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Pennsylvania

FOSHAN HUAYUN TECHNOLOGY CO., LTD.
*Plaintiff*
v.
SCHEDULE A DEFENDANTS
*Defendant*

Case No. 2:26-cv-01521

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

IRIBER HOME, KOJOX SANITARY, DUSARO, TONGDA TECH. .

Date: 09/16/2026

/s/ He Cheng
*Attorney's signature*

He Cheng (NYS Bar No. 5665617)
*Printed name and bar number*

Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, Florida 33301
*Address*

rcheng@palmerlawgroup.com
*E-mail address*

(917) 525-1495
*Telephone number*

*FAX number*