**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | **Civil Action No. 26-cv-01521-CCW**<br><br>**Judge Christy Criswell Wiegand** |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.A of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Defendants IRIBER HOME, KOJOX SANITARY, DUSARO, TONGDA TECH, in the above captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

Date: 09/16/2026

/s/ He Cheng

He Cheng (Bar No. 5665617)
Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendant***