**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD., Plaintiff, v. SCHEDULE A DEFENDANTS, Defendants. | Civil Action No. 2:26-cv-01521-CCW<br>Judge Christy Criswell Wiegand |

**DEFENDANT NO. 1'S MOTION FOR LEAVE TO OBSERVE HEARING REMOTELY**

Defendant No. 1, ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI d/b/a "Cocktap" ("Cocktap"), respectfully moves this Honorable Court for leave to observe remotely, by telephone or video, the hearing on Plaintiff's Motion for Preliminary Injunction, which is scheduled for September 17, 2026, at 9:30 a.m. (Dkt. 37).

Although the hearing is directed to Plaintiff's motion as to the other defendants, not Cocktap, it will likely address many common issues relevant to Cocktap, *e.g.*, the validity and enforceability of the asserted patent, Plaintiff's purported irreparable harm, and the proper scope of any asset restraint. Observing the hearing would therefore inform Cocktap's preparation of its own defenses, including for any subsequent hearing the Court may schedule on Plaintiff's motion (Dkt. 16) as to Cocktap.

Because Cocktap's counsel is based in Chicago, remote access would spare Cocktap the expense of either having counsel travel to the hearing or ordering a transcript. If permitted to observe remotely, Cocktap's counsel would listen only and would not address the Court or otherwise participate in the hearing. Accordingly, Cocktap respectfully requests that the Court

grant the requested leave and provide Cocktap's counsel with telephone or video access to the hearing.

Respectfully submitted,

Dated: September 16, 2026

*/s/ Zheng Gong*
Zheng Gong
(admitted *pro hac vice*)
Primary Bar No.: IL 6323959
**ShinyRise PLLC**
1 East Erie St., Suite 525-5203
Chicago, IL 60611
Email: zheng.gong@shinyrise.com
Phone: 312-612-0288

*Counsel for Defendant No. 1*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing paper was filed electronically with the Clerk of the Court using the CM/ECF system on the date below, which will send notification of such filing to all counsel of record.

Date: September 16, 2026 *_/s/ Zheng Gong_*