**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD., | |
| Plaintiff, | Civil Action No. 2:26-cv-01521-CCW |
| v. | Judge Christy Criswell Wiegand |
| SCHEDULE A DEFENDANTS, | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING DEFENDANT NO. 1'S MOTION FOR LEAVE TO OBSERVE HEARING REMOTELY**

**AND NOW**, this _____ day of ____________________, 2026, upon consideration of Defendant No. 1's Motion for Leave to Observe Hearing Remotely, it is hereby **ORDERED** that the Motion is **GRANTED**.

Counsel for Defendant No. 1, ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI d/b/a "Cocktap," may observe by telephone or video the hearing scheduled for September 17, 2026, at 9:30 a.m. (Dkt. 37). The Court will provide Cocktap's counsel with remote access instructions before the hearing.

BY THE COURT:

______________________________
CHRISTY CRISWELL WIEGAND
United States District Judge