**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | **Civil Action No. 26-cv-01521-CCW**<br><br>**Judge Christy Criswell Wiegand** |

**DEFENDANTS' MOTION FOR EXTENSION OF**
**TIME TO FILE OPPOSITION TO SHOW CAUSE ORDER**

Defendants IRIBER HOME (Def. No. 9), KOJOX SANITARY (Def. No. 8), DUSARO (Def. No. 14), and TONGDA TECH (Def. No. 5) (collectively, "Defendants"), by and through undersigned counsel, respectfully move this Court for a short extension of time to file their opposition to Plaintiff's Motion for Preliminary Injunction and to respond to the Court's Show Cause Order. In support, Defendants state as follows:

1. On August 21, 2026, the Court entered an Order granting Plaintiff's Motion for Temporary Restraining Order, Motion for Order Restraining Assets and Merchant Storefronts, Motion for Order to Show Cause Why a Preliminary Injunction Should Not Issue, and Motion to Expedite Discovery. [ECF No. 25]. The Court initially ordered Defendants to file their opposition papers by August 28, 2026.

2. On September 2, 2026, the Court granted Plaintiff's motion to continue the preliminary-injunction hearing and ordered that Defendants' opposition papers be filed by September 10, 2026. [ECF No. 37].

3. The undersigned counsel was recently retained to represent and filed Notices of Appearance on September 16, 2026. [ECF No. 53]. Based on the records presently available to undersigned counsel, there is no indication that these Defendants were served with process or received any email or other communication concerning this action, including notice of the preliminary-injunction proceedings.

4. Given counsel's recent retention, the absence of any indication in the presently available records that these Defendants previously received case-related materials, and Plaintiff's pending Motion for Preliminary Injunction, additional time is necessary for undersigned counsel to review the pleadings, motions, supporting evidence, and other filings; confer with Defendants; obtain the information and evidence necessary to address Plaintiff's allegations; and prepare a meaningful response to the Show Cause Order and opposition to Plaintiff's Motion for Preliminary Injunction.

5. On September 16, 2026, undersigned counsel contacted Plaintiff's counsel by email and requested Plaintiff's consent to a three-week extension for these Defendants to file their response and opposition. As of the filing of this Motion, Plaintiff's counsel has not responded to that request.

6. Defendants therefore respectfully request an extension through October 1, 2026, to file their response to the Show Cause Order and opposition to Plaintiff's Motion for Preliminary Injunction. This request is made in good faith and not for purposes of delay. The requested extension is necessary to afford newly retained counsel a reasonable opportunity to review the record, confer with Defendants, investigate the relevant facts, obtain supporting evidence, and adequately prepare Defendants' response and opposition.

WHEREFORE, Defendants respectfully request that this Court enter an Order, extending the deadline for Defendants to file their opposition to the Show Cause Order and Plaintiff's Motion for Preliminary Injunction through October 1, 2026.

Date: 9/16/2026

/s/ He Cheng

He Cheng (NYS Bar No. 5665617)
Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
rcheng@palmerlawgroup.com
Tel: +1 (917) 525-1495
***Attorney for Defendants***

## CERTIFICATE OF SERVICE

This is to certify that on, I filed the foregoing with the Court's CM/ECF electronic filing system, which automatically generates notice and service upon all counsel of record.

Date: 9/16/2026

/s/ He Cheng

He Cheng