**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | **Civil Action No. 26-cv-01521-CCW**<br><br>**Judge Christy Criswell Wiegand** |

**[proposed] ORDER GRANTING DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO THE ORDER TO SHOW CAUSE AND OPPOSE PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Defendants' Motion for Extension of Time to Respond to the Order to Show Cause Why a Preliminary Injunction Should Not Issue and to Oppose Plaintiff's Motion for Preliminary Injunction, and for good cause shown, it is hereby **ORDERED** that the Motion is GRANTED.

Defendants shall file their response to the Order to Show Cause and opposition to Plaintiff's Motion for Preliminary Injunction on or before **October 1, 2026**. Plaintiff may file any reply on or before **October 15, 2026**.

**SO ORDERED**

SIGNED this ________ day of ____________, 2026, Pittsburgh, Pennsylvania

_______________________________
**Hon. Christy C. Wiegand**
**United States District Judge**

cc *counsel of records via ECF*