**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01521-CCW

**SUPPLEMENTAL DECLARATION OF YUNSHI DENG**

I, Yunshi Deng, declare as follows:

1. I am over the age of eighteen and am competent to testify to the matters stated in this Declaration. I have personal knowledge of the facts set forth below and, if called as a witness, could and would testify to them.
2. I have been working as a product designer at Plaintiff Foshan Huayun Technology Co., Ltd ("Plaintiff"). I am the sole inventor of U.S. Design Patent No. D1,057,101 S (the "'101 Patent"). I submit this Declaration to correct two unintentional misstatements in my prior declarations in this

action: my Declaration in Support of Plaintiff's Motion for Temporary Restraining Order [Dkt. 16-2] and my Supplemental Declaration in Support of Plaintiff's Motion for Preliminary Injunction [Dkt. 45].

3. **Ownership of the '101 Patent.** Due to inadvertent attorney drafting errors, my prior declarations misstated that I am "the … owner" of the '101 Patent (Dkt. 45 ¶ 1) and that I am "one of the inventors and owners" of the '101 Patent. (Dkt. 16-2 ¶ 2).

4. **Correction:** I am the sole inventor of the '101 Patent. I am not, and have never been, an owner of the '101 Patent. By virtue of my employment, my employer Foshan Huayun Technology Co., Ltd. was the assignee and has been the sole owner the '101 Patent.

5. Foshan Huayun is the sole applicant and assignee of the '101 Patent, as reflected in **Exhibit A** to the Complaint and in the records of the United States Patent and Trademark Office.

6. Foshan Huayun makes and sells shower valve products that practice the '101 Patent. As the sole inventor and as an employee of Foshan Huayun, I have personal knowledge of the '101 Patent and of Foshan Huayun's products and sales.

7. **Licensing of the '101 Patent.** In my Declaration in Support of Plaintiff's Motion for Temporary Restraining Order, I stated that "[n]either me or

my company licensed the '101 Patent to any parties for their use." [Dkt. 16-2] ¶ 8.

8. **Clarification**: These statements are true but might benefit from more clarification. Foshan Huayun owns 100% of a Hong Kong limited company named Yueshunweiyu Co., Limited.

9. Yueshunweiyu Co., Limited. operates Foshan Huayun's Amazon storefront in the United States and sells products with designed patented in the '101 Patent.

10. I initially believed this was a licensing relationship, but after reviewing relevant caproate and sales records, I understand that the relationship between Foshan Huayun and Yueshunweiyu Co., Limited. does not involve patent licensing.

11. Because Yueshunweiyu Co., Limited. merely sells products manufactured by Foshan Huayun on Amazon.

12. Because Yueshunweiyu Co., Limited. does not manufacture products on its own.

13. Foshan Huayun has not licensed the '101 Patent to any other entity.

14. I have also not licensed the '101 Patent to any other entity, because I have no ownership interest in the '101 Patent.

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: September 17, 2026

Respectfully submitted,

Yunshi Deng

Yunshi Deng