(19)中华人民共和国国家知识产权局

(12)外观设计专利

(10)授权公告号 CN 306922838 S
(45)授权公告日 2021.11.05

(21)申请号 202130332731.7

(22)申请日 2021.06.01

(73)专利权人 温州乔御洁具有限公司
地址 325000 浙江省温州市温州经济技术开发区海城街道龙瑞大道658号

(72)设计人 戴克林

(51)LOC(13)Cl.
23-01

图片或照片 6 幅 简要说明 1 页

(54)使用外观设计的产品名称

暗装预埋式龙头(恒温按键三功能内螺接头)



立体图

CN 306922838 S



主视图



俯视图



后视图



仰视图



右视图



立体图

# 简 要 说 明

1.本外观设计产品的名称:暗装预埋式龙头(恒温按键三功能内螺接头)。
2.本外观设计产品的用途:用于水管接口。
3.本外观设计产品的设计要点:在于形状。
4.最能表明设计要点的图片或照片:立体图。
5.左视图与右视图对称,省略左视图。