**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff, v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

______________________________________/

Civil Action No. 2:26-cv-01521-CCW Judge Christy Criswell Wiegand

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice by Pro hac vice within this Court, hereby enters his appearance as counsel for Defendant NO. 11, Oupukle (Amazon Store ID: A2FT2YIT63I09X) in the above captioned matter.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;
Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Sept. 17, 2026

/s/ Jianyin Liu

Jianyin Liu, Esq.
1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC

9000 SW 157th St
Palmetto Bay, FL 33157
Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I certify that this document has been served to all parties on record via CM/ECF on this Sept. 17, 20265.

/s/ Jianyin Liu