IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendant. | 2:26-CV-01521-CCW |

**MINUTE ENTRY**
**SEPTEMBER 17, 2026 SHOW CAUSE HEARING**
Before Judge Christy Criswell Wiegand

Appearing for Plaintiff:
Zheng Liu, Esq.

Appearing for Defendants Woindo, Heable-1, Oupukle:
Jianyin Liu, Esq.

Conference Began: 9:30 a.m.

Conference Ended: 10:10 a.m.

| | |
|---|---|
| Adjourned to: | Not applicable |
| Stenographer: | Veronica Trettel |
| Law Clerk: | Elijah Coryell |
| Courtroom Deputy: | Tina Cassisi |

**SUMMARY OF PROCEEDINGS:**

The Court held a show cause hearing in the above-captioned case. Appropriate orders will follow.

cc (via ECF email notification):

All Counsel of Record