IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendant. | 2:26-CV-01521-CCW |

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER AS TO ALL DEFENDANTS**

AND NOW, this 17th day of September 2026, upon consideration of the proceedings held today on the Court's order to show cause why a preliminary injunction should not issue:

WHEREAS counsel for Plaintiff provided specific information to the Court explaining why he had not been able to provide notice to some of the defendants regarding the show cause hearing and pending motion for preliminary injunction;

WHEREAS counsel for certain defendants not appearing at the show cause hearing entered their appearance only yesterday, September 16, 2026 (ECF No. 53), moved for an extension of time to file a response to the order to show cause and in opposition to a preliminary injunction (ECF No. 56), and averred that such defendants had never received notice of these proceedings including notice of the show cause hearing (ECF No. 56 at 2);

WHEREAS Defendants Heable-1 and Oupukle appeared and filed their opposition to the pending motion for preliminary injunction just this morning, September 17, 2026 (ECF Nos. 58, 59, 60, 61);

WHEREAS the Court finds that an extension of time is necessary for the Court to consider the arguments from the parties appearing at the show cause hearing, as well as those by other nonappearing defendants made separately in docket filings, about legal and factual issues bearing on whether a preliminary injunction should issue;

WHEREAS the Court finds that an extension of time will enable Plaintiff to cure any remaining deficiencies as to any defendant's notice of the order to show cause and permit any defendant opportunity to be heard on the same;

IT IS HEREBY ORDERED that the Temporary Restraining Order entered by the Court on August 21, 2026 (ECF No. 16), and extended by the Court on September 2, 2026 (ECF No. 37), is extended as to all defendants by a period of fourteen (14) days until October 1, 2026.[1]

IT IS FURTHER ORDERED that any defendant who has not been heard on or filed papers in response to the order to show cause for why a preliminary injunction should not issue shall file any opposition on or before September 23, 2026; and that Plaintiff shall file any Reply papers on or before September 28, 2026;

IT IS FURTHER ORDERED that Plaintiff shall continue to provide notice of these proceedings and copies of the documents on file in this matter to all defendants.

SO ORDERED.

DATED this 17th day of September, 2026, at 3:00 p.m.

BY THE COURT:

/s/ Christy Criswell Wiegand
CHRISTY CRISWELL WIEGAND
United States District Judge

cc (via ECF email notification):

All Counsel of Record

---

[1] The Court's Temporary Restraining Order does not extend to Defendant ZHENJIANGJIANHONGMAOYIYOUXIANGONGSI (dba Cocktap) which is on a different procedural track. *See* ECF No. 24