**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Foshan Huayan Tech. Co., Ltd.,<br><br>Plaintiff,<br><br>v.<br><br>Schedule A Defendants,<br><br>Defendants. | Case No. 2:26-cv-01521-CCW<br><br>Hon. Christy Criswell Wiegand |

**<u>Motion for Admission Pro Hac Vice of Adam E. Urbanczyk</u>**

Adam E. Urbanczyk, undersigned counsel for Holispa, HomGoo Shower, MWLY, and Raycharm ("Defendants"), hereby moves that he be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for the Defendant, pursuant to LCvR 83.2, LCvR 83.3, and this Court's Standing Order Regarding Pro Hac Vice Admissions dated March 1, 2017 (Misc. No. 99-95).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Adam E. Urbanczyk filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: September 21, 2026

Respectfully submitted,

/s/Adam E. Urbanczyk

By: Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendants*
*Pro Hac Vice pending*

**Certificate of Service**

I certify that on September 21, 2026, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to all counsel of record.

Dated: September 21, 2026

/s/Adam E. Urbanczyk
By: Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendants*
*Pro Hac Vice pending*