**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Foshan Huayan Tech. Co., Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:26-cv-01521-CCW |
| v. | ) | |
| | ) | Hon. Christy Criswell Wiegand |
| Schedule A Defendants, | ) | |
| | ) | |
| Defendants. | ) | |

**[Proposed] Order**

**AND NOW**, this __________ day of September, 2026, upon consideration of the Motion of Adam E. Urbanczyk for Admission Pro Hac Vice [Dkt. 66], it is hereby ORDERED that the Motion for Admission Pro Hac Vice is GRANTED.

______________________________
The Honorable Judge
Christy Criswell Wiegand