**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff, v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

_________________________________________/

Civil Action No. 2:26-cv-01521-CCW
Judge Christy Criswell Wiegand

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice by Pro hac vice within this Court, hereby enters his appearance as counsel for Defendant ZumpSalny (Amazon ID: A3FUFX737U0NPH) in the above captioned matter.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;
Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Sept. 21, 2026

/s/ Jianyin Liu

Jianyin Liu, Esq.
1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC

9000 SW 157th St
Palmetto Bay, FL 33157
Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I certify that this document has been served to all parties on record via CM/ECF on this Sept. 21, 20265.

/s/ Jianyin Liu