**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF
PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff, v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,

Defendants.

_________________________________________/

Civil Action No. 2:26-cv-01521-CCW
Judge Christy Criswell Wiegand

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE, that the undersigned attorney, duly authorized to practice by Pro hac vice within this Court, hereby enters his appearance as counsel for Defendant gotonovo (Amazon ID: A2L3NB37MGLDSK) in the above captioned matter.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

Date: Sept. 22, 2026

/s/ Jianyin Liu

Jianyin Liu, Esq. 1007675
jamesliulaw@gmail.com

The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
Ph: (305) 209 6188

**CERTIFICATE OF SERVICE**

I certify that this document has been served to all parties on record via CM/ECF on this Sept. 22, 2026.

/s/ Jianyin Liu