**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**FOSHAN HUAYUN TECHNOLOGY CO., LTD.,**
*Plaintiff,*

**Civil Action No.** 2:26-cv-01521-CCW
**Hon.** Christy Criswell Wiegand

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,
*Defendants.*

_____________________________________________/

**DISCLOSURE STATEMENT**
*Pursuant to LCvR 7.1.A and Fed. R. Civ. P. 7.1*

Pursuant to LCvR 7.1.A of the United States District Court for the Western District of Pennsylvania and Federal Rule of Civil Procedure 7.1, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for the defendants identified below hereby submits this Disclosure Statement.

## I. Parties Making This Disclosure

This statement is filed on behalf of the following defendants, each of which is a privately held Chinese company that sells consumer products through an Amazon storefront and has appeared in this action through undersigned counsel:

1. **Dashan USA** (Amazon Seller ID： A21CHFLENZD90A);

2. **gotonovo (Amazon ID: A2L3NB37MGLDSK)**; and

3. **ZumpSalny (Amazon ID: A3FUFX737U0NPH)**.

## II. Nature and Purpose of Each Entity

Each of the above-named defendants is a privately held Chinese business entity engaged in the online retail sale of consumer goods, including shower and bathroom fixtures, through Amazon.com. None of these defendants is a publicly traded company. None is a governmental entity.

## III. LCvR 7.1.A Certification

Pursuant to LCvR 7.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for Woindo, Oupukle, and Heable-1, in the above-captioned action, certifies that there are no parents, subsidiaries and/or affiliates of said parties that have issued shares or debt securities to the public.

## IV. Fed. R. Civ. P. 7.1(a)(1) Certification

Each of the above-named defendants further states, pursuant to Federal Rule of Civil Procedure 7.1(a)(1):

(a) There is no parent corporation of any of the above-named defendants;

(b) No publicly held corporation owns 10% or more of the stock of any of the above-named defendants; and

(c) None of the above-named defendants has issued shares or debt securities to the public.

## V. Fed. R. Civ. P. 7.1(a)(2)

This action arises under the patent laws of the United States. Jurisdiction is not based on diversity of citizenship under 28 U.S.C. § 1332(a). Accordingly, the citizenship disclosures required by Fed. R. Civ. P. 7.1(a)(2) are not applicable. Undersigned counsel will promptly file a supplemental statement if any required information changes, including if the basis of jurisdiction changes.

## VI. Continuing Duty

Counsel has a continuing obligation under LCvR 7.1.A and Fed. R. Civ. P. 7.1(b)(2) to amend this Disclosure Statement to reflect relevant changes.

Dated: September 23, 2026

Respectfully submitted,

*s/ Jianyin Liu*

Jianyin Liu
Florida Bar No. 1007675
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com
Counsel for Defendants Dashan USA, gotonovo and Zumpsalny (Pro Hac Vice)

**CERTIFICATE OF SERVICE**

I certify that this document has been served on all parties of record via the Court's CM/ECF system on September 23, 2026.

*s/ Jianyin Liu*