IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| Foshan Huayan Tech. Co., Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:26-cv-01521-CCW |
| v. | ) | |
| | ) | Hon. Christy Criswell Wiegand |
| Schedule A Defendants, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>Defendants' Corporate Disclosures</u>**

**NOW COME** Holispa, HomGoo Shower, MWLY, and Raycharm ("Defendants"), by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. and LCvR 7.1 provide the following corporate disclosures.

1. There is no parent corporation or any publicly held corporation owning 10% or more of any Defendant's stock. No parent companies, subsidiaries, and affiliates of Defendants have issued shares or debt securities to the public.
2. Suzuka Trading Co., Limited is the registrant of Holispa, and Weijie Chen is the shole shareholder of Suzuka Trading Co., Limited.
3. Tonyro Trading Co., Limited is the registrant of HomGoo Shower, and Yongli Wang is the sole shareholder of Tonryo Trading Co., Limited. Shining Ascent Trading Limited
4. Shining Ascent Trading Limited is the registrant of MWLY, and Li Weiwei is the sole shareholder of Shining Ascent Trading Limited.
5. Dongguanshi Ruichen Leather Co., Ltd. is the registrant of Raycharm, and Chen Xiongjie and Chen Qiaohua or the shareholders of Dongguanshi Ruichen Leather Co., LTD.

Dated this September 23, 2026

Respectfully Submitted,

<u>/s/Adam E. Urbanczyk</u>

Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendants*
*Pro Hac Vice*

**Certificate of Service**

I certify that on September 23, 2026, I electronically submitted the foregoing with the Clerk of the Court, which will send notification of such filing to all counsel of record.

Dated: September 23, 2026

/s/Adam E. Urbanczyk
By: Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendants*
*Pro Hac Vice Pending*