# Exhibit 1

#1 Home Improvement Retailer

Home Depot Cr

Waukegan **10PM** 60085 What can we help you find today? Shop All Services DIY Log In

... / Bath / Bathroom Faucets / Shower Faucets / Vanfoxle Shower Faucets

Internet # 329634161 Model # 191



Hover Image to Zoom



Shop Vanfoxle

## Luxury Rainfall Single Handle 2-Spray Shower Faucet 1.8 GPM with Push Button Diverter and 4Body Jets in Brushed Nicke

★★★★★ (1) Questions & Answers

$384.60 /box

**Save up to $100** on your qualifying purchase
Apply for a Home Depot Consumer Card

- Upgraded pressure balance valve with anti-scald dev
- Made from premium-quality brass for durability and e
- Push-button diverter prevents accidental wrong moc
- View More Details

Color/Finish: **Brushed Nickel**

Number of Spray Patterns: **2**

Pickup at Waukegan | Delivering to 60085

**Ship to Store**
Oct 1 - Oct 6
49 ready to ship
FREE

**Delivery**
Oct 1 - Oct 5
49 available
FREE

Check Nearby Stores | Delivery Details

### Protect This Item

Select a Home Depot Protection Plan by Allstate

- 3 Year / **$63.00**
- No thanks

What to Expect

1 Add to Cart

PayPal

Starting at $36.74/mo or as low as 0% AP with PayPal. Learn more

### Free & Easy Returns In Store or Onlin

Return this item within **90 days** of purchase.

Read Return Policy

## Ask about this product

Get an answer now with AI

Type a question

Get an An

Magic Apron Assistant is an AI virtual assistant. By proceeding, you consent to the recording and use of your information by The Home Depot (and authorized third parties).
More information

## Product Details

## Specifications

## Questions & Answers

## Customer Reviews

5 out of 5 ★★★★★ (1)

| | | |
|---|---|---|
| 5 ★ | | 1 |
| 4 ★ | | 0 |
| 3 ★ | | 0 |
| 2 ★ | | 0 |
| 1 ★ | | 0 |

5 ★★★★★ out of 1 reviews

100% recommend this product

Write a Review

### Customer Images



Search

Filter by: 5 ★ | 4 ★ | 3 ★ | 2 ★ | 1 ★ | Verified Purchases Only | Current Item Selections

★★★★★ Aug 29, 2024

**4-Jet Wall Sprayers with Rain Shower Head and Handheld Spray Nozzle**

Ready to turn your bathroom into a spa shower experience? This should be your new shower system. With a great look at 3 separate functions. 1) High pressure ceiling mount rain shower head 2) 4 high pressure body sprayers 3) Handheld shower nozzle that doubles as a spray gun Build quality Great looking wall plate with 3-button easy to use design. Both rain head and body nozzles can be adjusted for the best angle. Body nozzles can be twisted for different spray modes. The ability to change the handheld spray mode into a powerful gun for easy bathroom cleaning is a great feature. Can't wait to get my reno completed and use this shower system.

by DIYMaster

DIY

Seed Program Review (What's this?)

Recommended



Helpful?

Rep

Showing 1-1 of 1 reviews

Sponsored

EVERSTEIN®

COMPLETE YOUR REMODEL WITH EVERSTEIN

Learn More



## Customers Also Viewed



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

★★★★★ (3)

$359 41/box

Add to Cart



**GIVING TREE** 1-Handle 2-Spray High Pressure Ceili…

★★★★☆ (51)

SPECIAL BUY $187 00 ~~$301.18~~

Add to Cart

Sponsored



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

☆☆☆☆☆ (0)

$387 49/box

Add to Cart



**AKLFGN** Single Handle 2-Spray Shower Faucet 2.5…

★★★★★ (11)

$136 29 ~~$143.47~~

Add to Cart

Sponsored



**Vanfoxle** Luxury Rainfall Single Handle 2-Spray…

★★★★★ (1)

$279 99/box

Add to Cart



**Vanfoxle** Luxury Sing Handle 2-Spray Show

☆☆☆☆☆ (0)

$727 99/box

Add to Cart

## Other Shoppers Explored These



**GRANDJOY** 16 in. H Gooseneck 1-Handle Pull Down Sprayer…

★★★★★ (49)

$189 00 ~~$212.00~~ Save $23.00 (11%)

Add to Cart



Single-Handle 1-Spray Shower Faucet 2.5 GPM with Waterfall …

★★★★½ (4)

$251 00

Add to Cart



**YAWWALK** 3-Spray Ceiling Mount 10 and 6 in. Dual Shower Head…

★★★★★ (17)

$379 00 ~~$425.00~~ Save $46.00 (11%)

Add to Cart



**EVERSTEIN** Single Handle 2-Spray Shower Faucet 2.5 GPM…

★★★★☆ (4)

$309 00 ~~$340.00~~ Save $31.00 (9%)

Add to Cart



**EVERSTEIN** Single Handle 2 Spray Patterns Square 6 in..

★★★★½ (19)

