# Exhibit 2

#1 Home Improvement Retailer

Home Depot Credit Cards

Waukegan **10PM** 60085 What can we help you find today? Shop All Services DIY Log In Cart

… / Bath / Bathroom Faucets / Shower Faucets / Vanfoxle Shower Faucets

Internet # 330125643 Model # 19A3-0202B



Hover Image to Zoom



Shop Vanfoxle

# Luxury Single Handle 2-Spray Shower Faucet 1.8 GPM with High Pressure Rainfall and Push Button Diverter in Matte Black

★★★★★ (3) Questions & Answers (1)

$317.82 /box

**Save up to $100** on your qualifying purchase
Apply for a Home Depot Consumer Card

- Push-button diverter for easy water control
- Dual mode body jets offer a refreshing shower experience
- Pressure balance valve ensures safety and durability
- View More Details

Color/Finish: **Matte Black**

Number of Spray Patterns: **2**

2 5

Pickup at Waukegan

Delivering to 60085

**Ship to Store**
**Oct 1 - Oct 6**
28 ready to ship
**FREE**

**Delivery**
**Oct 1 - Oct 5**
28 available
**FREE**

Check Nearby Stores

Delivery Details

## Protect This Item

Select a Home Depot Protection Plan by Allstate for:

- 3 Year / **$63.00**
- No thanks

What to Expect

1

Add to Cart

PayPal

Starting at $30.36/mo or as low as 0% APR with PayPal. Learn more

## Free & Easy Returns In Store or Online

Return this item within **90 days** of purchase.

Read Return Policy

Feedback

## Frequently Bought Together

CURRENT ITEM

Select



**Vanfoxle** Luxury Single Handle 2-Spray Shower Faucet 1.8…

★★★★★ (3)

$317 82/box

+

Select



**VIGO** Elan 4 in. Square Shower Drain in Matte Black

★★★★½ (136)

SPECIAL BUY $54 90 ~~$59.90~~ Save $5.00 (8%)

Subtotal: $372 72

Add 2 Items to Cart

## Ask about this product

Get an answer now with AI

Type a question

Get an Answer

Magic Apron Assistant is an AI virtual assistant. By proceeding, you consent to the recording and use of your information by The Home Depot (and authorized third parties).
More information

## Product Details

## Specifications

## Questions & Answers

1 Question

## Customer Reviews

5 out of 5 ★★★★★ (3)

5 ★★★★★ out of 3 reviews

100% recommend this product

| Stars | Count |
|---|---|
| 5 | 3 |
| 4 | 0 |
| 3 | 0 |
| 2 | 0 |
| 1 | 0 |

Write a Review

### Customer Images





Search

Filter by: 5 ★ | 4 ★ | 3 ★ | 2 ★ | 1 ★ | Verified Purchases Only | Current Item Selections

Showing **1-3** of **3** reviews

Photo Reviews

★★★★★ Sep 16, 2024

**Very well built!!**

This shower set is very well built, the materials are heavy and feel very sturdy. My wife and I chose this set for our new bathroom. Our shower will be ceramic tile so it will be a little while before we can get this installed but, I think we're going to be very happy with our decision to aquire this set. The finish is beautiful and we can't wait to see how our bathroom comes together. This set will add that perfect touch!

by Anonymous

DIY

Seed Program Review (What's this?)

Recommended



Helpful? Report Review

★★★★★ Aug 30, 2024

**Best shower system I've ever used**

I waited a while to receive this product but the wait was worth it because it comes with a 10-in square rain shower head along with a 16 inch extension and the body sprays are fabulous they swivel and the handheld has four different positions. Honestly this is not for the average DIY you need a professional plumber to install the mixing valve and the piping for the body sprays

by BB

Seed Program Review (What's this?)



Helpful? Report Review

★★★★★ Dec 19, 2024

This customer chose to rate the product and not provide text.

by HomeDepotCustomer

This review is from Luxury Single Handle 2-Spray Shower Faucet 1.8 GPM with Push Button Diverter and 4-Mode Body Jets in Brushed Nickel

