# Exhibit 3

amazon prime | Deliver to brian Gurnee 60031 | Tools & Home Improvement | Search Amazon | EN | Hello, Brian Account & Lists | Returns & Orders | 0 Cart

All | alexa for shopping | Early Prime Deals | Prime Video | Browsing History | Buy Again | Coupons | Kindle Books | Books | Customer Service | Prime Big Deal Days is October 6-7

Tools & Home Improvement | Best Sellers | Deals & Savings | Gift Ideas | Power & Hand Tools | Lighting & Ceiling Fans | Kitchen & Bath Fixtures | Smart Home | Shop by Room | Launchpad | Amazon Business



Bostingner Shower System with Body Jets, Bostingner Four Modes Shower Faucet 12+6" Rain ...
4.5 ★★★★☆ 279
15% off Limited time deal

Sponsored

Tools & Home Improvement › Kitchen & Bath Fixtures › Bathroom Fixtures › Bathtub Faucets & Showerheads › Bathtub & Shower Trim Systems



Click to see full view



10 VIDEOS

**Ask Alexa**

What material is it made of? | Does it have adjustable water flow?

Sponsored Why choose VANFOXLE shower systems?

Is installation hardware included? | Why you might like this

Ask something else

# Shower System, Matte Black Shower Head Handheld, Shower Faucet Set

Push-Button Diverter, 3 Functions at Once, 10" High-Pressure Rain Head, 6" Side Head, 2-in-1 Handheld, Pressure Balance Valve

Visit the VANFOXLE Store

4.6 ★★★★☆ (393) | Search this page

Amazon's Choice

**100+ bought** in past month

Limited time deal

-24% $183.59 Price history

List Price: ~~$239.99~~

Or $45.90 /2 weeks (x4). Select from 2 plans

**Thank you for being a Prime member. Get $175 off: Pay $8.59** ~~$183.59~~ upon approval for Prime Visa.

prime Tomorrow

FREE Returns

Color: **Matte Black**

| | | | | |
|---|---|---|---|---|
| $183.59 | $233.83 | $210.93 | $194.99 | $272.69 |
| ~~$239.99~~ | ~~$299.99~~ | ~~$279.99~~ | ~~$249.99~~ | ~~$319.99~~ |
| FREE Delivery Tomorrow | FREE Delivery Tomorrow | FREE Delivery Tomorrow | FREE Delivery Tomorrow | FREE Delivery Tomorrow |

Size: **10 Inch**

10 Inch | 12 Inch | 13 Inch | 16 Inch

**Bundles with this item**

| | |
|---|---|
| **Brand** | VANFOXLE |
| **Item Highlight** | Push-Button Diverter, 3 Functions at Once, 10" High-Pressure Rain Head, 6" Side Head, 2-in-1 Handheld, Pressure Balance Valve |
| **Color** | Matte Black |
| **Material** | Brass, Stainless Steel |
| **Finish Type** | Polished |

## About this item

- 【Push-Button Diverter – 3 Functions at Once】Vanfoxle has developed an improved version of water control —— Replacing the traditional square-shaped controller to a push-button diverter. The new mechanism ensures users don't accidentally switch to the wrong mode with slippy hands. Additionally, with the help of the new button design, users can enable three rainfall shower mode, wall mount shower mode and handheld shower spray simultaneously in their preferred shower scenario.
- 【2-in-1 Handheld Shower & Jet Spray】Its unique 2-in-1 design stands out from others. The spray gun mode features a high-pressure hose to enable water to flow through a single streamline which is widely used to clean pets—and even the bathroom itself. This new feature allows for a whole new shower experience.
- 【Certified Anti-Scalding Shower Valve & Safe Shower System】: This shower system is made with your family's safety in mind. Equipped with a cUPC certified pressure balance shower head valve, it ensures quality, longevity, and prevents burns due to sudden fluctuations in hot or cold water temperature.
- 【10" High-Pressure Rain Shower with Air Injection】Utilizing cutting-edge air injection technology, this rainfall shower head blends water with air, doubling the pressure for a natural rain simulation. The reinforced panel, more than doubled in thickness, ensures durability under increased water pressure. Not only does it deliver outstanding longevity, but it also conserves water by up to 30%-50%, making it ideal for households with low water pressure seeking a high-pressure shower experience.
- 【6" Angled Side Shower – Rinse Without Wetting Your Hair】

$183.59 Price history

prime Tomorrow

FREE delivery **Tomorrow, September 24**. Order within 11 hrs 25 mins

Shorter shipping distance

Deliver to brian - Gurnee 60031

In Stock

Quantity: 1

Add to cart

Buy Now

| | |
|---|---|
| Ships from | Amazon |
| Sold by | Vanfoxle-USA |
| Returns | FREE 30-day refund/replacement |
| Gift options | Available at checkout |

See more

Add to Auto Buy

Add to List

Bostingner



Shower Systems Shower Faucet…
★★★★☆ (155)
Limited time deal
$152.97 ~~$179.99~~ prime

Sponsored

Engineered with a reinforced panel over twice as thick as standard models, this uniquely angled showerhead withstands high water pressure while offering long-lasting durability. Its downward tilt delivers a refreshing rainfall experience ideal for body rinsing—perfect for moments when you want a full shower without getting your hair wet.

