# Exhibit 4

YouTube

Search or ask a question

Create




## Vanfoxle Single Handle 1-Spray 3 Spray Patterns Shower 1.8 GPM 10 in. Shower Head Brushed Nickel

Mwill25 Mwill25
352 subscribers

Subscribe

2 | Share | Ask | Save

436 views Aug 22, 2024
Just what's in the box

### How this was made

Auto-dubbed
Audio tracks for some languages were automatically generated. Learn more

### Ask

Get answers, explore topics, and more

Ask questions

### Transcript

Follow along using the transcript.

Show transcript

Mwill25 Mwill25
352 subscribers

Videos | About

Show less

**0 Comments** Sort by

B Add a comment...

All | From Mwill25 Mwill25 | Related




Luxury Blush & Ivory Floral Arrangement 🌸 ...
Serenia Gallery
▷ 27 2h ago




All stress disappears when this music starts ...
Crystal River
▷ 346K Streamed ...




Autumn Harvest Floral Arrangement 🍂 ...
Serenia Gallery
▷ 12K 13d ago




Noah Kahan - The Great Divide: The Last Of The Bugs
Noah Kahan
5.9K watching




Sacred Tibetan Healing Sounds | Deep Meditation ...
Mind Frequency
▷ 8.3K 1d ago




2 Hours of Pure Bliss: White Roses Oil Painting Loop...
Digital Screensaver
▷ 371 7mo ago




Delicious Coffee & Soft Jazz on Rainy Day 🌰 Cozy Fall ...
Tiny Café Jazz
▷ 19K Streamed 2...




99% Will Relax Here 🍂 🔥 Peaceful Campfir...
Campfire Master
▷ 230K 11mo ago




POWERFUL SHIVA mantra to remove negative energy -...
Mahakatha - Meditat...
▷ 25M Streamed 3...




Kitchen Renovation - Complete Remodel
Workin' with Wolkon
▷ 823K 1y ago




SEASON 6 MINI MOVIE 😱 💖 | EP1-12 | 4 HOUR...
My Little Pony - Offic...
▷ 3.7M 1y ago




God's Promises of Healing: Piano Worship with Bibl...
DappyTKeys
▷ 72K 2mo ago



Seek The Lord: 3 Hour Instrumental Soaking Worship ...




DappyTKeys
▷ 117K 8mo ago




Ocean Waves & Fireplace Sounds for Deep Sleep ...
Seravia
396 watching




Vintage Floral Meadow Art | Samsung Frame ...
Creative TV Art
▷ 58 11h ago




Amber Woodland | 4K Frame TV Art Screensaver | 3 ...
Picassia
▷ 175 1d ago




Trust in The Lord: 3 Hour Piano Worship | Prayer ...
DappyTKeys
▷ 86K 3w ago




Flowers | Vintage art slideshow | 4K Paintings | TV ...
ARTslideshowTV
▷ 5.9K 5y ago




The Warmest Hour. — Vintage Noir Jazz for Lon...
Velvet Noir
676 watching




Electric Pink & Royal Blue Glow | 3 Hours | 4K Mood ...
Soothing Sounds
▷ 52K 1mo ago




Relaxing Autumn Campfire by the Lake at Golden ...
Maple Campfire
▷ 173K 2mo ago




Lord, I Need You: 3 Hour Instrumental Soaking Worship ...
DappyTKeys
▷ 2.6M 2y ago




Autumn Harvest Elegance 🍂 Luxury 4K TV ...
Serenia Gallery
▷ 1.6K 1d ago




Heating My Garage Using Heat From the Lake
M. Bjoernstroem
▷ 571K 1y ago




World's most beautiful Quran recitation of Sura...
Zikrullah TV
▷ 28M 2y ago




سورة البقرة بجودة عالية | الشيخ محمد صديق المنشاوي | ( بدون إعلانات)...
أجمل تلاوات القرآن الكريم
▷ 77K Streamed 7...