# Exhibit 5

VANFOXLE

# Installation Manual

## Rainfall Shower Systems

1913A3C-0202

VANFOXLE

# JIANGMEN HAIYI LE SANITARY WARE CO., LTD

## PROFILE

Establish in 2004 , located in the Shuikou Town, Kaiping City , the famous production base for bathroom faucets and fittings , **Jiangmen Haiyile Sanitary Ware Co., Ltd**, well known as **VANFOXLE** , is one of the modern industrial company dedicate in manufacturing and selling high quality of :

1 Brass Shower Head,
1 Brass Shower Accessories(shower arms , showers bracket , shower hose, etc) , SUS304 Shower Head
1 Brass Concealed Mixer with balance valves.
1 Concealed Thermostatic Mixer.

It covers an area of 10000 $m^2$ and with more than 150 workers.

Equipped with advanced machinery(such as : Italian gravity casting macines , Korean CNC machine centers , Automatic CNC and welded equipment) and has a well-trained team , **VANFOXLE** has become a professional manufacturer completed with a comprehensive production flow of research and design, tooling , casting, CNC, polish, welded, and assembly. Products are sold as far as to USA, Australia, Sweden, UK, France, Italy , Middle East, South-east Asia. So far we have been granted with many international certificates and honors, for example : WATERMARK , WELS for Australia , WRAS for UK, UPC for America, etc..

Except the worldwide honors, products from **VANFOXLE** have got more than 40 national patens both in utility and appearance, they also enjoy high prestige in China market.

We believe that all glory come from customer's compliments, **VANFOXLE** will keep moving and devote ourselves to offering the highest products and most satisfying service to customers from abroad and China.

**IAPMO RESEARCH AND TESTING, INC.**

5001 East Philadelphia Street, Ontario, California 91761-2816 – USA • 909-472-4100 • 909-472-4244 • www.iapmort.org

ANSI ACCREDITED
ISO/IEC 17065 Product Certification Body #0202

SCC Accredited CB-P/S
OCPS Accrédité CCN

COMPONENT

# CERTIFICATE OF LISTING

**IAPMO Research and Testing, Inc. is a product certification body which tests and inspects samples taken from the supplier's stock or from the market or a combination of both to verify compliance to the requirements of applicable codes and standards. This activity is coupled with periodic surveillance of the supplier's factory and warehouses as well as the assessment of the supplier's Quality Assurance System. This listing is subject to the conditions set forth in the characteristics below and is not to be construed as any recommendation, assurance or guarantee by IAPMO Research and Testing, Inc. of the product acceptance by Authorities Having Jurisdiction.**

This certificate is not evidence of current listing. To verify listing status, visit the IAPMO R&T Product Listing Directory at pld.iapmo.org

Effective Date: October 2019 -Rev. 12/13/2019- Void After: October 2024

Product: Plumbing Fixture Fittings*Materials/Components* File No. MC-7195

Issued To: Kaiping Yizhan Valve Core Co., Ltd.
2nd Xihu Road
Cuishanhu New District
Kaiping, GD GUANGDONG 529339
China

Identification: Each fitting component shall bear permanent legible markings to identify the manufacturer. This marking shall be the trade name, trademark, or other mark known to identify the manufacturer. The product shall also bear all other markings required by the standard. The marking shall be located where it can be readily seen after installation is complete. The product or packaging shall also bear either the cUPC® certification mark with "COMPONENT" above or the cM/C® certification mark.

Characteristics: Plumbing fixture fitting components to be installed in accordance with the manufacturer's instructions and the requirements of the latest edition of the Uniform Plumbing Code.

Products listed on this certificate have been tested by an IAPMO R&T recognized laboratory. This recognition has been granted based upon the laboratory's compliance to the applicable requirements of ISO/IEC 17025.

Chairman, Product Certification Committee

CEO, The IAPMO Group

IAPMO RESEARCH AND TESTING, INC. NON-PROFIT OCTOBER 25 1984 CORPORATION CALIFORNIA

**This listing period is based upon the last date of the month indicated on the Effective Date and Void After Date shown above. Any change in material, manufacturing process, marking or design without having first obtained the approval of the Product Certification Committee, or any evidence of non-compliance with applicable codes and standards or of inferior workmanship, may be deemed sufficient cause for revocation of this listing. Production of or reference to this form for advertising purposes may be made only by specific written permission of IAPMO Research and Testing, Inc. Any alteration of this certificate could be grounds for revocation of the listing. This document shall be reproduced in its entirety.**

# IAPMO RESEARCH AND TESTING, INC.

## CERTIFICATE OF LISTING

-Rev. 12/13/2019-

Void After: October 2024

Product: Plumbing Fixture Fittings*Materials/Components*

File No. MC-7195

Issued To: Kaiping Yizhan Valve Core Co., Ltd.

