# Exhibit 6

## Customer reviews

4.6 out of 5

393 global ratings

| | | |
|---|---|---|
| 5 star | | 82% |
| 4 star | | 11% |
| 3 star | | 3% |
| 2 star | | 1% |
| 1 star | | 3% |



## Vanfoxle Shower System, Matte Black Shower Head Handheld, Shower Faucet Set | Push-Button Diverter, 3 Functions at Once, 10" High-Pressure Rain Head, 6" Side Head, 2-in-1 Handheld, Pressure Balance Valve

by VANFOXLE

Color: Matte Black | Size: 10 Inch | Change

See All Buying Options

Write a review

How customer reviews and ratings work

Search customer reviews | Search

SORT BY: Most recent

FILTER BY: All reviewers | All stars | All variants | Image and video reviews only

FILTERED BY

**Image and video** Clear filter

29 matching customer reviews

Translate all reviews to English



Sponsored

Need customer service?

### From the United States

Jan

**The shower control won't allow cold water.**

Reviewed in the United States on May 24, 2026

Color: Matte Black | Size: 12 Inch

I purchased this product approximately 6months ago. The water comes out scalding hot only. No cold water at all. No warm water just steaming hot. Is there a part that can be exchanged?



One person found this helpful

Helpful | Report

David Phillips

**Good pressure**

Reviewed in the United States on April 1, 2026

Color: Matte Black | Size: 10 Inch | Verified Purchase

Very nice upgrade, you can use the rainfall. And the showerhead at the same time.Great feature.





One person found this helpful

Helpful | Report

My Opinion

**Best shower system I've owned and plumber said it's high end level quality.**

Reviewed in the United States on March 14, 2026

Color: Matte Black | Size: 10 Inch | Verified Purchase

I wanted to wait for quite a bit of use before leaving a review for this Vanfoxle Shower Faucet Shower System. TLDR - SUPER IMPRESSED CATEGORICALLY!

Quality: I'm friends with my plumber who is a master plumber with 35+ years full time experience. He also has a universal plumbing license that allows him to perform plumbing work on military bases around the world (which he's done). My plumber is one on a team of plumbers working on a home being built by the Kohler family. That home has 16 bathrooms (hospitality house). I asked him to install this shower system in my new construction shop bathroom, and then asked him to compare this system with the Kohler systems he's installing in the Kohler house. I asked him to answer with all honesty, and he said, in his opinion, without seeing how this system performs over time, the ease of installation and quality is right there with the

Kohler shower systems. This system is stainless steel and brass. Nothing cheap about it. I just don't understand how it's priced as cheaply as it is because I can't find any issues so far, unless it just doesn't last, or that there is near zero or shoddy support. I just don't get it.

Ease of installation: I was present for the entire installation of this system. My plumber had no issue understanding how this system is installed, and had no complaints when installing it.

Support: This shower system sat in the box for many months because, as typical, my construction schedule fell behind. When I finally got it installed, I only had maybe 3 months of use before the warranty expired. The hand held sprayer suddenly stopped working. Not entirely sure if this was debris in the lines or design issue....but I looked at the warranty period and I had like 7 days left, so I emailed the seller. Within 3 business days THEY SENT ME NOT ONE BUT TWO REPLACEMENT PARTS, A RATCHET WRENCH AND SOCKET to replace this part. Who does that?! No argument to it. I was further pleased when they said you do this repair from the *front*, which takes just a few minutes to do.

If I had to nitpick: When I built my house years ago, I had the Kohler water fall tub filler and hand held sprayer. I could not believe my eyes when the entire hand held sprayer was PLASTIC. PLASTIC. I didn't understand why and just blamed it on being where they cheaped out. With this Vanfoxle system, the hand held sprayer is solid metal. I mean, it feels like you have a brick in your hand. It was at that moment that I realized the hand held sprayer can be designed to be very light (plastic) or metal (being very heavy) each with its pros and cons. So, if you drop this Vanfoxle hand held sprayer, you will certainly chip your fiberglass tub/shower, or whatever subsrate you have on your floor. The hose connecting the hand held sprayer is very long so no matter how high up you install it - it's still going to hit the ground. I ended up buying a shower mat so that when the day comes that this sprayer hits the ground, it won't chip my shower.

