# Exhibit 7

<table>
<tr><th>Figures if U.S. Patent D1,057,101</th><th>Vanfoxle Shower Faucet</th></tr>
<tr><td>

Fig. 1
</td><td>


From Exhibit 3



</td></tr>
</table>



Fig. 2




From Exhibit 3







Fig. 3











Fig. 4















Fig. 5





Fig. 6










Fig. 7






| | |
|---|---|
| <br>Fig. 8 |  <br> |