# Exhibit B

(19)中华人民共和国国家知识产权局

(12)外观设计专利

(10)授权公告号 CN 304032638 S
(45)授权公告日 2017.02.08

(21)申请号 201630191266.9

(22)申请日 2016.05.20

(73)专利权人 钟兰天
地址 529300 广东省江门市开平市水口镇
新市北路176号

(72)设计人 钟兰天

(74)专利代理机构 广州粤高专利商标代理有限
公司 44102
代理人 伦荣彪

(51)LOC(10)Cl.
23-01

图片或照片 7 幅 简要说明 1 页

(54)使用外观设计的产品名称
浴缸龙头主体(6918)



立体图

CN 304032638 S

外观设计图片或照片





主视图



俯视图



后视图



仰视图



左视图



立体图



右视图

# 简 要 说 明



1.本外观设计产品的名称:浴缸龙头主体(6918);

2.本外观设计产品的用途:本外观设计产品用于浴缸的液体分配设备;

3.本外观设计产品的设计要点:产品的整体形状;

4.最能表明本外观设计设计要点的图片或照片:立体图。