# Exhibit E

Deliver to New York 10010 | All | Search Amazon | EN | Hello, MuGuang Account & Lists | Returns & Orders | 1

All | Join Prime | MuGua…'s Amazon.com | Today's Deals | Coupons | Prime Video | Best Sellers

# Customer Review

dontaj47

**a luxurious shower experience**

Reviewed in the United States on August 26, 2024

Color: Matte Black Style: 12"-Ceiling-01 **Vine Customer Review of Free Product**

The matte black finish of this shower faucet set is both modern and sleek, adding a touch of sophistication to any bathroom. The minimalist design of the 12" ceiling mount rainfall shower head, coupled with the dual rain shower heads and multi-function handheld head, creates a cohesive and stylish look. The black finish complements various bathroom decors and provides a dramatic contrast to lighter-colored tiles and fixtures.

The 12" ceiling mount rainfall shower head offers a wide, even flow of water that mimics the sensation of standing in a gentle rain. The large size ensures full coverage, providing a relaxing and immersive shower experience. The secondary rain shower heads add versatility, allowing you to customize the water flow and coverage according to your preferences.

The multi-function handheld shower head is a valuable addition. It features a push-button diverter that allows you to switch easily between the ceiling mount and handheld functions. The handheld head provides flexibility for targeted rinsing, cleaning, and washing, making it ideal for families and individuals alike.

The push-button diverter is user-friendly and allows for smooth transitions between the different shower heads. It is straightforward to operate, minimizing the hassle of adjusting water flow and temperature

The shower system is designed for ceiling mount installation, which can be a bit more complex compared to wall-mounted setups. Professional installation is recommended to ensure that the system is correctly aligned and securely mounted. The build quality is solid, with durable materials that resist corrosion and wear over time. The matte black finish is designed to be easy to clean and maintain, though it may show water spots or fingerprints that require occasional wiping

The 12" rainfall shower head offers a soothing and enveloping experience, perfect for relaxing showers. The additional rain shower heads provide extra coverage and options for different showering preferences. The handheld shower head enhances convenience, especially for tasks like rinsing off shampoo or cleaning the shower area. The push-button diverter is intuitive and allows for seamless switching between different water sources

Read less



One person found this helpful

Helpful Report

## Product Details



Shower Faucet Set, 12" Ceiling Mo…
by Woindo

4.7 out of 5

215 global ratings

| | |
|---|---|
| 5 star | 86% |
| 4 star | 6% |
| 3 star | 2% |
| 2 star | 2% |
| 1 star | 4% |

See All Buying Options

Subtotal
$21.99
Add $13.01 of eligible items or Join Prime to get FREE delivery on eligible items with no order minimum.
Go to Cart



$21.99
1

**Customers who viewed items in your browsing history also viewed**

Page 1 of 6



FAROLAN Rain Shower System Matte Black Shower Faucet Set, Dual Rainfall Shower Head S...
56
-15% $152.99
Limited time deal
Typical: ~~$179.99~~
Get it as soon as **Saturday, Jul 25**
FREE Shipping by Amazon



VANFOXLE Shower Faucet Set Matte Black Shower System, Push Button Diverter Shower Faucet with Trim Kit, Ceiling...
622
$239.99
Get it as soon as **Saturday, Jul 25**
FREE Shipping by Amazon



gotonovo Rainfall Bathroom Shower System Rain Shower Head and...
3,139
Amazon's Choice
-18% $114.98
Limited Prime deal
List Price: ~~$139.99~~
Get it as soon as **Saturday, Jul 25**
FREE Shipping by Amazon
1 sustainability feature



Shower Faucet Set Shower System - SR SUN RISE Matte Black Shower Trim Kit with Dual Shower Head, 12" Ceili...
8
-6% $158.99
List: ~~$169.99~~
Get it as soon as **Saturday, Jul 25**
FREE Shipping by Amazon



Aole
Set
with
Batl
Rou
-2(
List I
Get i
25
FREE
1

Subtotal
**$21.99**
Add $13.01 of eligible items or Join Prime to get FREE delivery on eligible items with no order minimum.
Go to Cart



