# Exhibit F

US0D1057101S

(12) **United States Design Patent**
**Deng**

(10) **Patent No.:** **US D1,057,101 S**
(45) **Date of Patent:** ** **Jan. 7, 2025**

(54) **SHOWER VALVE**

(71) Applicant: **Foshan Huayun Technology Co., Ltd.**, Foshan (CN)

(72) Inventor: **Yunshi Deng**, Foshan (CN)

(73) Assignee: **Foshan Huayun Technology Co., Ltd.**, Foshan (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/969,090**

(22) Filed: **Oct. 21, 2024**

(51) **LOC (15) Cl.** ............................................... **23-01**
(52) **U.S. Cl.**
USPC ......................................................... **D23/254**
(58) **Field of Classification Search**
USPC .................. D23/252, 254, 233; D8/307–308
CPC .... E03C 1/0409; E03C 1/042; E03C 2201/50; F16K 31/60; F16K 31/602; F16K 31/605; F16K 31/607
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | | |
|---|---|---|---|---|---|
| D494,254 S | * | 8/2004 | Citterio | D23/245 |
| D626,632 S | * | 11/2010 | Hanna | D23/254 |
| D665,883 S | | 8/2012 | Flowers | |
| D700,292 S | * | 2/2014 | Schoenherr | D23/254 |
| D820,413 S | * | 6/2018 | Seum | D23/254 |
| D883,447 S | | 5/2020 | Xie | |
| D917,668 S | | 4/2021 | Xie | |
| D919,765 S | * | 5/2021 | McKeone | D23/252 |
| D1,001,240 S | * | 10/2023 | Deng | D23/254 |
| D1,025,307 S | * | 4/2024 | Zhang | D23/254 |
| D1,042,750 S | * | 9/2024 | Xie | D23/254 |
| 2011/0100484 A1 | * | 5/2011 | Allen | E03C 1/023<br>137/359 |

FOREIGN PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| WO | WO-2009142706 A2 * | 11/2009 | F16K 19/006 |
| WO | WO-2016142057 A1 * | 9/2016 | E03C 1/021 |

OTHER PUBLICATIONS

Grohe Grohtherm Three Function Thermostatic Valve Trim Only with Four Knob / Push Button Handles, Integrated Diverter, and Volume Control—Less Rough In Model: 29142000 |https://www.build.com/product/summary/1391570?uid=3279009 (Year: 2016).*
Design House 594739 Karsen Valve Trim. https://www.amazon.com/Design-House-594739-Showering-Polished/dp/B08NK8N9YZ?source=ps-sl-shoppingads-lpcontext&ref_=fplfs&smid=ATVPDKIKX0DER&th=1 (Year: 2019).*

* cited by examiner

*Primary Examiner* — Robert A Delehanty
(74) *Attorney, Agent, or Firm* — Birchwood IP

(57) **CLAIM**

The ornamental design for a shower valve, as shown and described.

**DESCRIPTION**

FIG. **1** is a front, right and top perspective view of a shower valve, showing my new design;
FIG. **2** is a rear, left and bottom perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a left side view thereof;
FIG. **6** is a right side view thereof;
FIG. **7** is a top plan view thereof; and,
FIG. **8** is a bottom plan view thereof.
The broken lines shown in the drawings illustrate portions of the shower valve that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**





FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8