**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,
Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01521-CCW

**NOTICE OF SETTLEMENT**

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff, Foshan Huayun Technology Co., Ltd., and the following defendants have reached a settlement in principle resolving all claims between them in this action:

| **No.** | **Defendant** |
|---|---|
| 5 | TONGDA TECH |
| 8 | KOJOX SANITARY |
| 9 | IRIBER HOME |
| 14 | DUSARO |

To allow the parties sufficient time to finalize and execute the formal settlement agreement and to file the appropriate dismissal paper with the Court, Plaintiff respectfully requests that the Court stay all proceedings, deadlines, and scheduled

hearings applicable to these specific Defendants for 30 days.

Date: September 2, 2026

Respectfully submitted,

/s/ Zheng "Andy" Liu
Zheng "Andy" Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*