**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01521-CCW |

**DECLARATION OF YUNSHI DENG**

I, Yunshi Deng, hereby declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.
2. I am the legal representative of Plaintiff Foshan Huayun Technology Co., Ltd. ("Plaintiff").
3. I am the inventor of the design claimed in the design patent asserted by

Plaintiff in this action (the "patent-in-suit").

4. I am married to Kaihua Wang. We registered our marriage on March 17, 2022.

5. My husband, Kaihua Wang, operates and controls Jiangmen Haiyile Sanitary Ware Co., Ltd. ("Jiangmen Haiyile").

6. In 2024, after I conceived the design claimed in the patent-in-suit, and before the application for the patent-in-suit was filed, I told my husband, Kaihua Wang, about the design.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2026.

Yunshi Deng

Yunshi Deng