**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01521-CCW

**DECLARATION OF KAIHUA WANG**

I, Kaihua Wang, hereby declare, and state as follows:

1. I am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.
2. I am the legal representative of Jiangmen Haiyile Sanitary Ware Co., Ltd. ("Jiangmen Haiyile"). I operate and control Jiangmen Haiyile.
3. I am married to Yunshi Deng. We registered our marriage on March 17,

2022. My wife is the inventor of the design claimed in the design patent asserted by Plaintiff Foshan Huayun Technology Co., Ltd. in this action (the "patented design").

4. In 2024, after my wife conceived the patented design, and before the application for the patent was filed, she told me about the patented design.

5. Thereafter, I had Jiangmen Haiyile manufacture shower valve products embodying my wife's patented design, and those products were sold on Amazon.com under the "Vanfoxle" brand.

6. The "Vanfoxle" brand was, and still is, owned by Jiangmen Haiyile, as reflected in Exhibit 5 to the Opposition filed by Defendants Holispa, Homgoo Shower, Mwly, and Raycharm (collectively, "Holispa-Defendants") (Dkt. 79-5).

7. I have reviewed Holispa-Defendants' Exhibits 1 through 3 (Dkt. 79-1 to 79-3). The Vanfoxle shower valve products shown in those exhibits are the products that Jiangmen Haiyile manufactured embodying my wife's patented design, as described in paragraph 5 above.

8. The "Vanfoxle" brand has sold different models of shower valves.

9. I have reviewed Holispa-Defendants' Exhibit 4 (Dkt. 79-4). The Vanfoxle product shown in Holispa-Defendants' Exhibit 4 differs from

the patented design. For example, the Vanfoxle product shown in Holispa-Defendants' Exhibit 4 has a single button on its front panel, whereas the patented design has three buttons on its front panel, as shown below:

| | |
|---|---|
|  |  |
| **Holispa-Defendants' Exhibit 4** | **Plaintiff's patented design** |

10. I have reviewed Holispa-Defendants' Exhibit 6 (Dkt. 79-6). Likewise, the Vanfoxle product shown in Holispa-Defendants' Exhibit 6 differs from the patented design. For example, the Vanfoxle product shown in Holispa-Defendants' Exhibit 6 also has a single button on its front panel, whereas the patented design has three buttons on its front panel, as shown below:

|  |  |
| --- | --- |
| **Holispa-Defendants' Exhibit 6** | **Plaintiff's patented design** |

11. The designs of the Vanfoxle products shown in Holispa-Defendants' Exhibits 4 and 6 are similar to each other, because both have a single button on their front panel.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 30, 2026.

Kaihua Wang

Kaihua Wang