**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD.,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Case No.: 2:26-cv-01521-CCW |

**DECLARATION OF OSCAR LAM**

I, Oscar Lam, hereby declare, and state as follows:

1. I am a citizen of the United States and am over the age of eighteen and have personal knowledge of the facts set forth in this Declaration. I am competent to testify as to all matters stated, and I am not under any legal disability that would in any way preclude me from testifying.
2. I am fluent in both Chinese and English, and I read and write Chinese in both simplified and traditional characters. I am competent to translate documents written in Chinese into English.

3. I have reviewed each of the Chinese-language documents attached hereto as Exhibits A through BN and personally translated each of them into English. Each exhibit consists of a copy of the Chinese-language document, followed by my English translation of that document.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Business License of Jiangmen Haiyile Sanitary Ware Co., Ltd., Unified Social Credit Code 91440783055364581E, which identifies Kaihua Wang as its legal representative, together with a true and accurate English translation thereof prepared by me.

5. Attached hereto as **Exhibit B** is a true and correct copy of the two Marriage Certificates , Marriage Certificate No. J440605-2022-001195, registered on March 17, 2022, one held by Yunshi Deng and one held by Kaihua Wang, which reflect the registration of the marriage between Yunshi Deng and Kaihua Wang, together with a true and accurate English translation thereof prepared by me.

6. To the best of my knowledge and ability, the English translations included in Exhibits A through C are true, complete, and accurate translations of the corresponding Chinese-language documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 29, 2026.

Oscar Lam