# EXHIBIT A

Business License of Jiangmen Haiyile Sanitary Ware Co., Ltd.

**ENGLISH TRANSLATION OF EXHIBIT A**

# BUSINESS LICENSE

**Unified Social Credit Code:** 91440783055364581E

*[QR code]* Scan the QR code to log in to the "National Enterprise Credit Information Publicity System" to learn more about registration, filing, permit, and regulatory information.

| | |
|---|---|
| **Name** | Jiangmen Haiyile Sanitary Ware Co., Ltd. |
| **Type** | Limited Company (Invested or Controlled by a Natural Person) |
| **Legal Representative** | Wang Kaihua |
| **Business Scope** | General items: manufacturing of sanitary ware; sales of sanitary ware; manufacturing of hardware products; retail of hardware products; import and export of goods; import and export of technology. (Except for items that require approval in accordance with the law, business activities shall be carried out independently in accordance with the law on the basis of the business license.) |
| **Registered Capital** | RMB 500,000 (Five Hundred Thousand Yuan) |
| **Date of Establishment** | October 17, 2012 |
| **Domicile** | No. 243-2, Longshan Road, Zhishan Town, Heshan City |
| **Registration Authority** | *[Seal: Heshan Administration for Market Regulation]*<br>October *[day obscured by seal]*, 2024 |

统一社会信用代码
91440783055364581E

# 营业执照

扫描二维码登录“国家企业信用信息公示系统”了解更多登记、备案、许可、监管信息

名　　称　江门市海逸乐卫浴有限公司

类　　型　有限责任公司(自然人投资或控股)

法定代表人　王凯华

经营范围　一般项目：卫生洁具制造；卫生洁具销售；五金产品制造；五金产品零售；货物进出口；技术进出口。（除依法须经批准的项目外，凭营业执照依法自主开展经营活动）

注册资本　人民币伍拾万元

成立日期　2012年10月17日

住　　所　鹤山市址山镇龙山路243号之二

江门市海逸乐卫浴有限公司

登记机关　鹤山市市场监督管理局

2024年10月8日

国家企业信用信息公示系统网址：http://www.gsxt.gov.cn

国家市场监督管理总局监制

CS 扫描全能王
3亿人都在用的扫描App