# EXHIBIT B

Marriage Certificates of Deng Yunshi and Wang Kaihua (Redacted)

# ENGLISH TRANSLATION OF EXHIBIT B

## Left Certificate (held by Deng Yunshi)

| | |
|---|---|
| **Certificate Holder** | Deng Yunshi |
| **Registration Date** | March 17, 2022 |
| **Marriage Certificate No.** | J440605-2022-001195 |
| **Remarks** | *[blank]* |

| | | | |
|---|---|---|---|
| **Name** | Deng Yunshi | **Sex** | Female |
| **Nationality** | China | **Date of Birth** | *[REDACTED]* |
| **Identity Document No.** | *[REDACTED]* | | |

| | | | |
|---|---|---|---|
| **Name** | Wang Kaihua | **Sex** | Male |
| **Nationality** | China | **Date of Birth** | *[REDACTED]* |
| **Identity Document No.** | *[REDACTED]* | | |

## Right Certificate (held by Wang Kaihua)

| | |
|---|---|
| **Certificate Holder** | Wang Kaihua |
| **Registration Date** | March 17, 2022 |
| **Marriage Certificate No.** | J440605-2022-001195 |
| **Remarks** | *[blank]* |

| | | | |
|---|---|---|---|
| **Name** | Wang Kaihua | **Sex** | Male |
| **Nationality** | China | **Date of Birth** | *[REDACTED]* |
| **Identity Document No.** | *[REDACTED]* | | |

| | | | |
|---|---|---|---|
| **Name** | Deng Yunshi | **Sex** | Female |
| **Nationality** | China | **Date of Birth** | *[REDACTED]* |
| **Identity Document No.** | *[REDACTED]* | | |


持证人 邓韵施
登记日期 2022年03月17日
结婚证字号 J440605-2022-001195
备注
姓名 邓韵施
性别 女
国籍 中国
出生日期 [redacted]
身份证件号 [redacted]
姓名 王凯华
性别 男
国籍 中国
出生日期 [redacted]
身份证件号 [redacted]
MZHBJZH
持证人 王凯华
登记日期 2022年03月17日
结婚证字号 J440605-2022-001195
备注
姓名 王凯华
性别 男
国籍 中国
出生日期 [redacted]
身份证件号 [redacted]
姓名 邓韵施
性别 女
国籍 中国
出生日期 [redacted]
身份证件号 [redacted]
MZHBJZH