**FORM 1. Notice of Appeal from a United States Federal Court (District Court, Court of Appeals for Veterans Claims, Court of Federal Claims (non-vaccine appeals), and Court of International Trade)** **Form 1 March 2023**

**UNITED STATES**

**DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

## NOTICE OF APPEAL

Notice is hereby given that the appellant(s) listed below hereby appeal(s) the below-noted case to the United States Court of Appeals for the Federal Circuit.

Case number being appealed: 2:26-cv-01521-CCW

Case title being appealed: FOSHAN HUAYUN TECHNOLOGY CO., LTD. v. SCHEDULE A DEFENDANTS

Date of final judgment or order being appealed: 10/01/2026

**List all Appellants** (List each party filing this appeal. Do not use "et al." or other abbreviations. Attach continuation pages if necessary.)

FOSHAN HUAYUN TECHNOLOGY CO., LTD.

Date: 10/01/2026

Signature: Zheng Liu

Name: Zheng "Andy" Liu

Address: 1660 S Amphlett Blvd. Suite 315
San Mateo, CA 94402

Phone Number: 650-475-6289

Email Address: Andy.Liu@AptumLaw.us