**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
Case No. 2:26-cv-01521-CCW

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

WOINDO,

Counterclaim-Plaintiff,

v.

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Counterclaim-Defendant.

_____________________________________________/

**MOTION FOR ENTRY OF DEFAULT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

Defendant/Counterclaim-Plaintiff Woindo respectfully requests that the Clerk of Court enter the default of Counterclaim-Defendant FOSHAN HUAYUN TECHNOLOGY CO., LTD. pursuant to Federal Rule of Civil Procedure 55(a).

1. On September 4, 2026, Woindo filed its Answer to the Complaint with Jury Trial Demand and Counterclaim against FOSHAN HUAYUN TECHNOLOGY CO., LTD. (Dkt. 40).

2. The Counterclaim seeks affirmative relief against FOSHAN HUAYUN TECHNOLOGY CO., LTD.

3. Service of the Answer and Counterclaim was effected through the Court's CM/ECF system on counsel of record for FOSHAN HUAYUN TECHNOLOGY CO., LTD. on September 4, 2026.

4. Pursuant to Federal Rule of Civil Procedure 12(a)(1)(B), FOSHAN HUAYUN TECHNOLOGY CO., LTD. was required to serve an answer or other responsive pleading to the Counterclaim within 21 days after being served with the pleading that states the counterclaim.

5. More than 21 days have elapsed since service of the Counterclaim. FOSHAN HUAYUN TECHNOLOGY CO., LTD. has failed to plead or otherwise defend against the Counterclaim. No answer, motion, or other response to the Counterclaim appears on the docket.

6. Woindo is therefore entitled to entry of default against FOSHAN HUAYUN TECHNOLOGY CO., LTD. on the Counterclaim under Rule 55(a).

WHEREFORE, Woindo respectfully requests that the Clerk of Court enter the default of FOSHAN HUAYUN TECHNOLOGY CO., LTD. on the Counterclaim.

Dated: October 20, 2026

Respectfully submitted,

*s/ Jianyin Liu*

Jianyin Liu
Florida Bar No. 1007675
The Law Offices of James Liu PLLC
9000 SW 157th St
Palmetto Bay, FL 33157
Telephone: (305) 209-6188
Email: jamesliulaw@gmail.com
Counsel for Defendant/Counterclaim-Plaintiff
Woindo

**CERTIFICATE OF SERVICE**

I certify that this document has been served on Plaintiff's counsel of record via email on Oct. 20, 2026.

*s/ Jianyin Liu*