**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

**Case No. 2:26-cv-01521-CCW**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,
Plaintiff,

v.

SCHEDULE A DEFENDANTS,
Defendants.

WOINDO,
Counterclaim-Plaintiff,

v.

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,
Counterclaim-Defendant.

____________________________________________/

**ORDER GRANTING MOTION FOR ENTRY OF DEFAULT**

Upon consideration of the Motion for Entry of Default Pursuant to Federal Rule of Civil Procedure 55(a) filed by Defendant/Counterclaim-Plaintiff Woindo (Dkt. ___), and the Court being advised that Counterclaim-Defendant Foshan Huayun Technology Co., Ltd. was served with the Answer and Counterclaim through the Court's CM/ECF system on September 4, 2026, and that more than twenty-one (21) days have elapsed without an answer, motion, or other responsive pleading to the Counterclaim having been filed or served, it is hereby

ORDERED that the Motion for Entry of Default is GRANTED.

It is further ORDERED that the Clerk of Court shall enter the default of Counterclaim-Defendant Foshan Huayun Technology Co., Ltd. on the Counterclaim pursuant to Federal Rule of Civil Procedure 55(a).

DONE AND ORDERED this _____ day of October, 2026.

______________________________
United States District Judge