IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Civil Case No.: 2:26-cv-01521-CCW

**PLAINTIFFS' ANSWER TO DEFENDANT GOTONOVO'S COUNTERCLAIMS**

Plaintiff Foshan Huayun Technology Co., Ltd. answers the counterclaims of Defendant Gotonovo as follows:

1. Plaintiff admits the allegations of Paragraph 1.
2. Plaintiff admits the allegations of Paragraph 2.
3. Plaintiff admits the allegations of Paragraph 3.
4. Plaintiff admits the allegations of Paragraph 4.
5. Plaintiff admits that "The '101 Patent is a design patent. It issued on January 7, 2025, from an application filed October 21, 2024" but denies the remaining allegations stated in Paragraph 5.
6. Plaintiff denies the allegations of Paragraph 6 as having stated purported legal conclusions.

7. Plaintiff denies the allegations of Paragraph 7.

8. Plaintiff denies the allegations of Paragraph 8.

9. Plaintiff denies the allegations of Paragraph 9.

10. Plaintiff denies the allegations of Paragraph 10.

11. Plaintiff denies the allegations of Paragraph 11.

12. Plaintiff admits that "Huayun's assertion of the '101 Patent against Woindo creates a concrete, immediate controversy over whether the patent is valid and whether Woindo's products infringe" but denies the remaining allegations stated in Paragraph 5.

13. Plaintiff denies the allegations of Paragraph 13.

14. Plaintiff denies the allegations of Paragraph 14.

15. Plaintiff denies the allegations of Paragraph 15.

16. Plaintiff denies the allegations of Paragraph 16.

17. Plaintiff denies the allegations of Paragraph 17.

18. Plaintiff denies the allegations of Paragraph 18.

19. Plaintiff denies the allegations of Paragraph 19.

20. Plaintiff admits the allegations of Paragraph 20.

21. Plaintiff admits the allegations of Paragraph 21.

22. Plaintiff admits the allegations of Paragraph 22.

23. Plaintiff admits the allegations of Paragraph 23.

24. Plaintiff admits the allegations of Paragraph 24.

25. Plaintiff admits the allegations of Paragraph 25.

26. Plaintiff admits the allegations of Paragraph 26.

Plaintiff denies all remaining allegations not specifically admitted herein and deny that Defendant Gotonovo is entitled to any of the relief it has requested.

**DEMAND FOR A JURY TRIAL**

Plaintiffs hereby demands a jury trial on all issues so triable.

Date: October 20, 2026

Respectfully submitted,

/s/ Zheng “Andy” Liu
Zheng “Andy” Liu (CA- 279327)
***Aptum Law***
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Email: Andy.Liu@AptumLaw.us
Phone: 650-475-6289

*ATTORNEY FOR PLAINTIFF*