**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Foshan Huayan Tech. Co., Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 2:26-cv-01521-CCW |
| v. | ) | |
| | ) | Hon. Christy Criswell Wiegand |
| Schedule A Defendants, | ) | |
| | ) | |
| Defendants. | ) | |

**Notice of Appearance**

Notice is hereby given that the undersigned attorney, Adam E. Urbanczyk, of AU LLC, who is admitted and/or authorized to practice in this Court in this case, enters an appearance in this matter on behalf of Defendant:

**1.** EMBATHER (Amazon Seller ID A1QSRM9LKWRHI1)

and requests that his name be added to the list of ECF recipients for this case.

Dated: October 21, 2026

Respectfully submitted,

/s/Adam E. Urbanczyk

By: Adam E. Urbanczyk
AU LLC (DC 1005729)
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Defendant*
*Pro Hac Vice*

**Certificate of Service**

I certify that on October 21, 2026, I electronically filed the foregoing with the Clerk of the Court, which will send notification of such filing to all counsel of record.

Dated: October 21, 2026

/s/Adam E. Urbanczyk
By: Adam E. Urbanczyk
AU LLC (DC 1005729)
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
*Counsel for Defendant*
*Pro Hac Vice*