**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 2:26-cv-01521<br><br>Judge Christy Criswell Wiegand |

## DEFENDANTS' STATUS REPORT

Defendants TONGDA TECH (Def. No. 5), KOJOX SANITARY (Def. No. 8), IRIBER HOME (Def. No. 9), and DUSARO (Def. No. 14) (collectively, "Defendants") respectfully submit this status report regarding settlement.

Plaintiff and Defendants reached a settlement in principle on September 25, 2026. *See* Dkt. 81. The Court's Order (Dkt. 83) directed the parties to file either a stipulation of dismissal or a joint status report regarding settlement by October 28, 2026.

Between September 25 and October 28, 2026, Defendants asked Plaintiff's counsel for a draft settlement agreement at least eight times. Plaintiff's counsel acknowledged these requests and said the agreement was being prepared.

On October 28, 2026, Plaintiff's counsel sent Defendants a draft settlement agreement. The draft does not reflect the terms the parties agreed to on September 25, 2026. Instead, it reflects Plaintiff's initial settlement offer.

Defendants have sent Plaintiff's counsel their revisions to conform the draft to the agreed terms. As of this filing, Defendants have not received a response. The parties therefore cannot yet file a stipulation of dismissal.

Defendants remain committed to the settlement on the terms agreed on September 25, 2026, and will sign promptly once the agreement reflects those terms. Defendants respectfully request that the parties be given until November 12, 2026 to file a stipulation of dismissal or a further joint status report.

Date: October 28, 2026,

Respectfully submitted,

/s/ *He Cheng*

He Cheng (NYS Bar No. 5665617)
Palmer Law Group, P.A.
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Tel: +1 (917) 525-1495
Email: rcheng@palmerlawgroup.com
***Attorney for Defendants***