**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Foshan Huayan Tech. Co., Ltd., Plaintiff, v. Schedule A Defendants, Defendants. | ) ) ) ) ) ) ) ) ) | Case No. 2:26-cv-01521-CCW<br>Hon. Christy Criswell Wiegand |

**Defendant's Corporate Disclosures**

**NOW COMES** EMBATHER ("Defendant"), by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. and LCvR 7.1 provides the following corporate disclosures.

**1.** There is no parent corporation or any publicly held corporation owning 10% or more of Defendant's stock. No parent companies, subsidiaries, and affiliates of Defendant have issued shares or debt securities to the public.

**2.** Guangdong Qi Bo sanitary Technology Co. Ltd is the registrant of EMBATHER, and Shiyong Guo and Shumei Yu are the shareholders of Guangdong Qi Bo sanitary Technology Co. Ltd.

Dated this November 1, 2026

Respectfully Submitted,

/s/Adam E. Urbanczyk
Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendant*
*Pro Hac Vice*

**Certificate of Service**

I certify that on November 1, 2026, I electronically submitted the foregoing with the Clerk of the Court, which will send notification of such filing to all counsel of record.

Dated: November 1, 2026

/s/Adam E. Urbanczyk
By: Adam E. Urbanczyk
AU LLC
444 W. Lake St. 17th Floor
Chicago, IL 60606
(312) 715-7312
adamu@au-llc.com
DC 1005729
*Counsel for Defendant*
*Pro Hac Vice Pending*