**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| FOSHAN HUAYUN TECHNOLOGY CO., LTD,<br><br>Plaintiff,<br><br>v.<br><br>SCHEDULE A DEFENDANTS,<br><br>Defendants. | Civil Action No. 2:26-cv-01521<br><br>Judge Christy Criswell Wiegand |

# <u>JOINT STIPULATION OF DISMISSAL</u>

Plaintiff FOSHAN HUAYUN TECHNOLOGY CO., LTD and Defendants TONGDA TECH (Defendant No. 5), KOJOX SANITARY (Defendant No. 8), IRIBER HOME (Defendant No. 9), and DUSARO (Defendant No. 14) (collectively, the "Defendants"), by and through their respective undersigned counsel, respectfully submit this Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate to the dismissal of all claims asserted by Plaintiff against the Joint Defendants, with prejudice, with each party bearing its own attorneys' fees and costs.

DATED: November 12, 2026

Respectfully submitted,

/s/ Zheng Liu
Zheng "Andy" Liu (CA. ID No. 279327)
Aptum Law
1660 S Amphlett Blvd Suite 315
San Mateo, CA 94402
Telephone: 650-475-6289
E-mail: Andy.Liu@AptumLaw.us
***ATTORNEY FOR PLAINTIFF***

/s/ *He Cheng*
He Cheng (NY Bar No. 5665617)
Palmer Law Group, P.A
110 East Broward Blvd, Suite 1700
Fort Lauderdale, FL 33301
Telephone: 917-525-1495
E-mail: rcheng@palmerlawgroup.com
***ATTORNEY FOR DEFENDANTS***