**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FOSHAN HUAYUN TECHNOLOGY CO., LTD.,

Plaintiff,

v.

SCHEDULE A DEFENDANTS,

Defendants.

Case No.: 2:26-cv-01521-CCW

Judge Christy Criswell Wiegand

**[PROPOSED] ORDER ON PLAINTIFF'S RENEWED MOTION FOR AN ORDER AUTHORIZING ALTERNATIVE SERVICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3)**

AND NOW, this ___ day of _______, 2026, upon consideration of Plaintiff's Renewed Motion for an Order Authorizing Alternative Service Pursuant to Federal Rule of Civil Procedure 4(f)(3) (Dkt. 101),

IT IS HEREBY ORDERED that said Motion is GRANTED;

IT IS FURTHER ORDERED that Plaintiff is authorized to make alternative service of the Summons, the Complaint, any discovery, and all filings in this matter upon each of Defendant Nos. 1, 2, 3, 4, 6, 7, 11, 12, 13, 15, 16, 17, 18, 19, 20, 21, and 22, as follows:

1. via e-mail by providing the address to Plaintiff's designated website to Defendants via (i) the e-mail accounts provided by Defendants as part of the data related to their respective e-commerce stores, or (ii) the e-commerce marketplace for each of the e-commerce stores, or

2. via website publication by posting copies of the Summons, Complaint, any Discovery, and all filings in this matter on Plaintiff's designated website at https://drive.google.com/drive/folders/1S7NxF663A3GKE0PV6JvMXlyGPR9qir54?usp=sharing.

Christy Criswell Wiegand
United States District Judge