# EXHIBIT A

**SCREENSHOTS**

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>1</td><td>zhenjiangjianhongmaoyiyouxiangongsi<br>(Seller: cocktap)</td><td>The exact address cannot be located, and no business information for the Defendant can be found at the address.<br>




</td></tr>
</table>

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>2</td><td>shenzhenshiningmukejiyouxiangongsi<br>(Seller: Woindo)</td><td>The exact address cannot be located, and no business information for the Defendant can be found at the address.<br><br>Woindo<br>Visit the Woindo storefront<br>**100% positive** in the last 12 months (13 ratings)<br><br>**Detailed Seller Information**<br>**Business Name:** shenzhenshiningmukejiyouxiangongsi<br>**Business Address:**<br>民治街道龙塘社区龙塘北九巷2号904<br>深圳<br>龙华<br>广东<br>518131<br>CN<br><br>


</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 3 | Guangdong Qi Bo sanitary Technology Co. Ltd.<br>(Seller: EMBATHER) | The exact address cannot be located, and no business information for the Defendant can be found at the address.<br><br>EMBATHER<br>embather Visit the EMBATHER storefront<br>98% positive in the last 12 months (44 ratings)<br>**Detailed Seller Information**<br>**Business Name:** Guangdong Qi Bo sanitary Technology Co. Ltd.<br>**Business Address:**<br>万江街道莞穗路<br>万江段149号 206室<br>东莞市<br>广东省<br>52300<br>CN<br><br><br><br><br> |

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>4</td><td>He Fei Yuan Neng Liang Mao Yi You Xian Gong Si (Seller: Monjuae)</td><td>The exact address cannot be located, and no business information for the Defendant can be found at the address.<br>





</td></tr>
</table>

| No. | Name | Remarks |
| --- | --- | --- |
| 6 | Guang Zhou Shi Jin Wei Da E-commerce Co.,Ltd. (Seller: Odewmird) | The exact address cannot be located, and no business information for the Defendant can be found at the address. |









<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>7</td><td>hangzhouweishudianzishangwuyouxiangongsi<br>(Seller: gotonovo)</td><td>The address corresponds to a Fairfield by Marriott hotel, and no business information for the Defendant can be found at the address.<br>





</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 11 | wuhanweizhiyoudianzishangwuyouxiangongsi (Seller: Oupukle) | The exact address cannot be located, and no business information for the Defendant can be found at the address. |


Oupukle
Visit the Oupukle storefront
100% positive lifetime (15 total ratings)

Detailed Seller Information
Business Name: wuhanweizhiyoudianzishangwuyouxiangongsi
Business Address:
大桥新区红旗村
翰林府3栋1单元9层1室
武汉
江夏
湖北
430200
CN






| No. | Name | Remarks |
|---|---|---|
| 12 | shenzhenshizhiwenbeibeikejiyouxiangongsi (Seller: BZIMAK) | The exact address cannot be located; Baidu Maps lists numerous unrelated companies at the same building, and no business information for the Defendant can be found at the address. |


BZIMAK

Visit the BZIMAK storefront

**100% positive** lifetime (16 total ratings)

**Detailed Seller Information**

**Business Name:** shenzhenshizhiwenbeibeikejiyouxiangongsi
**Business Address:**
龙岗区平湖街道
禾花社区华南大道一号华南国际印刷纸品包装物流区二期2号楼3C008
深圳市
广东
518111
CN






<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>13</td><td>DASAN TRADING CO., LIMITED (Seller: Dasan USA)</td><td>
The address is a multi-tenant industrial building, and no business information for the Defendant can be found at the address.

Dasan USA<br>
Visit the Dasan USA storefront<br>
**97% positive** lifetime (61 total ratings)

**Detailed Seller Information**<br>
**Business Name:** DASAN TRADING CO., LIMITED<br>
**Business Address:**<br>
C2, RM NO. 1017, WING HING IND BUILDING, NO.83-93 CHAI WAN KOK ST.,<br>
TSUEN WAN<br>
HONG KONG<br>
999077<br>
HK



