# EXHIBIT B

# Business Names and Addresses Produced by Amazon.com for the Remaining Defendants

| Def. No. | Seller Alias (Schedule A) | Amazon Seller ID | Business Name (as produced) | Address(es) on file (as produced, exact duplicates removed) |
|---|---|---|---|---|
| 1 | cocktap | A10PKJTUS SO0U1* | — (not produced) | Not included in Amazon's production. *Seller ID and the address displayed on the seller's Amazon profile are shown in Exhibit 1. |
| 2 | Woindo | A335ANKM I74N2P | shenzhenshiningmukejiyou xiangongsi | (1) 民治街道龙塘社区龙塘北九巷2号904, 龙华, 深圳, 广东, CHINA 518131 |
| 3 | EMBATHER | A1QSRM9L KWRHI1 | Guangdong Qi Bo sanitary Technology Co. Ltd. | (1) 蚬涌社区莞穗路蚬三路41号, 日正大厦二楼206室, 万江街道, 东莞市, 广东, CHINA 523000 |
| 4 | Monjuae | AYOO7NB6I LAUR | He Fei Yuan Neng Liang Mao Yi You Xian Gong Si | (1) 龙王路28号, 和畅园6栋903, 庐阳区, 合肥市, 安徽省, CHINA 230000 |
| 6 | Odewmird | A208X2678J HGFD | Guang Zhou Shi Jin Wei Da E-commerce Co.,Ltd. | (1) 永宁街道, 凤凰城凤馨苑十二街2座702, 增城区, 广州市, 广东省, CHINA 511356 |
| 7 | gotonovo | A2L3NB37 MGLDSK | hangzhouweishudianzisha ngwuyouxiangongsi | (1) baiyangjiedao,zhangcun,cunhuancunbeilu,chuangxinxiang8th, WUYI, ZHEJIANG, CHINA 321200<br>(2) Jingkou District Xuefu Road 88-8, Building 21, Room 1309, ZHENJIANG, JIANGSU, CHINA 212000 |
| 11 | Oupukle | A2FT2YIT63 I09X | wuhanweizhiyoudianzisha ngwuyouxiangongsi | (1) jiangxiaqudaqiaoxinquhongqicun, hanlinfu3dong1danyuan9ceng1shi, WUHAN, HUBEI, CHINA 430200 |
| 12 | BZIMAK | A1ILYZAN AGY7LU | shenzhenshizhiwenbeibeike jiyouxiangongsi | (1) 龙岗区平湖街道, 禾花社区华南大道一号华南国际印刷纸品包装物流区二期2号楼3C008, 深圳市, 广东, CHINA 518111<br>(2) 龙华区, 民治街道深国际万科和风轩G栋1708, 深圳市, 广东, CHINA 518000<br>(3) longgangqupinghujiedaohehuashequhuanandadaoyihao, huananguojiyinshuazhipinbaozhuangwuliuquerqi2haolou3C008, SHENZHEN, GUANGDONG, CHINA 518111 |
| 13 | Dasan USA | A21CHFLE NZD90A | DASAN TRADING CO., LIMITED | (1) Huangqi Shaxi Village, Dali Town, Nanhai District, No.13 Gongnan Rd. 1st Street, FOSHAN, GUANGDONG, CHINA 528248 |

