# EXHIBIT C

IP: 23.154.76.219 Country: United States (California, Los Angeles)

Offshore Cloud Services

drive.google.com

Info | Ping | HTTP | TCP port | UDP port | DNS

High Privacy 10Gbps Dedicated Servers with Alexhost

**IP and website location: drive.google.com**

Trusted Domain Registrar with Instant Setup - LuxHost

**DB-IP (02.11.2026)**

| | |
|---|---|
| IP address | **142.251.142.14** |
| Host name | tzpara-an-in-f14.1e100.net |
| IP range | 142.251.142.0-142.251.142.127 CIDR |
| ASN | 15169 |
| ISP / Org | Google LLC |
| Country | **United States** (US) |
| Region | California |
| City | Mountain View |
| Time zone | America/Los_Angeles, GMT-0800 |
| Local time | 15:09 (PST) 2026.11.24 |
| Postal Code | 94043 |




Powered by DB-IP