$211 22

Add to Cart

## Loading Recommendations



Current Item



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

(0)

$282.04/box

Add to Cart



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

(0)

$462.49/box

Add to Cart



**AIMADI** Single Handle 3-Spray Wall Mounted…

(0)

$224.73/box

Add to Cart



**VIKASI** 1.8 GPM Sin Handle Shower Fau

(0)

$147.44 /set ($8.67/un

Add to Car

## More from Vanfoxle

**All Items** Shower Faucets Dual Shower Heads



**Vanfoxle** Luxury Rainfall Single Handle 2-Spray…

(1)

$289.99/box

Add to Cart



**Vanfoxle** Luxury 5-Spray Thermostatic Shower Hea…

(2)

$629.99 /box

Add to Cart



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

(3)

$359.41/box

Add to Cart



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

(1)

$389.99/box

Add to Cart



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

(0)

$387.49/box

Add to Cart



**Vanfoxle** Luxury Rain Single Handle 2-Spra

(1)

$279.99/box

Add to Cart

## Loading Recommendations

**Oatey** Round No-Caulk White PVC Shower Drain…

(615)

$10.28

Add to Cart

**MOEN** Brecklyn Single Handle 6-Spray Tub Sho…

(1028)

BULK PRICE ELIGIBLE $219.00

Buy 3 or more $197.10

Add to Cart

**Oatey** Designline 4 in. x 4 in. Stainless Steel Square…

(216)

$44.82

Add to Cart

**BWE** Waterfall Single Handle Floor Mount…

(16)

SPECIAL BUY $133.45 ~~$147.06~~

Add to Cart

Sponsored

**Delta** Faryn Single-Handle 5-Spray Tub and Shower…

(140)

$169.00

Add to Cart

Sponsored

**Boyel Living** Single-H Wall Mount Roman T

(12)

SPECIAL BUY $177.00 ~~$205.~~

Add to Cart

## Recently Viewed



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

Add to Cart



**Vanfoxle** Luxury Rainfall Single Handle 2-Spray…

Add to Cart

New



**Delta** Ara Angular Modern 3-Setting Push-Button 1-…

Add to Cart

## GET 10% OFF YOUR PURCHASE

Sign up for emails & save 10% on select home decor.
Valid on select items.

Email Address

yourname@email.com

Sign Up

## Related Searches

flood shower faucets | brushed nickel shower faucets | push button shower faucets | pressure balance/scald guard shower faucets | 2 patterns shower faucets | ceiling mount shower faucets

## Related Products



**Luxury Rainfall Single Handle 2-Spray Shower Faucet 1.8 GPM with Push Button Diverter an…**

Upgrade your shower experience with this 3-function shower system. It features a 10 in.…

View Product



**Luxury Single Handle 2-Spray Shower Faucet 1.8 GPM with 12 in. Rainfall and Pressure…**

Elevate your shower experience with Vanfoxle's advanced 3-function shower…

View Product



**Luxury Single Handle 2-Spray Shower Faucet 1.8 GPM with 20 in. LED Ceiling Head and Anti…**

Vanfoxle offers an exclusive range of customizable shower combinations tailore…

View Product



**Single Handle 3-Spray S Faucet 1.8 GPM 16 in. S Ceiling Mounted with Pr**

Upgrade your shower experience function Shower System. Equippe

View Product

**Explore More on homedepot.com**

Pickup, Shipping & Delivery
Pay Your Credit Card
Order Cancellation
Return Policy
Refund Policy
Product Recalls
My Preference Center
Privacy & Security Center

DIY Projects & Ideas
Truck & Tool Rental
Installation & Services
Moving Supplies & Rentals
Protection Plans
Rebate Center
Gift Cards
Catalog
Subscriptions

Digital Newsroom
Home Depot Foundation
Investor Relations
Government Customers
Suppliers & Providers
Affiliate Program
Eco Actions
Corporate Responsibility
Home Depot Licensing Information

Credit Offers

Get $5 off when you sign up f
with savings and tips.

Enter Email Address

Shop Our Brands

The Company Store, VISSANI, HOME DECORATORS COLLECTION, HAMPTON BAY, HUSKY, lifeproof, lifeproof petproof, GLACIER BAY, EVERBILT, StyleWell, HDX, Vigoro, trafficMASTER, DEFIANT, ecosmart, HOME ACCENTS Holiday, Commercial Electric, powered by HUBSPACE

© 2000-2026 Home Depot. All Rights Reserved. Use of this site is subject to certain Terms Of Use.
Local store prices may vary from those displayed. Products shown as available are normally stocked but inventory levels cannot be guaranteed.
For screen reader problems with this website, please call 1-800-430-3376 or text 38698 (standard carrier rates apply to texts).

Store Locator ©2000-2026 Home Depot Privacy & Security Statement Terms My Preference Center California Privacy Rights & Report Limit the Use of My Sensitive Personal Informati
Do Not Sell or Share My Personal Information California Supply Chain Act Site Map Store Directory