Verified Purchase

Helpful? Report Review

1

Showing **1-3** of **3** reviews

Sponsored

EVERSTEIN®

COMPLETE YOUR REMODEL WITH EVERSTEIN

Learn More



## Customers Went on to Buy




**Vanfoxle** Luxury Rainfall Single Handle 2-Spray…
★★★★★ (1)
$384 60/box
Add to Cart


**Vanfoxle** Luxury Single Handle 2-Spray Shower…
★★★★★ (0)
$337 49/box
Add to Cart


**Vanfoxle** Luxury Single Handle 2-Spray Shower…
★★★★★ (1)
$350 99/box
Add to Cart


**YAWWALK** Double Handle 2-Spray Shower Faucet…
★★★★★ (19)
SPECIAL BUY $239 00 ~~$252.01~~
Add to Cart
Sponsored


**AKLFGN** Single Handle 2-Spray Shower Faucet 2.5…
★★★★★ (11)
$136 29 ~~$143.47~~
Add to Cart
Sponsored


**Vanfoxle** Luxury Single Handle 2-Spray Shower…
★★★★★ (1)
$294 86/box
Add to Cart

**Van** Spr…
$4…

Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart | Add to Cart

Sponsored Sponsored

## Other Shoppers Explored These

Sponsored

New

**YAWWALK** 2-Handles 4-Spray Shower Faucet 2.5 GPM with 1…
★★★★½ (25)
$269 00 ~~$299.00~~ Save $30.00 (10%)

New

**GRANDJOY** 3 in. 1 Square Shower System w/ Valve, 3-Spr…
★★★★½ (10)
$433 54


**HOMEMYSTIQUE** Single-Handle Tub Deck Mount Roman Tub…
★★★★★ (0)
$181 38 ~~$291.54~~ Save $110.16 (38%)


**Aosspy** 1-Spray Patterns with 2.5 GPM 10 in. Wall Mount Rain Du…
★★★★½ (8)
$194 28 /carton ~~$283.94~~ Save $89.66 (32%)


**EVERSTEIN** Single Handle 2-Spray Shower Faucet 2.5 GPM…
★★★★ (4)
$309 00 ~~$340.00~~ Save $31.00 (9%)

Excl…
**Delta** Spra…
$20…

## Loading Recommendations










**Vanfoxle** Luxury Single Handle 2-Spray Shower…

(3)

$317.82/box

Add to Cart



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

(1)

$328.19/box

Add to Cart



**Vanfoxle** Luxury Rainfall Single Handle 2-Spray…

(1)

$384.60/box

Add to Cart



**Vanfoxle** Single Handle 2-Spray Shower Faucet 1.8…

(1)

$597.99/box

Add to Cart



**Vanfoxle** Luxury Single Handle 2-Spray Shower…

(0)

$387.49/box

Add to Cart



**Delta** Ara Angular Modern 3-Setting Push-Button 1-…

(6)

$669.00

Add to Cart

**GET 10% OFF YOUR PURCHASE**

Sign up for emails & save 10% on select home decor.
Valid on select items.

Email Address

yourname@email.com

Sign Up

## Related Products

**Luxury Single Handle 2-Spray Shower Faucet 1.8 GPM with Push Button Diverter and 4-…**

Upgrade your shower experience with our 3-function Shower System. Equipped with a …

View Product



**Luxury Rainfall Single Handle 2-Spray Shower Faucet 1.8 GPM with Push Button Diverter an…**

Upgrade your shower experience with this 3-function shower system. It features a 10 in.…

View Product



**Single Handle 3-Spray Shower Faucet 1.8 GPM 16 in. Square Ceiling Mounted with Pressur…**

Upgrade your shower experience with our 3-function Shower System. Equipped with a …

View Product



**Luxury Single Handle 2-Spray Shower Faucet 1.8 GPM with High-Pressure Shower and…**

Elevate your shower experience with Vanfoxle's advanced 3-function shower…

View Product

**Explore More on homedepot.com**

**How doers get more done™**

Need Help? Visit our **Customer Service Center**

Support

- Customer Service Center
- Check Order Status
- Pickup, Shipping & Delivery
- Pay Your Credit Card
- Order Cancellation
- Return Policy
- Refund Policy
- Product Recalls
- My Preference Center
- Privacy & Security Center

Resources

- Specials & Offers
- Military Discount Benefit
- DIY Projects & Ideas
- Truck & Tool Rental
- Installation & Services
- Moving Supplies & Rentals
- Protection Plans
- Rebate Center
- Gift Cards
- Catalog

About Us

- Careers
- Corporate Information
- Digital Newsroom
- Home Depot Foundation
- Investor Relations
- Government Customers
- Suppliers & Providers
- Affiliate Program
- Eco Actions
- Corporate Responsibility

Special Financing Available everyday*

Pay & Manage Your Card

Credit Offers

Get $5 off when you sign up for emails with savings and tips.

Enter Email Address

GO

Subscriptions Home Depot Licensing Information

Shop Our Brands

© 2000-2026 Home Depot. All Rights Reserved. Use of this site is subject to certain Terms Of Use.
Local store prices may vary from those displayed. Products shown as available are normally stocked but inventory levels cannot be guaranteed.
For screen reader problems with this website, please call 1-800-430-3376 or text 38698 (standard carrier rates apply to texts).

Store Locator ©2000-2026 Home Depot Privacy & Security Statement Terms My Preference Center California Privacy Rights & Report Limit the Use of My Sensitive Personal Information
Do Not Sell or Share My Personal Information California Supply Chain Act Site Map Store Directory