- 【Replaceable Parts & Long-Term Support】Our shower system is crafted with easily replaceable components. Should any part encounter failure within the 5-year limited period (10 years for the cartridge) due to quality concerns, you qualify for a complimentary replacement.

› See more product details

Report an issue with this product or seller

### There is a newer model of this item:



VANFOXLE Shower System, Matte Black Shower Faucet Set, Four Modes | 10 Inch Ceiling Mount Head Increased Thick, 6 Inch Second Head, 2-in-1 Handheld Combo, 4 PCS Dual Mode Body Jets
$326.99
(70)
In Stock




STARBATH Shower Faucet Set Shower System with Diverter Valve, Matte Black | 12 Inch Rain Shower...
317
$178.88 prime

Sponsored


## Customers also bought

Based on products customers bought together

 +  + 

Total price: $411.88
Add all 3 to Cart

These items are shipped from and sold by different sellers.
Show details

**This item:** Vanfoxle Shower System, Matte Black Shower Head Handheld, Shower Faucet…
4.6 393
-24% $183.59
Limited time deal
List: ~~$239.99~~

Sponsored
HoliSpa Black Tub Shower System with 10" Rain Head, Handheld & Valve Kit | All-Metal Tub Showe…
4.4 208
$139.99
prime

Sponsored
SaniteModar Linear Shower Drain 32 inch Matte Black with Tile Insert Panel | AISI 304 Stainless…
4.6 1,584
-5% $88.30
List: ~~$92.95~~
prime

## More from frequently bought brands

Sponsored

Page 1 of 11



SR SUN RISE Black Shower Head with Handheld Dual Head Shower Faucet Set |…
252
$169.99
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**



SR SUN RISE Shower Faucet Set 10-Inch Rainfall Shower Head Matte Black | Wall…
11,498
$139.99
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**
1 sustainability feature



Aolemi Ceiling Shower Faucet Set System Dual Head 10&6 Inch Brushed Gold | 2 in 1 H...
149
-17% $189.99
Typical price: ~~$229.99~~
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**
1 sustainability feature



SR SUN RISE 12 Inch Ceiling Mount Rain Shower System,Matte Black | High-Pressure…
2,181
$209.98
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**
1 sustainability feature



Aolemi Ceiling Shower Faucet Set with Handheld 12" LED Head Matte Black |…
130
Amazon's Choice
-15% $149.99
List Price: ~~$175.99~~
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**
1 sustainability feature



Aolemi Shower Faucet Set with Valve Handheld 12" Head Matte Black | Handheld Sp...
51
$179.99
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**
1 sustainability feature

## Products related to this item

Sponsored

Page 1 of 67








| | | | | | |
|---|---|---|---|---|---|
| Aolemi Ceiling Shower Faucet Set System Dual Head 10&6 Inch Matte Black \| 2 in 1 Ha... | STARBATH Shower Faucet Set Shower System with Diverter Valve, Matte Black \| 12… | Rain Shower System 12"&6" Shower Heads Ceiling Shower Faucet Set \| Ideal for bathro… | Shower Faucet Set Matte Black Shower System,STARBATH Push Button Diverter… | Rain Shower Head System with 14x20 Inch Ceiling Mount LED Head & 6 Inch Wall Head a... | ENGA Dual Shower Head System with Tub Spout, Ceiling Mount 12 Inch Shower Head with... |
| 149 | 319 | 20 | 400 | 2 | 6 |
| $169.99 | -6% $178.88 | Amazon's Choice | -7% $230.84 | $489.99 | -6% $272.59 |
| prime Tomorrow | Typical: ~~$189.99~~ | $169.99 | Typical: ~~$248.99~~ | prime | Typical: ~~$289.99~~ |
| FREE delivery **Tomorrow, Sep 24** | prime Tomorrow | prime Tomorrow | prime Two-Day | FREE delivery **Sat, Sep 26** | prime Two-Day |
| 1 sustainability feature | FREE delivery **Tomorrow, Sep 24** | FREE delivery **Tomorrow, Sep 24** | FREE delivery **Fri, Sep 25** | You pay $465.49 with coupon | FREE delivery **Fri, Sep 25** |
| | | | | | You pay $258.96 with coupon |