Products are in compliance with the following code(s):
Uniform Plumbing Code (UPC®)
National Plumbing Code of Canada

Products are in compliance with the following standard(s):
ASME A112.18.1-2018/CSA B125.1-18

MODELS:

Ceramic Cartridges

| Model No. | Description |
|---|---|
| N40HK | Pressure Balance Cartridge |
| N40HKC | Pressure Balance Cartridge |



# Essential accessories list



1.Preparation of the wall before installation



(Concrete wall)





⑦




4X
4X
4X
15
16
11




16


11
15

2.Clean the inside of the water pipe and fitting ensure no impurities











Ceiling Mounted Installation




3.Make sure there is no leakage
and can be supplied cold or hot water.




Ceiling Mounted Installation



## 4.Paste tile

Ceiling Mounted Installation











Cut away the part of the embedded box sticking out so that it is level with the wall.



5.Install Shower bracket






6. Install Handheld Shower and Shower hose.



Install Rain Shower head and body jet



| | |
|---|---|
| Customer | |
| Retail Store/Install Store | |
| Purchase Date | |
| Warranty Duration | Warranty duration LIFETIME GUARANTEE(No-Artificial Damage) |

1.If the above contents are not complete, the warranty will be considered invalid, please confirm the above contents when you purchase.
2.The free guarantee repairs are limited to the listed items on the warranty.
3.Within warranty period, if any technical faults occur, customer should present warranty and purchase invoice to retail shop or install for repair request.

**Guarantee Repairs Claims**

1.Within warranty period, Haiyile Sanitary Ware is responsible for repairing any defective product for free.
2.Please contact seller by email with this warranty and purchase invoice when the product needs guarantee repairs within warranty period.
3.Within warranty period, the listed situations below need to pay for replacement.
3.1 The malfunction and damage caused by improper use and repair or reconstruct unauthorized. （forbid any throw, beat behavior)
3.2The malfunction and damage caused by not refer to instruction during installation.(forbid any unprofessional plumber install this product)
3.3The malfunction and damage caused by removing after installation or other factors.
3.4 The malfunction and damage caused by application beyond the scope of usage.
3.5 The damage caused by sands or dirty hands.
3.6 The damage caused by daily improper maintenance and rust on finished and so on.
3.7 The malfunction and damage caused by fires, earthquakes, floods, lightning and natural disasters, pollution, harmful gas, salt and abnormal voltage and other reasons.
3.8The occasions which purchase invoices are not presented.

4.The recommend water temperature of hand shower and rain shower head is ≤42℃ with water pressure 0.1-0.3 Mpa. The highest temperature not suggest beyond 70℃ with water pressure 0.05-0.5 Mpa. So any product equipped with shower, please keep it away from the heater to avoid potential risk.
5. This limited warranty applies only to the original purchaser and hotel business. It expressly excludes labor charges, removal charges, installation, or other incidental or consequential costs. Any inappropriate application will void the warranty.
6.This warranty can no be replaced if missed, please keep safe.

# Clean and maintain product

How to clean shower head nozzles

1.Just rub the nozzles with your finger or a toothbrush to loosen any deposits, and then run hot water for a few minutes

2.Put the showerhead into a pot. Consider using a smaller container that just about fits the showerhead; this way, you will use less vinegar. You can also use a small bucket or plastic bin.

Fill the pot with enough white vinegar to cover the showerhead. The acids in the vinegar will help dissolve the white mineral deposits on the showerhead.

Let the showerhead soak in the vinegar for 30 minutes The more soiled the showerhead is, the longer you will have to leave it in the vinegar.

Maintain Chrome and Brushed nickel finished product

1.To clean the products all you need is a high quality microfiber cloth.
2. Apply a high quality chrome cleaner to a clean cotton cloth, and wipe over the chrome. Leave as per product instructions, and then rinse with warm water. Gently remove any product residue using a dry chamois or paper towel.
3.How to Clean Chrome: Homemade Solutions
In addition to professional products, homespun solutions also have their place when breathing new life into dull chrome. Try this shortcut to achieving chrome cleaning nirvana:

Detergent and warm water! Submerge chrome-plated objects including pots and pans in a sink full of warm water. Add a half-cup of a high quality washing up detergent (Persil washing up liquid is good) and rub gently with a soft cotton cloth to avoid scratching the chrome. Use a scented detergent to leave kitchenware smelling fresh, as well as spotless.