Overall - I would (and did) buy this shower system again. I have a 2nd one I bought when this item went on sale at $183. I'll probably install it in the 2nd building I have going up, or use it for parts when I'm outside of my warranty. Still cheaper than buying a name brand system, which at the time I did my search, was about $2000.00.






6 people found this helpful

Helpful | Report

alex

**6 +12 rain head**

Reviewed in the United States on February 28, 2026

Color: Matte Black | Size: 12 Inch | **Verified Purchase**

Install was easy feels solid im not one to write reviews but I would like to say contacted company after install depth was an 1/8 shy and they made and sent me a custom face plate to fix the issue free of charge would buy again



Helpful | Report

Heidi Vonepp

**Coating has peeled 3 months in**

Reviewed in the United States on February 4, 2026

Color: Matte Black | Size: 12 Inch | **Verified Purchase**

I wish I could give 5 stars because I loved this initially, but after just 3 months the coating has started to peel. It's on the wall and not handled regularly, so this was unexpected. Definitely a bummer and not what I hoped for in terms of durability.




3 people found this helpful

Helpful | Report

Jovana Jankovic

**Perfect upgrade**

Reviewed in the United States on November 25, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

I recently installed this black faucet in my bathroom, and it's such a stylish upgrade! The finish is elegant and modern, and it pairs perfectly with our decor. Installation was straightforward, and the quality feels solid and durable. I love how it adds a touch of sophistication to the space while being highly functional. Highly recommend for anyone looking to elevate their bathroom design!



12 people found this helpful

Helpful | Report

The Johnson's

**Definitely helped our shower.**

Reviewed in the United States on November 19, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Wonderful!



One person found this helpful

Helpful | Report

Kimberly Hayes

**Works well**

Reviewed in the United States on November 4, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Works well love the rain head kinda orange gold but had to install



3 people found this helpful

Helpful | Report

Monica Lopez

**Moderna y linda**

Reviewed in the United States on September 3, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Lo máximo siempre habíamos querido una ducha así y esta pasó por mucho porque fue una de las primeras cosas que compré para la construcción . Dio un poco de trabajo pero nada que un plomero cualificado no pueda hacer . Y hay que tener buena presión de agua en la casa





Helpful | Report

Translate review to English

jenathrash

**I'm in love**

Reviewed in the United States on August 18, 2025

Color: Matte Black | Size: 12 Inch | **Verified Purchase**

Finally got this installed in our remodeled bathroom and I absolutely love it! It looks great. It feels great. It's easy to use. The pressure is fantastic when just using one of the fixtures. It's still very good with 2 on at the same time. It's adequate with all 3. But, honestly, why would you need or want all 3 on simultaneously? It's still decent pressure though, if you do. The wand feature to spray for cleaning is wonderful. I'm looking forward to trying the wand out on the dog. My mother lives with us and is handicapped and she is raving about the shower saying every home should have one of these.
The packaging was impressive. The weight of the fixtures is heavy and feels well made. The style is great. I couldn't be happier. I feel like I'm in a luxurious spa shower. I've taken a lot more showers in the days since it was installed!



12 people found this helpful

Helpful | Report

slhmom

**Highly recommend! Looks great!**

Reviewed in the United States on August 7, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**



2 people found this helpful

Helpful | Report

PHarris

**Nice**

Reviewed in the United States on July 24, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Very cool addition to our wall in shower.



One person found this helpful

Helpful | Report

Maria alejandra Tovar Santiago

★★★★★ **Perfect !**

Reviewed in the United States on July 17, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Works so good, amazing quality! Totally recommend!



One person found this helpful

Helpful | Report

M Lammey Tillotson

★★★★★ **Great Design**

Reviewed in the United States on June 1, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

This is a sleek, modern design that looks great! The rain shower mode feels amazing. Having three options is nice. I am very happy with the durability, look and function -- highly recommend.