**$21.99**
1

## Related to items you viewed



Brushed Nickel 11 Inch Rainfall Shower System – Filtered Handheld Sprayer Shower Head,...
1,712
-25% $85.72
Limited time deal
Typical: ~~$113.99~~
Get it as soon as **Saturday, Jul 25**
FREE Shipping by Amazon



Seacity Wide Rain Shower Head With 5 Modes Handheld Showerheads, High Pressure Showerhead Combo wi...
845
$31.99
Get it as soon as **Saturday, Jul 25**
FREE Shipping on orders over $35 shipped by Amazon



VANFOXLE Brushed Gold Shower System, Push Button Pressure Balance Shower Valve, Ceiling Mount Thick 12" Showe...
622
$329.99
Get it as soon as **Sunday, Jul 26**



BINGERMA Commercial Beverage Refrigerator 15 Cu.ft. with Glass Door Display Merchandiser Fridge ETL Drink Cooler...
4
$999.00
Get it as soon as **Tomorrow, Jul 21**
FREE Shipping by Amazon
Only 8 left in stock - order...



Honeywell Bevera Refrigerator and C 116 Can Mini Fridg Glass Door for Soc or Wine for Office
1,527
$219.99
Get it as soon as **Satu 25**
FREE Shipping by Am

## Your Browsing History View or edit your browsing history








Back to top

**Get to Know Us**
Careers
Amazon Newsletter
About Amazon
Accessibility
Sustainability
Press Center
Investor Relations
Amazon Devices

**Make Money with Us**
Sell on Amazon
Sell apps on Amazon
Supply to Amazon
Protect & Build Your Brand
Become an Affiliate
Become a Delivery Driver
Start a Package Delivery Business
Advertise Your Products

**Amazon Payment Products**
Amazon Visa
Amazon Store Card
Amazon Secured Card
Amazon Business Card
Shop with Points
Credit Card Marketplace
Reload Your Balance
Gift Cards
Amazon Currency Converter

**Let Us Help You**
Your Account
Your Orders
Shipping Rates & Policies
Amazon Prime
Returns & Replacements
Manage Your Content and Devices

Amazon Science

Self-Publish with Us

Become an Amazon Hub Partner

› See More Ways to Make Money

Recalls and Product Safety Alerts

Registry & Gift List

Help

Subtotal
$21.99
Add $13.01 of eligible items or Join Prime to get FREE delivery on eligible items with no order minimum.
Go to Cart



$21.99
1

English | United States

Amazon Music
Stream millions of songs

Amazon Ads
Reach customers wherever they spend their time

6pm
Score deals on fashion brands

AbeBooks
Books, art & collectibles

ACX
Audiobook Publishing Made Easy

Sell on Amazon
Start a Selling Account

Veeqo
Shipping Softwa Inventory Management

Amazon Business
Everything For Your Business

Amazon Fresh
Groceries & More Right To Your Door

AmazonGlobal
Ship Orders Internationally

Home Services
Experienced Pros Happiness Guarantee

Amazon Web Services
Scalable Cloud Computing Services

Audible
Listen to Books & Original Audio Performances

Box Office Mojo
Find Movie Box Office Data

Goodreads
Book reviews & recommendations

IMDb
Movies, TV & Celebrities

IMDbPro
Get Info Entertainment Professionals Need

Kindle Direct Publishing
Indie Digital & Print Publishing Made Easy

Amazon Photos
Unlimited Photo Storage Free With Prime

Prime Video Direct
Video Distribution Made Easy

Shopbop
Designer Fashion Brands

Amazon Resale
Great Deals on Quality Used Products

Whole Foods Market
America's Healthiest Grocery Store

Woot!
Deals and Shenanigans

Zappos
Shoes & Clothing

Ring
Smart Home Security Systems

eero WiFi
Stream 4K Video in Every Room

Blink
Smart Security for Every Home

Neighbors App
Real-Time Crime & Safety Alerts

PillPack
Pharmacy Simplified

Amazon Renewed
Refurbished tech you can trust

Amazon Luna
Video games from the cloud, no console required

Conditions of Use  Privacy Notice  Consumer Health Data Privacy Disclosure  Your Ads Privacy Choices
© 1996-2026, Amazon.com, Inc. or its affiliates