</td></tr>
</table>

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>15</td><td>Suzuka Trading Co., Limited (Seller: Holispa)</td><td>The address is a multi-tenant industrial building, and no business information for the Defendant can be found at the address.<br><br>HOLISPA<br>Holispa<br>Visit the Holispa storefront<br>100% positive in the last 12 months (26 ratings)<br>Detailed Seller Information<br>Business Name: Suzuka Trading Co., Limited<br>Business Address:<br>NO B14,BASEMENT,436-446 BLK 4,KWUN TONG IND CTR KWUN TONG RD<br>KWUN TONG<br>HONG KONG<br>999077<br>HK<br><br>Block 4, Kwun Tong Industrial Ce<br>Results<br>Share<br>Kwun Tong Industrial Centre Phase 3<br>3.0 (1)<br>Business center · 436-484, Kwun Tong Rd<br>Directions<br>4px Kwun Tong Redemption Centre<br>3.1 (60)<br>Courier service · 二期一樓E2室工業中心<br>Closed · Opens 11 AM · +852 9121 1109<br>Directions<br>e-print 觀塘總店<br>3.4 (89)<br>Print shop · Kwun Tong Rd, 436-446號第四期地下B舖 Shop B, G/F., Phase 4, Kwun Tong Industrial Centre, No. 436-446 Kwun Tong Rd., Kwun Tong Kwun Tong Industrial Centre Phase 1<br>Open · Closes 7 PM · +852 2344 6668<br>In-store shopping · Curbside pickup<br>Website Directions<br>Kwun Tong Industrial Centre 1<br>3.3 (371)<br>Business center · Kwun Tong Rd<br>Open · Closes 7:45 PM · +852 2116 1949<br>Onsite services<br>Website Directions<br>Key & Link Agency<br>No reviews<br>Flat Q, 10th floor, Block 4, Kwun Tong Industrial Centre, 436-446 Kwun Tong Road, Kwun Tong, Kowloon<br>+852 2789 2338<br>Directions<br>Update results when map moves</td></tr>
</table>

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>16</td><td>TONRYO TRADING CO., LIMITED (Seller: HomGoo Shower)</td><td>The address is a multi-tenant industrial building, and no business information for the Defendant can be found at the address.





</td></tr>
</table>

<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>17</td><td>Dongguanshi Ruichen Leather Co., LTD<br>(Seller: Raycharm)</td><td>The exact address cannot be located; Google Maps returns unrelated businesses, and no business information for the Defendant can be found at the address.<br>





</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 18 | Nanyang International Trade Shenzhen Co., Ltd. (Seller: MOKYYus) | The address states that the company is registered there through a commercial secretarial firm; Baidu Maps lists numerous unrelated companies at the same address, and no business information for the Defendant can be found at the address. |









| No. | Name | Remarks |
|---|---|---|
| 19 | Shining Ascent Trading Limited (Seller: MWLY) | The address is a multi-tenant industrial building, and no business information for the Defendant can be found at the address.<br><br>MWLY<br>Visit the MWLY storefront<br>**100% positive** lifetime (45 total ratings)<br>**Detailed Seller Information**<br>**Business Name:** Shining Ascent Trading Limited<br>**Business Address:**<br>NO B03 BASEMENT BLOCK 4, KWUN TONG IND CTR, 436-446 KWUN TONG ROAD<br>KWUN TONG<br>HONG KONG<br>999077<br>HK<br><br>Block 4, Kwun Tong Industrial Ce<br>Results<br>Share<br>Kwun Tong Industrial Centre Phase 3<br>3.0 (1)<br>Business center · · 436-484, Kwun Tong Rd<br>Directions<br>4px Kwun Tong Redemption Centre<br>3.1 (60)<br>Courier service · · 二期一樓E2室工業中心<br>Closed · Opens 11 AM · +852 9121 1109<br>Directions<br>e-print 觀塘總店<br>3.4 (89)<br>Print shop · Kwun Tong Rd, 436-446號第四期地下B舖 Shop B, G/F., Phase 4, Kwun Tong Industrial Centre, No. 436-446 Kwun Tong Rd., Kwun Tong Kwun Tong Industrial Centre Phase 1<br>Open · Closes 7 PM ·<br>+852 2344 6668<br>In-store shopping · Curbside pickup<br>Website<br>Directions<br>Kwun Tong Industrial Centre 1<br>3.3 (371)<br>Business center · Kwun Tong Rd<br>Open · Closes 7:45 PM ·<br>+852 2116 1949<br>Onsite services<br>Website<br>Directions<br>Key & Link Agency<br>No reviews<br>Flat Q, 10th floor, Block 4, Kwun Tong Industrial Centre, 436-446 Kwun Tong Road, Kwun Tong, Kowloon<br>+852 2789 2338<br>Directions<br>Update results when map moves |

| No. | Name | Remarks |
|---|---|---|
| 20 | wenzhouenciweiyuyouxiangongsi (Seller: Heable-1) | The exact address cannot be located, and no business information for the Defendant can be found at the address. |









<table>
<tr><th>No.</th><th>Name</th><th>Remarks</th></tr>
<tr><td>21</td><td>Wuhanshixinruidianzishangwuyouxiangongsi (Seller: Boridoax)</td><td>The exact address cannot be located, and no business information for the Defendant can be found at the address.








</td></tr>
</table>

| No. | Name | Remarks |
|---|---|---|
| 22 | Jiangmen Shi YiMiao Keji Youxian Gongsi (Seller: ZumpSalny) | The exact address cannot be located, and no business information for the Defendant can be found at the address.<br><br>ZumpSalny<br>Visit the ZumpSalny storefront<br>100% positive lifetime (2 total ratings)<br><br>**Detailed Seller Information**<br>**Business Name:** Jiangmen Shi YiMiao Keji Youxian Gongsi<br>**Business Address:**<br>开平市三埠长沙侨园路7号之二首层第2卡<br>开平市<br>江门市<br>广东省<br>529300<br>CN |