| Def. No. | Seller Alias (Schedule A) | Amazon Seller ID | Business Name (as produced) | Address(es) on file (as produced, exact duplicates removed) |
|---|---|---|---|---|
| 15 | Holispa | A193AGZTLX4HX4 | Suzuka Trading Co., Limited | (1) HEBIANDONGLU8XIANG15HAOYILOU, LIAOBUZHENTANGBIANSHEQU, DONGGUAN, GUANGDONG, CHINA 523000<br>(2) LIAOBUZHENTANGBIANSHEQU, HEBIANDONGLU8XIANG15HAOYILOU, DONGGUAN, GUANGDONGSHEN, CHINA 523000<br>(3) 东莞市寮步镇塘边社区河滨东路8巷15号一楼, 寮步, 东莞, 广东, CHINA 523430<br>(4) 东莞市寮步镇塘边社区河滨东路8巷15号一楼, 东莞, 广东, CHINA 523430<br>(5) 8XIANG15HAOYILOU, HEBINGDONGLU, TANGBIANSHEQU, DONGGUAN, CHINA 523000<br>(6) NO B14,BASEMENT,436-446 BLK 4,KWUN TONG IND CTR KWUN TONG RD, KWUN TONG, HONG KONG, HONG KONG 999077<br>(7) NANANSHI SHISHANZHENPENGFENGCUNSHUANGXI22HAO, QUANZHOU, FUJIAN, CHINA 362300 |
| 16 | HomGoo Shower | A1FA4BGB8M8R9I | TONRYO TRADING CO., LIMITED | (1) NO B13,BASEMENT,436-446 BLK 4,KWUN TONG IND CTR KWUN TONG RD KWUN TONG, HONG KONG, HONG KONG, HONG KONG 999077<br>(2) 东城街道东城中路东城段161号110室, 东莞市, 广东, CHINA 523000<br>(3) cuiyuanjie shixiang 2hao erlou, Nanchenjiedao baimashequ, DONGGUAN, GUANGDONG, CHINA 523000<br>(4) Nancheng Street, Xincheng Community, No. 200 Hongfu Road, First International Building E 609, DONGGUANSHI, GUANGDONG PROVINCE, CHINA 523000 |
| 17 | Raycharm | A1KWJVS57NX03I | Woot Inc † | (1) 1501 SANDY CREEK DR, DENTON, TX, UNITED STATES 76205-8134<br>(2) 4121 International Pkwy, CARROLLTON, TEXAS, UNITED STATES 75007<br>(3) 4121 International Parkway, CARROLLTON, TEXAS, UNITED STATES 75007<br>(4) Woot Services, LLC, 4121 International Pkwy, CARROLLTON, TEXAS, UNITED STATES 75007<br>(5) 4121 International Pkwy, CARROLLTON, TX, UNITED STATES 75007<br>(6) 4121 International Parkway, Suite 200, CARROLLTON, TEXAS, UNITED STATES 75007<br>(7) 4121 INTERNATIONAL PKWY, CARROLLTON, TX, UNITED STATES 75007-1907<br>(8) 4121 International Parkway, CARROLLTON, TX, UNITED STATES 75007<br>(9) Woot Inc., CARROLLTON, TX, UNITED STATES 75007<br>*† Amazon's production for this Defendant's listings identified Woot Inc, not Raycharm.* |
| 18 | MOKYYus | A1E93MSSZ6Z6PP | Nanyang International Trade Shenzhen Co., Ltd. | (1) Room 3503 De Xingcheng, Ji Hua Road Longgang, SHENZHEN, GUANGDONG, CHINA 518000<br>(2) before the Bay Road No. 1 building 201 room A, Shenzhen District of Qianhai City Shenzhen Hong Kong coopera, SHENZHEN, GUANGDONG, CHINA 518000<br>(3) 德兴城3栋503, 龙岗区吉华街道, 深圳市, 广东, CHINA 518000<br>(4) 前海深港合作区前湾一路, 1号A栋201 室（入驻深圳市前海商务秘书有限公司), 深圳市, 广东, CHINA 518000 |

| Def. No. | Seller Alias (Schedule A) | Amazon Seller ID | Business Name (as produced) | Address(es) on file (as produced, exact duplicates removed) |
|---|---|---|---|---|
| 19 | MWLY | A2N4FXVM OOSM2Y | Shining Ascent Trading Limited | (1) NO B03 BASEMENT BLOCK 4, KWUN TONG IND CTR 436-446 KWUN TONG ROAD, KWUN TONG, HONG KONG, HONG KONG<br>(2) Room 01, No. 8 Jiaoyu Road, Dalingshan Town, DONGGUAN, GUANGDONG, CHINA 523000<br>(3) Unit 03, Room 644, No.947 Xiahe Road, Siming District, XIAMEN, FUJIAN, CHINA 361001<br>(4) 厦禾路947号644室03单元, 思明区, 厦门市, 福建省, CHINA 361001<br>(5) Room 01, No. 8, Education Road, Dalingshan Town, DONGGUAN, GUANGDONG, CHINA 523000<br>(6) No.947 Xiahe Road, Siming District, Unit 03, Room 644, XIAMEN, FUJIAN, CHINA 361001 |
| 20 | Heable-1 | ARL62U9A2 K13O | wenzhouenciweiyuyouxian gongsi | (1) haichengjiedaodaitoucunchengxinlu, 4zhuangyidanyuan4hao, WENZHOUSHIJINGJIJISHUKAIFAQU, ZHEJIANGSHENG, CHINA 325000 |
| 21 | Boridoax | A36SP37KX OOMB7 | Wuhanshixinruidianzishan gwuyouxiangongsi | (1) Huangjiahudadao, RongchuangchengC4-8dong604, Jiangxiaqu, WUHAN, HUBEI, CHINA 430200 |
| 22 | ZumpSalny | A3FUFX737 U0NPH | Jiangmen Shi YiMiao Keji Youxian Gongsi | (1) 开平市三埠长沙侨园路7号之二首层第2卡, 开平市, 江门市, 广东省, CHINA 529300 |