## From the brand




## Product description









10 Inch Rainfall Shower | 6 Inch Rainfall Shower | 2-in-1 Handheld | Product Specifications





celab
CERTIFICATE
www.celab.com


IAPMO R&T OCEANA
CERTIFICATE OF CONFORMITY
Jiangmen Haiyile Sanitary Ware Co., Ltd
AS/NZS 3662:2005
Performance of showers for bathing (inc. Amdt No. 1, 2 & 3)


IAPMO RESEARCH AND TESTING, INC.
CERTIFICATE OF LISTING
JIANGMEN HAIYILE SANITARY WARE CO., LTD
Plumbing Fixture Fittings


QUALITY MANAGEMENT SYSTEM CERTIFICATE
JIANGMEN HAIYILE SANITARY WARE CO.,LTD

Q Can the three modes work at the same time?

Q What should I do if improper installation of the valve leads to damage to the button or pressure balance cartridge?

Q Are all valve and connectors compatible with American Standards?

Q Is the product durable?

## VANFOXLE Shower System--Variety of Choices for You



Dual Shc | Dual Shower System | ower System | Dual Shower System | Dual S

Add to | Add to Cart | Cart | Add to Cart | Buyi

| | | | | | |
|---|---|---|---|---|---|
| **Customer Reviews** | ★★★★☆ 393 | ★★★★☆ 393 | ★★★★☆ 102 | ★★★★☆ 70 | ★★★ |
| **Price** | $183.59 | $231.79 | $249.99 | $326.99 | — |
| **Anti-Scald Function** | ✓ | ✓ | ✓ | ✓ | ✓ |
| **CUPC Certification** | ✓ | ✓ | ✓ | ✓ | ✓ |
| **All Modes at A Time** | ✓ | ✓ | ✓ | ✓ | ✗ |
| **Number of modes** | 3 | 3 | 3 | 3 | 4 |
| **Installation Type** | Ceiling Mounted | Ceiling Mounted | Wall Mounted | Ceiling Mounted | Ceiling |
| **Shower Valve Type** | Balancing Shower Mixer Valve | Balancing Shower Mixer Valve | Balancing Shower Mixer Valve | Balancing Shower Mixer Valve | Balanc |
| **Rain Shower Head Size** | 10"+6" | 12"+6" | 10"+6" | 10"+6" | 16"+6" |
| **Shower Arm Length** | 12" | 12" | 16" | 12" | none |
| **Material** | Brass &Metal | Brass &Metal | Brass &Metal | Brass &Metal | Brass & |
| **Shower Hose Length** | 60" | 60" | 60" | 60" | 60" |
| **Finish** | Matte Black | Matte Black | Matte Black | Matte Black | Matte |

### Product Videos

Lucy Marsenko Earns commissions
Watch This Before You Buy!



-0:52 CC

Videos for this product



Now playing 0:51
Watch This Before You Buy!
Lucy Marsenko



0:55
Not a single issue after long daily use.
Lianara ✨



1:33
Elegant shower set upgrade
Katelyn Noble



2:18
1913A3C-06Y8 Installation Tutorial
Vanfoxle-USA



0:30
1913A3C-06Y8 shower system
Vanfoxle-USA



Customer Review: Heaven right in your shower!



Vanfoxle Shower System, Matte Black Shower Head Handheld, Shower Fauc…
★★★★☆ 393
$183.59 prime



Sponsored
Delta Modern Square Shower System Faucet Set, Brushed Nickel 6.5-inch…
★★★★☆ 51
$399.00 prime



Sponsor
Delta V
Set, Ma
★★★
$159

### Product information

**Item details** | **Features & Specs**

**Additional details** | **Measurements**

**Warranty & Support**

Case 2:26-cv-01521-CCW Document 79-3 Filed 09/23/26 Page 7 of 8

Amazon.com Return Policy: **Amazon.com Voluntary 30-Day Return Guarantee:** You can return many items you have purchased within 30 days following delivery of the item to you. Our Voluntary 30-Day Return Guarantee does not affect your legal right of withdrawal in any way. You can find out more about the exceptions and conditions here.

**Style**

**Materials & Care**

**Product Warranty:** For warranty information about this product, please click here

**Feedback**

Would you like to **tell us about a lower price?**

## Looking for specific info?

Ask Alexa or search reviews and Q&A

What material is it made of? | Does it have adjustable water flow? | Is installation hardware included? | Can the shower head tilt? | Is this system easy to maintain?