Helpful | Report

Tricia Ray

★★★★★ **Love it!**

Reviewed in the United States on May 31, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Love it! Looks great and has great water pressure! I have thick hair and it rinses it easily.



Helpful | Report

northern lights

★★★★★ **Rain shower**

Reviewed in the United States on April 6, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Love it! Easy to install, great water flow, come with everything needed for installation for a DYI project.



One person found this helpful

Helpful | Report

Lynn Johnson

★★★★★ **GREAT PRODUCT!**

Reviewed in the United States on March 24, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

This is a very solid, high quality shower valve with three outputs. It works perfectly, and was relatively easy to install. Good DIY skills are helpful. Installation instructions were clearly written and easy to understand. Highly Recommend!! Everyone was has stepped into my newly remodeled primary bath has been impressed.



2 people found this helpful

Helpful | Report

Olivia Young

★☆☆☆☆ **Shower panel discoloration**

Reviewed in the United States on March 19, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

The shower panel is already showing discoloration 2 weeks after installation. I live in the city so no hard water or well water issues to cause this.




6 people found this helpful

Helpful | Report

Amazon Customer

★★★★★ **Great quality and fancy**

Reviewed in the United States on February 6, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**



We remodeled our bathroom and love how the shower looks. The quality is great so far!




9 people found this helpful

Helpful | Report

LUJICUI

★★★★★ **Good quality!**

Reviewed in the United States on February 4, 2025

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

The product is excellent quality! it's looks high-end and I love it!




One person found this helpful

Helpful | Report

Translate all reviews to English

Fiona J.

★★★★★ **High quality**

Reviewed in the United States on December 31, 2024

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Perfect! I love the design with two shower heads. It is heavy and looks high-quality.



Helpful | Report

Estela

★★★★★ **10**

Reviewed in the United States on December 17, 2024

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Me encantó, súper y aparte mucha presión en el agua . 10 de 10





Helpful | Report

Translate review to English

kenny leon

★★★★★ **High quality look**

Reviewed in the United States on December 15, 2024

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

I love the look it gives this recently done shower. Best bang for your buck.



3 people found this helpful

Helpful | Report

Wayne

★★★★★ **Great value and look**

Reviewed in the United States on October 29, 2024

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Good valve for the money. Quality, craftsmanship all good. Would definitely buy again or recommend !



Helpful | Report

Desiree Groseclose

★★★★★ **Looks great!**

Reviewed in the United States on October 24, 2024

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

Haven't used it yet but it looks so nice!



One person found this helpful

Helpful | Report

Luisa

★★★★★ **i loved it , recommended**

Reviewed in the United States on October 11, 2024

Color: Matte Black | Size: 10 Inch | **Verified Purchase**

I have purchased shower system for every bathroom in my home, they look nice , easy installation, strong , not leaking reported , nice color, works great, good value for the money, perfect size, recommended



6 people found this helpful

Helpful | Report

Mini Maker

★★★★★ **Heaven right in your shower!**

Reviewed in the United States on August 2, 2024

Color: Matte Black | Size: 10 Inch | **Verified Purchase**



The water pressure is amazing and the size of the shower heads make you feel like you're in a warm rain. I also like the shape of the hand-held spray - perfect for washing my dog.

Case 2:26-cv-01521-CCW Document 79-6 Filed 09/23/26 Page 8 of 9



3 people found this helpful

Helpful | Report

Amazon Influensa'

**Matte Black Elegance**

Reviewed in the United States on April 17, 2024

Color: Matte Black | Size: 10 Inch | **Amazon Vine Customer Review of Free Product** ( What's this? )

This shower set is not only elegant, it is also an upgrade to the old traditional shower sets. This doesn't include a tub filler. I appreciate the silicone nozzles because we have well water and the sediment get caught in the nozzles. But all we have to do is wipe them down and flex them a bit to knock it loose. It exudes quality!