## Related products with free delivery

Sponsored

Page 1 of 67



STARBATH Shower Faucet Set Shower System with Push Button Diverter Valve | 12+6…
400
$209.99
FREE delivery **Wed, Sep 30** for Prime members



Rain Shower System 12"&6" Shower Heads Wall Mount Shower Faucet Set | Ideal for…
35
Amazon's Choice
$189.99
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**



Matte Black Shower System 16 Inch Bathroom Luxury Rain Mixer Shower Combo…
4
$199.99
prime Two-Day
FREE delivery **Fri, Sep 25**
1 sustainability feature



Shower Faucet Sets Matte Black Shower System,Bostingner Five Function Diverter Show…
155
Limited time deal
-15% $144.48
Typical: ~~$169.99~~
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**



Aolemi Ceiling Shower Faucet Set System Dual Head 10&6 Inch Matte Black | 2 in 1 Ha…
149
$169.99
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**
1 sustainability feature



STARBATH Shower Faucet Set Shower System with Diverter Valve, Matte Black | 12…
319
-6% $178.88
Typical: ~~$189.99~~
prime Tomorrow
FREE delivery **Tomorrow, Sep 24**


Bostingner



Shower Faucet Sets Matte Black Shower System,Bostingner Fiv...
4.6 155
15% off Limited time deal
-15% $144.48 Typical price: ~~$169.99~~

Sponsored


## Similar brands on Amazon

Page 1 of 3

Sponsored




gotonovo Shower Faucet Set with Handheld Spray Matte Black,10" Head …
4.4 3,169
$109.99 Typical price: ~~$119.99~~



Artiqua Rain Shower System 12 Inches Shower Combo Set Black Wall Mount…
4.3 152
$209.99

## Customer reviews

4.6 out of 5

393 global ratings

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 11% |

## Customers say

Customers find the shower faucet set to be well-made, easy to install, and appreciate its amazing water pressure and high-quality appearance. They consider it good value for money, with one customer noting it comes without the Home Depot or Lowe's price tag. The durability receives mixed feedback - while some customers find it durable, others report issues with the coating peeling after three months of use.

Generated from the text of customer reviews

**Select to learn more**

3 star 3%
2 star 1%
1 star 3%

How customer reviews and ratings work

↗ Quality (53) | ↗ Appearance (24) | ↗ Functionality (20) | ↗ Value for money (16) | ↗ Installation (13) | ↗ Water pressure (12) | ↗ Construction (7) | ∼ Durability (15)

## Customer photos and videos

See all ›




## Review this product

Share your thoughts with other customers

Write a customer review

Bostingner

Shower Faucet Sets Matte Black Shower...

15% off Limited time deal

$144.48

$169.99 prime



Sponsored

## Top reviews from the United States

My Opinion

★★★★★ **Best shower system I've owned and plumber said it's high end level quality.**

Reviewed in the United States on March 14, 2026

Color: Matte Black | Size: 10 Inch | Verified Purchase

I wanted to wait for quite a bit of use before leaving a review for this Vanfoxle Shower Faucet Shower System. TLDR - SUPER IMPRESSED CATEGORICALLY!

Quality: I'm friends with my plumber who is a master plumber with 35+ years full time experience. He also has a universal plumbing license that allows him to perform plumbing work on military bases around the world (which he's done). My plumber is one on a team of plumbers working on a home being built by the Kohler family. That home has 16 bathrooms (hospitality house). I asked him to install this shower system in my new construction shop bathroom, and then asked him to compare this system with the Kohler systems he's installing in the Kohler house. I asked him to answer with all honesty, and he said, in his opinion, without seeing how this system performs over time, the ease of installation and quality is right there with the Kohler shower systems. This system is stainless steel and brass. Nothing cheap about it. I just don't understand how it's priced as cheaply as it is because I can't find any issues so far, unless it just doesn't last, or that there is near zero or shoddy support. I just don't get it.

Ease of installation: I was present for the entire installation of this system. My plumber had no issue understanding how this system is installed, and had no complaints when installing it.

Read more



6 people found this helpful

Helpful | Report

Jovana Jankovic

★★★★★ **Perfect upgrade**

Reviewed in the United States on November 25, 2025

Color: Matte Black | Size: 10 Inch | Verified Purchase

I recently installed this black faucet in my bathroom, and it's such a stylish upgrade! The finish is elegant and modern, and it pairs perfectly with our decor. Installation was straightforward, and the quality feels solid and durable. I love how it adds a touch of sophistication to the space while being highly functional. Highly recommend for anyone looking to elevate their bathroom design!



12 people found this helpful

Helpful | Report

jenathrash