One person found this helpful

Helpful | Report

KR Morris

**Great product**

Reviewed in the United States on February 10, 2022

**Amazon Vine Customer Review of Free Product** ( What's this? )

Beautiful shower head. Nicely packaged with pieces in a bag and then in the box. The box is padded with compartments. Material is sturdy. Will not just attach to the existing pipes, needs to be installed in the wall. The box includes the connector that goes into the wall. May need a plumber if you are not handy. The hand held is sleek and sturdy. The shower head is a nice size. Looking forward to many showers with this.






Helpful | Report

**To see more, search or filter all reviews.**

**‹ See all details for Vanfoxle Shower System, Matte Black Shower Head Handheld, Shower Faucet Set | Push-Button Diverter, 3 Functions at Once, 10" High-Pressure Rain Head, 6" Side Head, 2-in-1 Handheld, Pressure Balance Valve**


**Buy it again** View All & Manage

Page 1 of 9


AcneFree Terminator 10 Acne Spot Treatment with Benzoyl Peroxide…
20,483
Amazon's Choice
$5.47 ($5.47/ounce)
prime Today by 10:00 PM
Purchased Aug 2026


Pastabilities, Protein Pasta, Ruffles - 24g Protein & Low Carb, 17g Net Carbs - High Protei…
430
$35.99 ($0.75/ounce)
prime FREE One-Day Get it Tomorrow, Sep 24
Purchased Aug 2026


Amazon Basics Advanced Acne Spot Treatment with 2% Salicylic Acid Medication, Blemish…
1,570
$5.72 ($7.63/fluid ounce)
prime Today by 10:00 PM
Purchased Aug 2026


25 Gauge 1 Inch Needles Luer Lock Disposable Lab Supplies, Pack of 100 | SHAOTONG 25G 1"…
3,834
-11% $7.99
Typical: ~~$8.99~~
prime FREE Delivery Friday, Sep 25
Purchased Jul 2026


IAMS Proactive Health Adult Minichunks Dry Dog Food, Chicken, 30 lb | Real chicken #1…
32,049
$46.97 ($1.57/lb)
prime FREE Delivery Friday, Sep 25
Purchased Aug 2026


Tend Skin Solution for Razor Bumps and Ingrown Hair, 16 Oz |…
63,125
#1 Best Seller
$39.98 ($2.50/fluid ounce)
prime FREE One-Day Get it Tomorrow, Sep 24
Purchased Feb 2026

**Similar to your past purchases**

Page 1 of 2


Explore Cuisine Organic Edamame & Mung Bean Rigatoni, 8 oz, Pack of 6 | Gluten Free
26
$30.00 ($0.63/ounce)


HealSpot Edamame Pasta,Black Beans Spaghetti,USDA Organic,42.32 Oz (1200g),132g High…
45


The Only Bean Crunchy Dry Roasted Edamame Snacks (Sea Salt), Healthy High Protein(12g) Keto…
17,749
#1 Best Seller


Seapoint Farms Fire Roasted Edamame, Dill Pickle, 19 oz Jar (Pack of 1) | Plant Based,11g Protein, Vegan, Gluten-…
276


Quest Nutrition Nacho Cheese Tortilla Style Protein Chips, 18g Protein, 4g Net Carb, L…
24,752
#1 Best Seller


FGO Organic Ginger Tea, 100 Count, Eco-Conscious Tea Bags, Resealable Bag, Packaging May Vary (Pa…
8,653
#1 Best Seller

Case 2:26-cv-01521-CCW Document 79-6 Filed 09/23/26 Page 9 of 9

prime FREE One-Day Get it Tomorrow, Sep 24
1 sustainability feature

$25.99 ($0.61/ounce)
prime FREE One-Day Get it Tomorrow, Sep 24

$14.97 ($1.66/ounce)
prime Today by 10:00 PM

$14.89 ($11.91/lb)
prime FREE One-Day Get it Tomorrow, Sep 24

$25.65 ($1.94/ounce)
prime FREE One-Day Get it Tomorrow, Sep 24

$21.99 ($0.22/count)
prime Today by 10:00 PM
1 sustainability feature

## Your Browsing History

View or edit your browsing history

Page 1 of 5

